Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **17-24624**

CIV-COOKE

FILED by _____ D.C.
DEC 20 2017
STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S.D. of FLA. – MIAMI

SECURITIES AND EXCHANGE COMMISSION, )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )
                                    )
ROBERT H. SHAPIRO,                  )
WOODBRIDGE GROUP OF COMPANIES, LLC, )
d/b/a WOODBRIDGE WEALTH,            )
RS PROTECTION TRUST,                )
WMF MANAGEMENT, LLC,                )
WOODBRIDGE STRUCTURED FUNDING, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC, ) UNDER SEAL
WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC, )
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC, )
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC, )
144 WOODBRIDGE-AFFILIATED PROPERTY LIMITED )
LIABILITY COMPANIES,                )
131 WOODBRIDGE-AFFILIATED HOLDING   )
LIMITED LIABILITY COMPANIES,        )
                                    )
                                    )
                    Defendants, and )
                                    )
JERI SHAPIRO,                       )
WOODBRIDGE REALTY OF COLORADO, LLC  )
d/b/a WOODBRIDGE REALTY UNLIMITED,  )
WOODBRIDGE LUXURY HOMES OF CALIFORNIA, INC., )
d/b/a MERCER VINE, INC.,            )
RIVERDALE FUNDING, LLC,             )
SCHWARTZ MEDIA BUYING COMPANY, LLC, )
WFS HOLDING CO., LLC,               )
                                    )
                    Relief Defendants. )
                                    )
_____

**EMERGENCY *EX PARTE* MOTION FOR ASSET FREEZE AND OTHER RELIEF**

Plaintiff Securities and Exchange Commission moves the Court *ex parte* for:

a. freezing temporarily and, after a hearing, for the duration of this litigation, the assets of Defendants Shapiro, RS Trust, 13 Non-Bankruptcy Filer Woodbridge Affiliated Property Holding Limited Liability Companies ("Non-Filer Shapiro Property LLCs") and 10 Non-Bankruptcy Filer Woodbridge-Affiliated Holding Limited Liability Companies ("Non-Filer Shapiro Holding LLCs");

b. requiring Defendants Shapiro and RS Trust to provide a sworn accounting;

c. prohibiting Defendants Shapiro and RS Trust from destroying records.

This motion is based on the Commission's Complaint, supporting memorandum, declarations and exhibits thereto.

Dated: December 20, 2017

Respectfully submitted,

By: _____
Russell Koonin & Christine Nestor
Senior Trial Counsel
kooninR@sec.gov; nestorc@sec.gov
FL Bar No.: 474479; FL Bar No. 597211
Telephone: (305) 982-6385; (305) 982-6367

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154