United States District Court
Southern District of Florida

Case Number: **17-24624** CIV-COOKE

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must **not** be placed in the "chron file".

Documents Retained in Supplemental Case Files (Scanned or (Not Scanned))

Civil Case Documents
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS tapes, cassette tapes
___ • Surety bonds
☑ • Exhibits ~~that cannot be scanned (e.g., objects)~~ *Sees (3) Accordion Folders*
___ • Bound extradition papers *Containing Exhibits 1-124*
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

Criminal Case Documents
___ • Handwritten documents/pleadings (i.e., pro se)
___ • Poor quality scanned images
___ • Photographs
___ • CD, DVD, VHS Tape, Cassette Tapes
___ • Bond documentation
___ • Exhibits that cannot be scanned (e.g., objects)
___ • Indictments
___ • Arrest warrants
___ • Jury verdict
___ • Jury notes (unredacted)
___ • Jury selection materials (seating charts, challenges, etc.)

Date: 12/20/2017 /njc/

Revised: 8/20/2012