UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24624-CIV-COOKE

☐ SEALED
☐ NOT SEALED

SECURITIES AND EXCHANGE COMMISSION, )
                    Plaintiff,                 )

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
____ years; ____ (specific date);
____ permanently; ____ (other).

v.

ROBERT H. SHAPIRO,
WOODBRIDGE GROUP OF COMPANIES, LLC,
d/b/a WOODBRIDGE WEALTH,
RS PROTECTION TRUST,
WMF MANAGEMENT, LLC,
WOODBRIDGE STRUCTURED FUNDING, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC,  ) UNDER SEAL
WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC,
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC,
144 WOODBRIDGE-AFFILIATED PROPERTY LIMITED
LIABILITY COMPANIES,
131 WOODBRIDGE-AFFILIATED HOLDING
LIMITED LIABILITY COMPANIES,

                    Defendants, and

JERI SHAPIRO,
WOODBRIDGE REALTY OF COLORADO, LLC
d/b/a WOODBRIDGE REALTY UNLIMITED,
WOODBRIDGE LUXURY HOMES OF CALIFORNIA, INC.,
d/b/a MERCER VINE, INC.,
RIVERDALE FUNDING, LLC,
SCHWARTZ MEDIA BUYING COMPANY, LLC,
WFS HOLDING CO., LLC,

                    Relief Defendants.

**ORDER GRANTING EMERGENCY EX PARTE MOTION FOR ASSET FREEZE AND OTHER RELIEF**

This cause comes before the Court upon the emergency motion by Plaintiff Securities and Exchange Commission for the following orders with respect to Defendants Robert H. Shapiro ("Shapiro"), RS Protection Trust ("RS Trust"), 13 Non-Bankruptcy Filer Woodbridge Affiliated Property Holding Limited Liability Companies ("Non-Filer Shapiro Property LLCs") and 10 Non-Bankruptcy Filer Woodbridge-Affiliated Holding Limited Liability Companies ("Non-Filer Shapiro Holding LLCs")[1]

1. an Order Temporarily Freezing Defendants Shapiro, RS Trust, 13 Non-Filer Shapiro Property LLCs and 10 Non-Filer Shapiro Holding LLCs;
2. an Order Requiring Defendants Shapiro and RS Trust to provide Sworn Accountings; and
3. an Order Prohibiting Destruction of Documents by Shapiro and RS Trust.

The Court has considered the Commission's Complaint, the Motion and the exhibits filed in support thereof and the accompanying memorandum of law. The Court finds the Commission has made a sufficient and proper showing in support of the relief granted herein by presenting a prima facie case of securities laws violations by Defendants. The Court also finds good cause to believe that unless immediately restrained and enjoined by Order of this Court, Defendants Shapiro, RS Trust, Non-Filer Shapiro Property LLCs and Non-Filer Shapiro Holding LLCs, will continue to dissipate, conceal or transfer from the jurisdiction of this Court assets that are likely subject to an Order of disgorgement. The Court therefore orders as follows:

---

[1] The Individual and Entities whose assets are to be frozen, numbered 1-25, are identified in Appendix A to this Order.

I.

## SHOW CAUSE HEARING

**IT IS HEREBY ORDERED** that Defendants show cause, if any, before the Honorable **Marcia G Cooke** of this Court, at **10** o'clock **a**.m., on the **29th** day of **December, 2017**, in Courtroom **11-2** of the United States Courthouse, **400 North Miami Ave, Miami**, Florida, or as soon thereafter as the matter can be heard, why the Court should not grant an Order Freezing Assets as the Commission has requested.

II.

## TEMPORARY ORDER FREEZING ASSETS

**IT IS FURTHER ORDERED AND ADJUDGED** that, pending determination of the Commission's request for an Order Freezing Assets:

A. Shapiro, RS Trust, Non-Filer Shapiro Property LLCs and Non-Filer Shapiro Holding LLCs, their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, who receive notice of this order by personal service, mail, facsimile transmission or otherwise, be and hereby are, restrained from, directly or indirectly, transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of, or withdrawing any assets or property, including but not limited to cash, free credit balances, fully paid for securities, and/or property pledged or hypothecated as collateral for loans, or charging upon or drawing from any

lines of credit, owned by, controlled by, or in the possession of Shapiro, RS Trust, Non-Filer Shapiro Property LLCs and Non-Filer Shapiro Holding LLCs.

