UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-24624-MGC

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
               Plaintiff,             )
                                      )
v.                                    )
                                      )
ROBERT H. SHAPIRO,                    )
WOODBRIDGE GROUP OF COMPANIES, LLC,   )
d/b/a WOODBRIDGE WEALTH,              )
RS PROTECTION TRUST,                  )
WMF MANAGEMENT, LLC,                  )
WOODBRIDGE STRUCTURED FUNDING, LLC,   )
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC,  )
WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC,  )
WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC,  )
WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,  )
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC, )
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC, )
144 WOODBRIDGE-AFFILIATED PROPERTY LIMITED   )
LIABILITY COMPANIES,                  )
131 WOODBRIDGE-AFFILIATED HOLDING LIMITED    )
LIABILITY COMPANIES,                  )
                                      )
               Defendants, and        )
                                      )
JERI SHAPIRO,                         )
WOODBRIDGE REALTY OF COLORADO, LLC    )
d/b/a WOODBRIDGE REALTY UNLIMITED,    )
WOODBRIDGE LUXURY HOMES OF CALIFORNIA, INC., )
d/b/a MERCER VINE, INC.,              )
RIVERDALE FUNDING, LLC,               )
SCHWARTZ MEDIA BUYING COMPANY, LLC,   )
WFS HOLDING CO., LLC                  )
                                      )
               Relief Defendants.     )
_____ )

**PLAINTIFF'S NOTICE OF PLACING FILED EXHIBITS IN SUPPORT OF
EMERGENCY MOTION FOR APPOINTMENT OF RECEIVER ON DOCKET**

Plaintiff, Securities and Exchange Commission, hereby places the exhibits it filed in support of its Emergency Motion for Appointment of Receiver [DE 8] on the docket, consisting of Exhibits A-O. An index of the exhibits is attached hereto as Attachment A.

Respectfully submitted,

Dated: December 26, 2017    By:   */s/ Russell Koonin & Christine Nestor*
　　　　　　　　　　　　　　　　Russell Koonin & Christine Nestor
　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　kooninR@sec.gov; nestorc@sec.gov
　　　　　　　　　　　　　　　　FL Bar No.: 474479; FL Bar No. 597211
　　　　　　　　　　　　　　　　Telephone: (305) 982-6385; (305) 982-6367

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　**SECURITIES AND EXCHANGE COMMISSION**
　　　　　　　　　　　　　　　　801 Brickell Ave., Suite 1800
　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　Telephone: (305) 982-6300
　　　　　　　　　　　　　　　　Facsimile: (305) 536-4154

3

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/*s/Russell Koonin*
Russell Koonin