B.  Any financial or brokerage institution or other person or entity holding any such funds or other assets, in the name, for the benefit or under the control of Defendants Shapiro, RS Trust, Non-Filer Shapiro Property LLCs and Non-Filer Shapiro Holding LLCs, directly or indirectly, held jointly or singly, and wherever located, and which receives actual notice of this order by personal service, facsimile, or otherwise, shall hold and retain within its control and prohibit the withdrawal, removal, transfer, disposition, pledge, encumbrance, assignment, set off, sale, liquidation, dissipation, concealment, or other disposal of any such funds or other assets.

## III.

## SWORN ACCOUNTINGS

**IT IS FURTHER ORDERED AND ADJUDGED** that within ten (10) days of the issuance of this Order, Shapiro and RS Trust shall:

(a)  make a sworn accounting to this Court and the Commission of all assets, funds, or other properties held jointly or individually, wherever situated, stating the location, value, and disposition of each such asset, fund, and other property; and

(b)  provide to the Court and the Commission a sworn identification of all accounts (including, but not limited to, bank accounts, savings accounts, securities accounts and deposits of any kind) in which Defendants Shapiro and RS Trust (whether solely or jointly), directly or indirectly (including through a corporation, partnership, relative, friend or nominee), either has an interest or

IV.

## RECORDS PRESERVATION

**IT IS FURTHER ORDERED AND ADJUDGED** that, pending determination of the Commission's request for an Order Freezing Assets Defendants Shapiro and RS Trust, their directors, officers, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, be and they hereby are restrained and enjoined from, directly or indirectly, destroying, mutilating, concealing, altering, disposing of, or otherwise rendering illegible in any manner, any of the books, records, documents, correspondence, brochures, manuals, papers, ledgers, accounts, statements, obligations, files and other property of or pertaining to Defendants Shapiro and RS Trust, wherever located and in whatever form, electronic or otherwise, until further Order of this Court.

V.

## RETENTION OF JURISDICTION

**IT IS HEREBY FURTHER ORDERED** that this Court shall retain jurisdiction over this matter and Defendants Shapiro, RS Trust, the Non-Filer Shapiro Property LLCs and the Non-Filer Shapiro Holding LLCs in order to implement and carry out the terms of all Orders and Decrees that may be entered and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court, and will order other relief that this Court deems appropriate under the circumstances.

**DONE AND ORDERED** in Chambers in ___Miami___, Florida, this 20th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

# APPENDIX A

## INDIVIDUAL AND ENTITIES SUBJECT TO FREEZE ORDER

1. Robert H. Shapiro
2. RS Protection Trust
3. 695 Buggy Circle, LLC
4. Carbondale Glen Lot 18, LLC
5. Carbondale Glen Lot L-2, LLC
6. Carbondale Glen Owners, LLC
7. Carbondale Peaks Lot L-1, LLC
8. Deerfield Park Investments, LLC
9. Frog Rock Investments, LLC
10. Hawthorn Investments, LLC
11. Lilac Valley Investments, LLC
12. Massabesic Investments, LLC
13. Mount Washington Investments, LLC
14. Sachs Bridge Investments, LLC
15. Springvale Investments, LLC
16. Buggy Circle Holdings, LLC
17. Carbondale Basalt Owners, LLC
18. H10 Deerfield Park Holding Company, LLC
19. M77 Frog Rock Holding Company, LLC
20. H33 Hawthorn Holding Company, LLC
21. M96 Lilac Valley Holding Company, LLC
22. H18 Massabesic Holding Company, LLC
23. M89 Mount Washington Holding Company, LLC
24. H50 Sachs Bridge Holding Company, LLC
25. M58 Springvale Holding Company, LLC