Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:            )

                             )  File No. FL-04024-A

WOODBRIDGE MORTGAGE          )

INVESTMENT FUND III, LLC     )


WITNESS:  Robert H. Shapiro

PAGES:    1 through 133

PLACE:    Securities and Exchange Commission

          444 South Flower Street, Suite 900

          Los Angeles, California  90071

DATE:     Friday, May 5, 2017


        The above entitled matter came on for hearing,

pursuant to notice, at 10:07 a.m. (PDT); 1:07 p.m.

(EDT).


                Diversified Reporting Services, Inc.

                      (202) 467 9200

**EXHIBIT**

**8**

Page 2

1    APPEARANCES:
2
3    On behalf of the Securities and Exchange Commission:
4        LINDA SCHMIDT, ESQ.
5        SCOTT A. LOWRY, ESQ.
6        CHRISTINE NESTER, ESQ.
7        MARK DEE, ESQ.
8        RAYMOND ANDJICH, SENIOR AUDITOR
9        Securities and Exchange Commission
10       Division of Enforcement
11       801 Brickell Avenue
12       Suite 1800
13       Miami, FL 33141
14       (305) 982-6300
15
16   On behalf of the Witness:
17       RYAN O'QUINN, ESQ.
18       200 South Biscayne Boulevard
19       Suite 2500
20       Miami, Florida 33131
21       (305) 423-8500
22
23
24
25

Page 4

1            C O N T E N T S (CONT.)
2
3    EXHIBITS:      DESCRIPTION          IDENTIFIED
4    43       Woodbridge Mortgage        125
5            Investment Fund 1
6            Financial Statement for
7            the Month Ending November
8            30th, 2016; GBH 002105-2108
9    44       Tax document; GBH 001825-  126
10           GBH 001945
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

C O N T E N T S

1
2
3    WITNESS:                EXAMINATION
4    Robert H. Shapiro            6
5
6    EXHIBITS:      DESCRIPTION          IDENTIFIED
7    34       Letter dated 4/18/17       19
8            with attachments
9    35       Cover letter dated 3/2/17  20
10           and subpoena for records
11   36       Cover letter dated 3/23/17 30
12           and subpoena for records
13   37       Cover letter dated 12/20/16 50
14           requiring production of
15           documents
16   38       Multi-page exhibit dated   53
17           1/31/17
18   39       Woodbridge financial       59
19           planners document
20   40       First Position document    63
21   41       Promissory notes           66
22   42       E-mail string, dated       123
23           11/17/15
24
25

Page 5

1            P R O C E E D I N G S
2        MS. SCHMIDT:  All right.  So we're on the
3    record at 1:07 p.m. eastern time on Friday, May 5th,
4    2017.
5        Good afternoon.  My name is Linda Schmidt.
6    With me are Scott Lowry, Christine Nester and Mark
7    Dee.  We are members of the staff of the Enforcement
8    Division of the Miami Regional Office of the United
9    States Securities and Exchange Commission.
10       Raymond, a contract senior auditor with
11   the Commission, is also joining us but will not be
12   asking questions.
13       Your testimony today has been requested by
14   the staff as part of an investigation in the matter
15   of Woodbridge Mortgage Investment Fund 3, LLC, file
16   number FL-04024, to determine whether there have
17   been violations of certain provisions of the federal
18   securities laws.  However, the facts developed in
19   this investigation might constitute violations of
20   either federal, state, civil or criminal laws.
21       Prior to the opening of the record, you
22   were provided with a copy of the formal order of
23   investigation as well as the supplemental formal
24   order in this matter.  It will be available for your
25   examination during the course of this proceeding.

Page 6

1        Mr. Shapiro, have you had an opportunity
2   to review the formal order?
3        MR. SHAPIRO:  In order to preserve and
4   assert my constitutional rights, including the Fifth
5   Amendment to the U.S. Constitution, I decline to
6   answer.
7        MS. SCHMIDT:  Sir, if you could please
8   raise your right hand.
9   Whereupon,
10            ROBERT H. SHAPIRO
11   was called as a witness and, having been first duly
12   sworn, was examined and testified as follows:
13            EXAMINATION
14        BY MS. SCHMIDT:
15        Q   All right.  So, sir, just to be clear, you
16   know, we'd ask, with your counsel here, do you
17   have -- can you acknowledge that you have in front
18   of you the formal order and the supplemental formal
19   order?
20        MR. O'QUINN:  What I'll do, maybe to help
21   move things forward, is we'll acknowledge that
22   you've provided a copy of the formal order, the
23   supplemental formal order and the Form 1662 for his
24   review prior to going on the record, and he's had an
25   opportunity to review those documents.

Page 7

1        MS. SCHMIDT:  All right.  Thank you,
2   Counsel.
3        BY MS. SCHMIDT:
4        Q   All right.  So, Mr. Shapiro, you also have
5   in front of you -- we've already marked as Exhibit
6   2, which is the supplemental information Form SEC
7   1662.
8            All right.  Sir, could you please state
9   and spell your full name for the record.
10        A   Robert Shapiro, R-o-b-e-r-t,
11   S-h-a-p-i-r-o.
12        Q   Sir, are you known by any other names?
13        A   In order to preserve and assert my
14   constitutional rights, including the Fifth Amendment
15   to the U.S. Constitution, I decline to answer.
16        Q   Sir, I'm not authorized to compel you to
17   give evidentiary testimony as to which you assert
18   your privilege against self-incrimination, and I
19   have no intention of doing so.
20            In addition, I do not have the authority
21   to compel your testimony by granting you immunity
22   from prosecution.  Any question that I ask hereafter
23   will be with the understanding that if you wish to
24   assert your privilege, you need to merely state that
25   you refuse to answer on the grounds that your answer

Page 8

1   might incriminate you.
2            In other words, you are not compelled to
3   answer any further questions if you believe that a
4   truthful answer to the question might show that you
5   committed a crime and you wish to assert your
6   privilege against self-incrimination.
7            Accordingly, if you answer any questions,
8   you will be doing so voluntarily.
9            Do you understand this?
10        MR. O'QUINN:  Let me interject just
11   before, if we could, just to interpose an objection.
12            And we'll acknowledge what you've just
13   identified as the Commission's view of his rights
14   under the Fifth Amendment, however, and so I don't
15   want to get off into a discussion.
16            We acknowledge that's the Commission's
17   view, but you mentioned an understanding.  We
18   certainly don't accept the Commission's view, nor is
19   there a mutual accord that that accurately
20   identifies the extent of his privileges.
21            But just wanted to interpose that for the
22   record.  Go ahead.
23        MS. SCHMIDT:  All right.
24        Q   You should be aware, sir, that if you
25   refuse to answer a question based on your Fifth

Page 9

1   Amendment privilege, a judge or a jury may take an
2   adverse inference against you in a civil action that
3   the SEC may determine to bring against you.  That
4   means that the judge or jury would be permitted to
5   infer that your answer to the questions might
6   incriminate you.
7            Do you understand this?
8        A   In order to preserve --
9        MR. O'QUINN:  We understand that -- again,
10   we understand that that's a description of the
11   Commission's view on the potential adverse
12   inference. Of course, we may have a different view
13   of the state of the law.
14            But go ahead and answer the question if
15   you'd like.
16        THE WITNESS:  In order to preserve and
17   assert my constitutional rights, including the Fifth
18   Amendment to the U.S. Constitution, I decline to
19   answer.
20        BY MS. SCHMIDT:
21        Q   All right, sir.  Have you ever used
22   someone else's name or personal identification
23   information?
24        A   In order to preserve and assert my
25   constitutional rights, including the Fifth Amendment

Page 10

1  to the U.S. Constitution, I decline to answer.
2      MR. O'QUINN:  If I may just interject,
3  because I know that we have a number of questions,
4  if we can agree that, to shorten the amount of --
5  from this point forward, if he can just say "same
6  response" to make reference to that response, do you
7  feel comfortable with that, or would you rather him
8  say the entire response to each question?
9      MS. NESTER:  I don't particularly agree
10  with the "same response," but if there's other
11  shortened abbreviation to --
12      MR. LOWRY:  How about, "I'm pleading the
13  Fifth"?
14      MR. O'QUINN:  My -- I'll be happy to
15  explain. My issue -- and this is one of those areas
16  where I think we all have academic discussions that
17  often probably end up with not a lot of importance,
18  but I want to make sure that his assertion is not
19  viewed as a waiver of any other right, and what I
20  wanted to do was do an -- was to have an agreement
21  that what he is invoking is that same full phrase in
22  which --
23      MR. LOWRY:  I have a suggestion, and this
24  is what we've done in the past.  So what we would
25  propose to do is we would read the Fifth Amendment

Page 11

1  into the record, and we would say, you know, from
2  this point forward, if you just say the phrase
3  "Fifth Amendment" shorthand --
4      MR. O'QUINN:  Sure.
5      MR. LOWRY:  -- you'll be asserting all of
6  those rights in the Fifth Amendment and any other
7  rights that he may have.
8      MR. O'QUINN:  But he -- right, but the
9  issue is that he may have rights under a state
10  constitution. He may have other rights under a
11  statute, and so my --
12      MR. LOWRY:  Why don't we say this.  We'll
13  say that you're asserting all of the rights
14  enumerated in the Fifth Amendment, the Constitution
15  and whatever else you want to put on the record.
16  And when you say "Fifth Amendment," it means all of
17  those rights.
18      MR. O'QUINN:  What if we were to say, if
19  he says "Fifth Amendment," it means what he just
20  said a moment ago, which is the way that otherwise
21  he's going to word it.
22      I just don't want to adopt a different
23  statement. So I think that he would say is, "I
24  refuse to answer based on the same assertion of
25  rights."

Page 12

1      MR. LOWRY:  Yeah, but we would like to get
2  some, you know, at least representation of what the
3  rights are that he's asserting.  And just saying
4  "all of his rights" isn't really --
5      MR. O'QUINN:  Again, I'm not -- that's not
6  what I'm saying.
7      What I'm saying is the phrase that he has
8  now read -- if you'd read it one more time for me
9  just so that we can have it more fresh.
10      THE WITNESS:  In order to preserve and
11  assert my constitutional rights, including the Fifth
12  Amendment to the U.S. Constitution, I decline to
13  answer.
14      MR. O'QUINN:  Now, if he were to say in
15  following questions, "I decline to answer for the
16  same reason" or "for the reasons that I previously
17  stated," merely incorporating that statement, is
18  that okay? Otherwise, we can just have him read that
19  because I think we'll probably end up wasting more
20  time discussing it than we're saving by shortening
21  it.
22      MS. SCHMIDT:  But if what's he's
23  principally asserting is his Fifth Amendment
24  privilege, could Mr. Shapiro say that and find a
25  shortened version of that?

Page 13

1      MR. O'QUINN:  Let's just proceed with the
2  language that he's got.  I think we're probably
3  going to end up having a longer discussion and not
4  saving time.  So rather than litigate it in a
5  testimony, we'll just have him say that.
6      MS. SCHMIDT:  Can we take a short break --
7      MR. O'QUINN:  Sure.
8      MS. SCHMIDT:  -- and I think we can
9  resolve this.
10      Okay.  So, Nadia, we're off the record at
11  1:15.
12      (A brief recess was taken.)
13      MS. SCHMIDT:  Okay.  And we're back on the
14  record at 1:31 p.m.
15   Q   All right.  Mr. Shapiro --
16      MR. O'QUINN:  Let me make a quick
17  statement for the record.
18      As we proceed from this point forward, I
19  just want to make sure that the record is clear that
20  Mr. Shapiro's intention is to preserve all rights
21  that he has, both state and federal rights,
22  including those set forth in the California state
23  constitution, the Florida state constitution and any
24  other applicable rights that would protect him.
25      We are going to make specific reference to

Page 14

1    the Fifth Amendment, the U.S. Constitution and the
2    rights that are contained therein, which would be
3    the primary right asserted that would allow him not
4    to answer questions in a proceeding like this.
5        So my understanding is you would like to
6    read the Fifth Amendment to the U.S. Constitution
7    and have him confirm that the rights set forth in
8    that provision are among the rights that he is
9    asserting in his declination to answer the questions
10   today.
11       MS. SCHMIDT:  That is correct.  And so
12   with that, let me read this in.
13       Q   Mr. Shapiro, I'm reading to you the text
14   of the Fifth Amendment of the U.S. Constitution:
15           "No person shall be held to answer for
16        a capital or otherwise infamous crime
17        unless on a presentment or indictment
18        of a grand jury, except in cases
19        arising in the land or naval forces or
20        in the militia when actual service in
21        time of war or public danger, nor
22        shall any person be subject for the
23        same offense to be twice put in
24        jeopardy of life or limb, nor shall be
25        compelled in any criminal case be a

Page 15

1        witness against himself, nor be
2        deprived of life, liberty or property
3        without due process of law, nor shall
4        private property be taken for public
5        use without just compensation."
6        Mr. Shapiro, that's the text of the Fifth
7    Amendment.
8        When you assert your rights under the
9    Fifth Amendment, do you understand it to include the
10   text of the Fifth Amendment as I just read it into
11   the record?
12       A   Yes.
13       Q   All right.  And then going forward, sir,
14   when you assert those rights as well as the other
15   rights, I think we -- as counsel mentioned, is there
16   an abbreviated version that would be acceptable so
17   that we can move forward?
18       MR. O'QUINN:  Yes.  And I think that
19   abbreviated version would be, "I assert the Fifth
20   Amendment of the U.S. Constitution."
21       BY MS. SCHMIDT:
22       Q   Do you understand, Mr. Shapiro?
23       A   Yes.
24       Q   All right.  So moving forward, Mr.
25   Shapiro, do you have any medical conditions that

Page 16

1    would affect your ability to testify today?
2        A   I assert my rights under the Fifth
3    Amendment of the U.S. Constitution.
4        Q   Are there any other reasons that would
5    prevent you from testifying truthfully, fully and
6    completely here today?
7        A   I assert my rights under the Fifth
8    Amendment of the U.S. Constitution.
9        Q   All right.  Sir, prior to the opening of
10   the record, we presented you with what was
11   pre-marked as Exhibit 2, which is Form 1662, which
12   is the SEC routine uses of information.
13       Do you have that there, sir?
14       A   I assert my rights under the Fifth
15   Amendment of the U.S. Constitution.
16       Q   All right.  Mr. Shapiro, are you
17   represented by counsel?
18       A   I assert my rights under the Fifth
19   Amendment of the U.S. Constitution.
20       MR. O'QUINN:  I can state for the record
21   that my name is Ryan Dwight O'Quinn.  I'm with the
22   law firm of DLA Piper.  I represent Robert Shapiro
23   in connection with this investigation and related
24   matters.
25       My address is 200 South Biscayne

Page 17

1    Boulevard, Suite 2500, Miami, Florida 33131.  My
2    phone number is 305-423-8500, and my e-mail address
3    is Ryan dot O'Quinn, without an apostrophe, R-y-a-n,
4    dot, O-Q-u-i-n-n @dlapiper.com.
5        And I represent Mr. Shapiro for this
6    proceeding.
7        MS. SCHMIDT:  And, Mr. O'Quinn, are you
8    representing anyone else -- any other person or
9    entity in connection with this investigation?
10       MR. O'QUINN:  I am not.
11       MS. SCHMIDT:  All right.
12       Q   Now, Mr. Shapiro, as we said before we
13   went on the record, we're providing you with a copy
14   of the formal order and supplemental formal order
15   for your review while you're testifying today, but
16   you must leave all the documents that we show you
17   today in the room.
18       Now, the staff will be asking a series of
19   questions, sir.  The court reporter transcribes
20   these proceedings and will create a transcript of
21   your testimony at the end, so please make sure you
22   answer your questions orally instead of shaking your
23   head or nodding.
24       Do you understand, sir?
25       A   I assert my rights under the Fifth

1    Amendment of the U.S. Constitution.
2        Q    All right.  If you do not understand a
3    question, sir, please let us know and we'll try to
4    rephrase it.  Please let us finish asking the
5    question before you answer.  If you need a break at
6    any time, please let us know and we can take a
7    break.
8        Do you understand, sir?
9        A    I assert my rights under the Fifth
10   Amendment of the U.S. Constitution.
11       MS. SCHMIDT:  And, Counsel, does he
12   understand that if he needs a break, Mr. Shapiro can
13   take a break?
14       MR. O'QUINN:  Yeah, if we need a break,
15   we'll certainly let you know.  We're very
16   comfortable, yes.
17       MS. SCHMIDT:  Okay.  All right.  Very
18   good.
19       And, Madam Court Reporter, if you could
20   please hand Mr. Shapiro the next exhibit, which
21   we'll mark as 34, and I'll identify it for the
22   record as soon as you hand it to Mr. Shapiro.
23       THE REPORTER:  Sure.
24       MS. SCHMIDT:  And that's in folder A, for
25   your reference.

1        (SEC Exhibit No. 34 was marked
2        for identification.)
3        THE REPORTER:  The witness has it.
4        MS. SCHMIDT:  All right.  Thank you,
5    ma'am.
6        Q    All right.  Sir, I've handed you what
7    we've now marked as Exhibit 34.  This is a
8    multi-page document starting with a letter dated
9    April 18th, 2017.  The third page is the subpoena to
10   you, Robert H. Shapiro, care of your counsel, for
11   your testimony today.  It also has attached a
12   background questionnaire.
13       Please take a moment to look at Exhibit 34
14   and let us know when you're ready, sir.
15       A    I assert my rights under the Fifth
16   Amendment of the U.S. Constitution.
17       Q    Sir, are you appearing here today pursuant
18   to this testimony subpoena, Exhibit 34?
19       A    I assert my rights under the U.S. -- I
20   assert my rights under the Fifth Amendment of the
21   U.S. Constitution.
22       Q    All right.  Sir, if I were to ask you any
23   further questions about Exhibit 34, would you
24   continue to assert your rights under the Fifth
25   Amendment?

1        A    I assert my rights under the Fifth
2    Amendment of the U.S. Constitution.
3        MR. O'QUINN:  I can represent that he
4    would assert his -- that the same answer -- response
5    to other questions about that exhibit.
6        MS. SCHMIDT:  All right.  And, Madam Court
7    Reporter, if you could please hand Mr. Shapiro, from
8    folder B, the next exhibit, which will be 35.
9        (SEC Exhibit No. 35 was marked
10       for identification.)
11       MS. SCHMIDT:  All right.  And I'll
12   identify this for the record.  Exhibit 35 is a cover
13   letter dated March 2nd, 2017 to Mr. Shapiro, care of
14   his then counsel, David Nelson.  And it is a
15   subpoena for records, to produce records by Friday,
16   March 17, a three-page letter followed by the
17   subpoena and a subpoena attachment.
18       MR. O'QUINN:  For clarity, just I don't
19   think that you meant this, but just so your record
20   is clear, you mentioned to -- it was sent to Robert
21   Shapiro to his counsel.  Dave Nelson is counsel to a
22   corporation, not to him individually.  I just want
23   to draw that distinction.
24       MS. SCHMIDT:  All right.  The subpoena
25   requires Mr. Shapiro to produce documents, though.

1        MR. O'QUINN:  No, I understand.  You
2    identified Dave Nelson at his counsel --
3        MS. SCHMIDT:  At the time.  Right.  At the
4    time I think when we sent the subpoena, that was our
5    understanding.
6        MR. O'QUINN:  No, but that's fine.  I just
7    wanted to make sure that there's no -- yes, you may
8    continue.  I just wanted to clarify the roles.
9        MS. SCHMIDT:  Okay.  Thank you.
10       Q    All right.  Sir, have you had an
11   opportunity to look at Exhibit 35?
12       A    I assert my rights under the Fifth
13   Amendment of the U.S. Constitution.
14       Q    Sir, did you search for any records as
15   required by the subpoena, Exhibit 35?
16       A    I assert my rights under the Fifth
17   Amendment of the U.S. Constitution.
18       Q    Did you ask anyone to search for any
19   records responsive to Exhibit 35?
20       A    I assert my rights under the Fifth
21   Amendment of the U.S. Constitution.
22       Q    Did you search for any e-mails as
23   requested under the subpoena for the time period
24   January 2012 to the present?
25       A    I assert my rights under the Fifth

Page 22

1   Amendment of the U.S. Constitution.
2       Q   Okay.  And, sir, your e-mail, in fact, is
3   Bobshap1@aol.com, correct?
4       A   I assert my rights under the Fifth
5   Amendment of the U.S. Constitution.
6       Q   If I were to ask you any further questions
7   concerning the subpoena for you to produce records
8   to the SEC, would you continue to assert your Fifth
9   Amendment right?
10      A   I assert my rights to the Fifth Amendment
11  of the U.S. Constitution.
12      Q   Sir, do you keep records in electronic
13  format?
14      A   I assert my rights under the Fifth
15  Amendment of the U.S. Constitution.
16      Q   Do you keep any records in a paper format?
17      A   I assert my rights to the Fifth Amendment
18  under the U.S. Constitution.
19      Q   Have you withheld any records?
20      A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22      Q   Have you destroyed any records, Mr.
23  Shapiro?
24      A   I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.

Page 23

1       Q   Have you directed anyone to destroy
2   records on your behalf?
3       A   I assert my rights under the Fifth
4   Amendment of the U.S. Constitution.
5       Q   All right.  Mr. Shapiro, other than a
6   minor traffic violation, have you ever been
7   convicted of a criminal offense?
8       A   I assert my rights under the Fifth
9   Amendment of the U.S. Constitution.
10      Q   Have you ever been charged with a criminal
11  offense?
12      A   I assert my rights under the Fifth
13  Amendment of the U.S. Constitution.
14      Q   Sir, if I were to ask you any further
15  questions about whether you've been charged or
16  convicted of a criminal offense, would you assert
17  your Fifth Amendment rights?
18      A   I assert my rights under the Fifth
19  Amendment of the U.S. Constitution.
20      Q   Mr. Shapiro, have you testified in any
21  proceeding conducted by the staff of the Securities
22  and Exchange Commission?
23      A   I assert my rights under the Fifth
24  Amendment of the U.S. Constitution.
25      Q   Mr. Shapiro, have you testified before any

Page 24

1   federal or state agency concerning any securities
2   matters?
3       A   I assert my right under the Fifth
4   Amendment of the U.S. Constitution.
5       Q   Have you testified, sir, in any federal
6   court?
7       A   I assert my rights to the Fifth Amendment
8   under the U.S. Constitution.
9       Q   Mr. Shapiro, have you testified in any
10  state court proceedings?
11      A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13      Q   Sir, have you testified in any arbitration
14  proceeding relating to securities matters?
15      A   I assert my rights under the Fifth
16  Amendment of the U.S. Constitution.
17      Q   If I were to ask you any further questions
18  about whether you've testified in federal or state
19  court or before any federal or state agency, would
20  you assert your Fifth Amendment rights?
21      A   I assert my rights under the Fifth
22  Amendment of the U.S. Constitution.
23      Q   Sir, have you ever been an officer or
24  director of a publicly-held company?
25      A   I assert my rights under the Fifth

Page 25

1   Amendment of the U.S. Constitution.
2       Q   Have you ever been named, sir, as a party
3   in any court proceeding at all?
4       A   I assert my rights under the Fifth
5   Amendment of the U.S. Constitution.
6       Q   Have you ever been deposed in any -- in
7   connection with any court proceeding?
8       A   I assert my rights under the Fifth
9   Amendment of the U.S. Constitution.
10      Q   If I were to ask you questions, sir,
11  concerning any court proceedings in which you have
12  participated, would you assert your Fifth Amendment
13  rights?
14      A   I assert my rights under the Fifth
15  Amendment of the U.S. Constitution.
16      Q   Sir, what is your date of birth?
17      A   I assert my rights under the Fifth
18  Amendment of the U.S. Constitution.
19      Q   What is your Social Security number?
20      A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22      Q   What is your residential address?
23      A   I assert my rights under the Fifth
24  Amendment of the U.S. Constitution.
25      Q   What is your marital status?

Page 26

1      A   I assert my rights under the Fifth
2  Amendment of the U.S. Constitution.
3      **Q   Do you have any social media accounts?**
4      A   I assert my rights under the Fifth
5  Amendment of the U.S. Constitution.
6      **Q   And, Mr. Shapiro, if I were to ask you any**
7  **further questions concerning personal identifying**
8  **information such as date of birth, Social Security**
9  **number, address, e-mails, phone numbers, social**
10 **media accounts, would you assert your Fifth**
11 **Amendment right?**
12     A   I assert my rights under the Fifth
13 Amendment of the U.S. Constitution.
14     **Q   Sir, are you now or have you ever been a**
15 **beneficial owner, directly or indirectly, of 5**
16 **percent or more of any class of equity securities of**
17 **any public company?**
18     A   I assert my rights under the Fifth
19 Amendment of the U.S. Constitution.
20     **Q   Sir, are you now or have you ever been a**
21 **beneficial owner, directly or indirectly, of any**
22 **privately-held company?**
23     A   I assert my rights under the Fifth
24 Amendment of the U.S. Constitution.
25     **Q   Are you now or have you ever been a**

Page 27

1  **manager or a member of a privately-held company?**
2      A   I assert my rights under the Fifth
3  Amendment of the U.S. Constitution.
4      **Q   All right.  Sir, could you list all**
5  **securities or brokerage accounts that you've held in**
6  **your name or that you control?**
7      A   I assert my rights under the Fifth
8  Amendment of the U.S. Constitution.
9      **Q   Could you please list your financial**
10 **accounts.**
11     A   I assert my rights under the Fifth
12 Amendment of the U.S. Constitution.
13     **Q   Could you please list any U.S. bank**
14 **accounts that you control.**
15     A   I assert my rights under the Fifth
16 Amendment of the U.S. Constitution.
17     **Q   Could you list any foreign bank accounts**
18 **that you control?**
19     A   I assert my rights under the Fifth
20 Amendment of the U.S. Constitution.
21     **Q   If I were to ask you any further**
22 **questions, sir, about whether you have any U.S.**
23 **financial accounts or foreign financial accounts,**
24 **would your answer be the same?**
25     A   I assert my rights under the Fifth

Page 28

1  Amendment of the U.S. Constitution.
2      **Q   All right.  Sir, after high school, did**
3  **you have any additional degrees or coursework?**
4      A   I assert my rights under the Fifth
5  Amendment of the U.S. Constitution.
6      **Q   Do you hold now or have you ever held any**
7  **professional licenses, sir?**
8      A   I assert my rights under the Fifth
9  Amendment of the U.S. Constitution.
10     **Q   Do you have any securities licenses?**
11     A   I assert my rights under the Fifth
12 Amendment of the U.S. Constitution.
13     **Q   Sir, if I were to ask you any further**
14 **questions about your educational background, whether**
15 **you hold any licenses or have held any professional**
16 **licenses, would your answer be the same?**
17     A   I assert my rights under the Fifth
18 Amendment of the U.S. Constitution.
19     **Q   Sir, after high school, could you please**
20 **describe your employment.**
21     A   I assert my rights under the Fifth
22 Amendment of the U.S. Constitution.
23     **Q   Do you have any experience in the**
24 **financial industry?**
25     A   I assert my rights under the Fifth

Page 29

1  Amendment of the U.S. Constitution.
2      **Q   Okay.  Have you received any training**
3  **concerning financial products?**
4      A   I assert my rights under the Fifth
5  Amendment of the U.S. Constitution.
6      **Q   Mr. Shapiro, have you made any**
7  **presentations about financial products to anyone?**
8      A   I assert my rights under the Fifth
9  Amendment of the U.S. Constitution.
10     **Q   If I were to ask you any further questions**
11 **about your employment history after high school,**
12 **would you assert your Fifth Amendment privilege?**
13     A   I assert my rights under the Fifth
14 Amendment of the U.S. Constitution.
15     **Q   If I were to ask you any further**
16 **questions, sir, about whether you have any**
17 **experience in the financial industry, whether you've**
18 **received any training or given any training**
19 **concerning financial products, would you assert your**
20 **Fifth Amendment privilege?**
21     A   I assert my rights under the Fifth
22 Amendment of the U.S. Constitution.
23         MS. SCHMIDT:  All right.  Madam Court
24 Reporter, if you could please hand Mr. Shapiro the
25 document that's in folder C.  I'll identify it for

8 (Pages 26 to 29)

Page 30

1    the record now.
2         THE REPORTER:  It's marked.
3              (SEC Exhibit No. 36 was marked
4         for identification.)
5         MS. SCHMIDT:  Okay.  And so to identify
6    Exhibit 36 for the record, it's a letter dated March
7    23rd, 2017, with an attached subpoena, addressed to
8    Mr. Shapiro, care of his attorney, Mr. O'Quinn,
9    requiring Mr. Shapiro to produce documents by
10   Thursday, April 6th.
11        Would you please take a moment to look at
12   it, sir, and let us know when you're ready.
13        THE WITNESS:  I assert my rights under the
14   Fifth Amendment of the U.S. Constitution.
15        BY MS. SCHMIDT:
16   Q   All right.  Sir, this subpoena from the
17   SEC to you requests document production.
18        What efforts did you make to search for
19   documents or records?
20   A   I assert my rights under the Fifth
21   Amendment of the U.S. Constitution.
22   Q   All right, sir.  Looking at letter C of
23   the subpoena attachment, documents to be produced
24   for the time period of January 1st, 2011 to the date
25   of the response, did you search for federal and

Page 31

1    state income tax returns?
2    A   I assert my rights under the Fifth
3    Amendment of the U.S. Constitution.
4    Q   Did you search for information concerning
5    individuals or firms who assisted you preparing any
6    tax returns?
7    A   I assert my Fifth Amendment rights under
8    the U.S. Constitution.
9    Q   Did you search, sir, for documents
10   concerning item 3, identification of all domestic
11   and foreign bank, brokerage and other financial
12   accounts held by you, on your behalf or for which
13   you have signature authority?
14   A   I assert my rights under the Fifth
15   Amendment under the U.S. Constitution.
16   Q   Mr. Shapiro, pursuant to Exhibit 36, did
17   you search for any records concerning any trust
18   established for your benefit or under your control?
19   A   I assert my rights under the Fifth
20   Amendment of the U.S. Constitution.
21   Q   Mr. Shapiro, are you familiar with RS
22   Protection Trust?
23   A   I assert my rights under the Fifth
24   Amendment of the U.S. Constitution.
25   Q   The final item in the subpoena, Exhibit

Page 32

1    36, requests copies of any financial statements or
2    records as well as other financial records.
3         Did you search for those records, sir?
4    A   I assert my rights under the Fifth
5    Amendment of the U.S. Constitution.
6    Q   Did you direct anyone else to search for
7    those records for you?
8    A   I assert my rights under the Fifth
9    Amendment of the U.S. Constitution.
10   Q   If I were to ask you any further questions
11   concerning Exhibit 36, would you continue to assert
12   your Fifth Amendment rights?
13   A   I assert my rights under the Fifth
14   Amendment of the U.S. Constitution.
15   Q   And, Mr. Shapiro, do I understand that you
16   have not produced documents responsive to the
17   subpoena, Exhibit 36, based on your Fifth Amendment
18   rights?
19   A   I assert my rights under the Fifth
20   Amendment of the U.S. Constitution.
21   Q   And the same question for Exhibit 35?  Do
22   I understand that you have not produced records
23   pursuant to Exhibit 35, which is also a document
24   subpoena, pursuant to your assertion of your Fifth
25   Amendment rights?

Page 33

1    A   I assert my rights under the Fifth
2    Amendment of the U.S. Constitution.
3    Q   All right.  Sir, so now turning to
4    Woodbridge, what is Woodbridge's business?
5    A   I assert my rights under the Fifth
6    Amendment of the U.S. Constitution.
7    Q   In fact, there are multiple entities that
8    go by the name Woodbridge, correct?
9    A   I assert my rights under the Fifth
10   Amendment of the U.S. Constitution.
11   Q   Are you familiar with Woodbridge Group of
12   Companies?
13   A   I assert my rights to -- I assert my
14   rights under the Fifth Amendment of the U.S.
15   Constitution.
16   Q   And what is your position or title with
17   any of the Woodbridge businesses?
18   A   I assert my rights under the Fifth
19   Amendment of the U.S. Constitution.
20   Q   What are your responsibilities for the
21   company -- the Woodbridge company?
22   A   I assert my rights under the Fifth
23   Amendment of the U.S. Constitution.
24   Q   You also manage Woodbridge Wealth,
25   correct?

Page 34

1        A   I assert my rights under the Fifth
2    Amendment of the U.S. Constitution.
3        Q   In fact, there are dozens of entities
4    under the Woodbridge Group of Companies umbrella,
5    correct?
6        A   I assert my rights under the Fifth
7    Amendment of the U.S. Constitution.
8        Q   Are you familiar with a company called
9    Woodbridge Structured Funding?
10       A   I assert my rights under the Fifth
11    Amendment of the U.S. Constitution.
12       Q   Are you familiar with a company by the
13    name of Woodbridge Mortgage Investment Fund 1, LLC?
14       A   I assert my Fifth Amendment -- I assert my
15    rights under the Fifth Amendment of the U.S.
16    Constitution.
17       Q   Are you familiar with a company by the
18    name of Woodbridge Mortgage Investment Fund 2, LLC?
19       A   I assert my rights under the Fifth
20    Amendment of the U.S. Constitution.
21       Q   Are you familiar with a company by the
22    name of WMF Management, LLC?
23       A   I assert my rights under the Fifth
24    Amendment of the U.S. Constitution.
25       Q   Are you familiar with Woodbridge Mortgage

Page 35

1    Investment Fund 3, LLC?
2        A   I assert my rights under the Fifth
3    Amendment of the U.S. Constitution.
4        Q   Are you familiar with Woodbridge Mortgage
5    Investment Fund 3A, LLC?
6        A   I assert my rights under the Fifth
7    Amendment of the U.S. Constitution.
8        Q   Are you familiar with Woodbridge Mortgage
9    Investment Fund 4, LLC?
10       A   I assert my rights under the Fifth
11    Amendment of the U.S. Constitution.
12       Q   Are you familiar with Woodbridge
13    Commercial Bridge Loan Fund 1, LLC?
14       A   I assert my rights under the Fifth
15    Amendment of the U.S. Constitution.
16       Q   Are you familiar with Woodbridge
17    Commercial Bridge Loan Fund 2, LLC?
18       A   I assert my rights under the Fifth
19    Amendment of the U.S. Constitution.
20       Q   Have you heard of Sturmer Pippin, LLC?
21       A   I assert my rights under the Fifth
22    Amendment of the U.S. Constitution.
23       Q   Okay.  Have you heard of A Plus Holdings,
24    LLC?
25       A   I assert my rights under the Fifth

Page 36

1    Amendment of the U.S. Constitution.
2        Q   If I were to ask you any questions about
3    your position or title with any of the entities that
4    I've just described or that I've just mentioned,
5    would you continue to assert your Fifth Amendment
6    rights?
7        A   I assert my rights under the U.S. -- I
8    assert my rights under the Fifth Amendment of the
9    U.S. Constitution.
10       Q   Now, with respect to your day-to-day
11    responsibilities with Woodbridge, you are the person
12    who makes -- ultimately makes the decisions,
13    correct?
14       A   I assert my rights -- I assert my Fifth
15    Amendment rights under the U.S. Constitution.
16       Q   In fact, all the different departments of
17    Woodbridge Group of Companies report up to you,
18    correct, Mr. Shapiro?
19       A   I assert my rights under the Fifth
20    Amendment of the U.S. Constitution.
21       Q   Where are Woodbridge's offices located?
22       A   I assert my rights under the Fifth
23    Amendment of the U.S. Constitution.
24       Q   How many employees does Woodbridge have?
25       A   I assert my rights under the Fifth

Page 37

1    Amendment of the U.S. Constitution.
2        Q   Okay.  In fact, Woodbridge has offices in
3    Sherman Oaks, California, correct?
4        A   I assert my rights under the Fifth
5    Amendment of the U.S. Constitution.
6        Q   Woodbridge also has offices in Daytona
7    Beach, Florida, correct?
8        A   I assert my rights under the Fifth
9    Amendment of the U.S. Constitution.
10       Q   Woodbridge also has offices in Boca Raton,
11    Florida, correct?
12       A   I assert my rights under the Fifth
13    Amendment of the U.S. Constitution.
14       Q   In fact, Woodbridge also has employees who
15    reside in Tennessee, New Jersey, Connecticut, among
16    other places, correct?
17       A   I assert my rights under the Fifth
18    Amendment of the U.S. Constitution.
19       Q   What are the functions of each of the
20    offices that Woodbridge controls?
21       A   I assert my rights under the Fifth
22    Amendment of the U.S. Constitution.
23       Q   Does Woodbridge employ any sales agents?
24       A   I assert my rights under the Fifth
25    Amendment of the U.S. Constitution.

Page 38

```
 1        Q   In fact, Woodbridge employs approximately
 2   20 to 30 sales agents, correct?
 3        A   I assert my rights under the Fifth
 4   Amendment of the U.S. Constitution.
 5        Q   And overall, Woodbridge has approximately
 6   150 employees --
 7        A   I assert my rights --
 8        Q   -- correct?
 9        A   -- under the Fifth Amendment of the U.S.
10   Constitution.
11        Q   Woodbridge also does business with outside
12   sales agents, correct?
13        A   I assert my rights under the Fifth
14   Amendment of the U.S. Constitution.
15        Q   If I were to ask you, sir, any further
16   questions about the locations of the different
17   Woodbridge offices and the number of employees,
18   would you assert your Fifth Amendment right?
19        A   I assert my rights under the Fifth
20   Amendment of the U.S. Constitution.
21        Q   Does Woodbridge have any accounting staff?
22        A   I assert my rights under the Fifth
23   Amendment of the U.S. Constitution.
24        Q   In fact, Woodbridge's accounting staff is
25   located in Daytona Beach, Florida, correct?
```

Page 39

```
 1        A   I assert my rights under the Fifth
 2   Amendment of the U.S. Constitution.
 3        Q   Woodbridge also has accounting staff
 4   located at the Sherman Oaks office, correct?
 5        A   I assert my rights under the Fifth
 6   Amendment of the U.S. Constitution.
 7        Q   If I were to ask you further questions
 8   about the location of Woodbridge's accounting staff,
 9   would you assert your Fifth Amendment rights?
10        A   I assert my rights under the Fifth
11   Amendment of the U.S. Constitution.
12        Q   Has Woodbridge ever engaged any outside
13   accountants for any type of work?
14        A   I assert my rights under the Fifth
15   Amendment of the U.S. Constitution.
16        Q   Has Woodbridge engaged any accountants to
17   perform any types of compilations or any types of
18   financial reports?
19        A   I assert my rights under the U.S. -- I
20   assert my rights under the Fifth Amendment of the
21   U.S. Constitution.
22        Q   If I were to ask you any questions --
23   further questions, sir, about Woodbridge engaged any
24   outside accountants or auditors, would you assert
25   your Fifth Amendment rights?
```

Page 40

```
 1        A   I assert my rights under the Fifth
 2   Amendment of the U.S. Constitution.
 3        Q   Okay.  Now, sir, Woodbridge offers
 4   investment opportunities to investors nationwide,
 5   correct?
 6        A   I assert my rights under the Fifth
 7   Amendment of the U.S. Constitution.
 8        Q   Approximately how many investors does
 9   Woodbridge have now?
10        A   I assert my rights under the Fifth
11   Amendment of the U.S. Constitution.
12        Q   Woodbridge offers at least three different
13   investment opportunities to investors nationwide,
14   correct?
15        A   I assert my rights under the Fifth
16   Amendment of the U.S. Constitution.
17        Q   And Woodbridge pays investors guaranteed
18   monthly returns, correct?
19        A   I assert my rights under the Fifth
20   Amendment of the U.S. Constitution.
21        Q   All right.  Woodbridge also distributes
22   marketing materials about its investment
23   opportunities, correct?
24        A   I assert my rights under the Fifth
25   Amendment of the U.S. Constitution.
```

Page 41

```
 1        Q   All right.  One of the programs that
 2   Woodbridge offers are First Position commercial
 3   mortgages, correct?
 4        A   I assert my rights under the Fifth
 5   Amendment of the U.S. Constitution.
 6        Q   Another program Woodbridge offers are
 7   commercial bridge loans, correct?
 8        A   I assert my rights under the Fifth
 9   Amendment of the U.S. Constitution.
10        Q   Yet another product Woodbridge offers are
11   five-year private -- through private placement
12   memoranda, they offer a five-year investment
13   program, correct?
14        A   I assert my rights under the Fifth
15   Amendment of the U.S. Constitution.
16        Q   If I were to ask you further questions
17   about the number of investment opportunities to
18   investors that Woodbridge offers, would you assert
19   your Fifth Amendment rights?
20        A   I assert my rights under the Fifth
21   Amendment of the U.S. Constitution.
22        Q   Woodbridge also offers structured
23   settlement investments, correct?
24        A   I assert my rights under the Fifth
25   Amendment of the U.S. Constitution.
```

Page 42

```
 1      Q   Okay.  Now, with regard to the
 2  compensation of the sales agents for Woodbridge, are
 3  those based on fees or commissions?
 4      A   I assert my rights under the Fifth
 5  Amendment of the U.S. Constitution.
 6      Q   In fact, Woodbridge pays salaries to
 7  in-house sales agents, correct?
 8      A   I assert my rights under the Fifth
 9  Amendment of the U.S. Constitution.
10      Q   In addition, Woodbridge pays sales agents
11  commissions or fees based on sales that they make,
12  correct?
13      A   I assert my Fifth Amendment rights under
14  the U.S. Constitution.
15      Q   Mr. Shapiro, you decide on the sales
16  agents' compensation structure, correct?
17      A   I assert my rights under the Fifth
18  Amendment of the U.S. Constitution.
19      Q   And, Mr. Shapiro, you have final approval
20  over the sales agents' compensation, correct?
21      A   I assert my rights under the Fifth
22  Amendment of the U.S. Constitution.
23      Q   Now, Woodbridge also does business, sir,
24  with individuals that are called financial planners,
25  correct?
```

Page 43

```
 1      A   I assert my rights under the Fifth
 2  Amendment of the U.S. Constitution.
 3      Q   And these individuals or financial
 4  planners also make a commission or fee based on
 5  sales to investors, correct?
 6      A   I assert my rights under the Fifth
 7  Amendment of the U.S. Constitution.
 8      Q   Woodbridge Wealth, sir, is managed by
 9  Dayne Roseman, correct?
10      A   I assert my rights under the Fifth
11  Amendment of the U.S. Constitution.
12      Q   You hired Mr. Roseman, correct?
13      A   I assert my rights under the Fifth
14  Amendment of the U.S. Constitution.
15      Q   And not only does Mr. Roseman receive a
16  salary, but he also receives an override on each
17  sale to investors, correct?
18      A   I assert my rights under the Fifth
19  Amendment of the U.S. Constitution.
20      Q   All right.  And Mr. Roseman reports to
21  you; is that right?
22      A   I assert my rights under the Fifth
23  Amendment of the U.S. Constitution.
24      Q   Sir, if I were to ask you further
25  questions about the compensation of sales agents who
```

Page 44

```
 1  work for Woodbridge and concerning fees, commissions
 2  or other compensation, would you assert your Fifth
 3  Amendment right?
 4      A   I assert my rights under the Fifth
 5  Amendment of the U.S. Constitution.
 6      Q   Sir, if I were to ask you further
 7  questions about the compensation paid to individuals
 8  termed as financial planners on behalf of
 9  Woodbridge, would you assert your Fifth Amendment
10  right?
11      A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13      Q   All right.  Sir, with regard to
14  Woodbridge's business overall, what is the source of
15  funds for Woodbridge?
16      A   I assert my rights under the Fifth
17  Amendment of the U.S. Constitution.
18      Q   Does Woodbridge and any of the entities
19  associated with Woodbridge generate any revenue?
20      A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22      Q   Woodbridge is still raising funds from
23  investors, correct?
24      A   I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.
```

Page 45

```
 1      Q   Woodbridge offers guaranteed returns to
 2  investors, right?
 3      A   I assert my rights under the Fifth
 4  Amendment of the U.S. Constitution.
 5      Q   You've made representations to investors
 6  about the returns that they'll receive for investing
 7  with Woodbridge, correct?
 8      A   I assert my rights under the Fifth
 9  Amendment of the U.S. Constitution.
10      Q   And the returns to investors range from
11  between 6 percent to 10 percent annually, correct?
12      A   I assert my rights under the Fifth
13  Amendment of the U.S. Constitution.
14      Q   Investors are paid the returns on a
15  monthly basis, correct?
16      A   I assert my rights under the Fifth
17  Amendment of the U.S. Constitution.
18      Q   Have you discussed the safety and security
19  of this investment with investors?
20      A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22      Q   Have you flagged or identified any risks
23  for investors if they invest with Woodbridge?
24      A   I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.
```

Page 46

```
 1       Q   Have you ever represented to investors
 2   that their returns are based on Woodbridge's
 3   business generating revenue?
 4       A   I assert my rights under the Fifth
 5   Amendment of the U.S. Constitution.
 6       Q   And has Woodbridge produced the returns as
 7   promised to investors?
 8       A   I assert my rights under the Fifth
 9   Amendment of the U.S. Constitution.
10       Q   All right.  Sir, if I were to ask you any
11   further questions concerning any source of funds or
12   revenue for Woodbridge, would you assert your Fifth
13   Amendment rights?
14       A   I assert my rights -- I assert my Fifth
15   Amendment right under the U.S. Constitution.
16       Q   If I were to ask you any further questions
17   about promised or guaranteed returns to investors,
18   would you assert your Fifth Amendment rights?
19       A   I assert my Fifth Amendment rights under
20   the U.S. Constitution.
21       Q   If I were to ask you any further questions
22   about any representations you've made to investors
23   concerning the safety and security of investments
24   with Woodbridge or risks associated with Woodbridge,
25   would you assert your Fifth Amendment rights?
```

Page 47

```
 1       A   I assert my rights under the Fifth
 2   Amendment of the U.S. Constitution -- my Fifth
 3   Amendment rights.
 4       Q   Sir, isn't it true --
 5       A   Okay.
 6       Q   I'm sorry.  Go ahead.
 7       A   I assert my rights under my fifth -- I
 8   assert -- I forgot.  I assert my Fifth Amendment
 9   rights under the U.S. Constitution.
10       Q   Sir, isn't it true that Woodbridge has
11   distributed offering materials concerning its
12   investment products to investors?
13       A   I assert my rights under the Fifth
14   Amendment of the U.S. Constitution.
15       Q   And Woodbridge has sent these materials
16   through regular mail, overnight mail and e-mail as
17   well, correct?
18       A   I assert my rights under the Fifth
19   Amendment of the U.S. Constitution.
20       Q   Have you drafted any of these marketing
21   materials, sir?
22       A   I assert my rights under the Fifth
23   Amendment of the U.S. Constitution.
24       Q   It is true, however, that you have
25   ultimate authority and approval over the marketing
```

Page 48

```
 1   materials for Woodbridge, correct?
 2       A   I assert my rights under the Fifth
 3   Amendment of the U.S. Constitution.
 4       Q   Do the offering materials describe how
 5   Woodbridge would generate the promised returns to
 6   investors?
 7       A   I assert my rights under the Fifth
 8   Amendment of the U.S. Constitution.
 9       Q   Do you tell investors that their funds
10   will be commingled with other investment funds?
11       A   I assert my rights under the Fifth
12   Amendment of the U.S. Constitution.
13       Q   All right:  Sir, have you met with
14   investors?
15       A   I assert my rights under the Fifth
16   Amendment of the U.S. Constitution.
17       Q   Have you discussed with investors any
18   promised returns, risks or anything else associated
19   with the investment in Woodbridge?
20       A   I assert my rights under the Fifth
21   Amendment of the U.S. Constitution.
22       Q   Have you made any sales presentations?
23       A   I assert my rights under the Fifth
24   Amendment of the U.S. Constitution.
25       Q   Have you met with the inside sales
```

Page 49

```
 1   consultants who work for Woodbridge?
 2       A   I assert my rights under the Fifth
 3   Amendment of the U.S. Constitution.
 4       Q   Have you also met with financial planners,
 5   individuals who sell Woodbridge throughout the
 6   country?
 7       A   I assert my rights under the Fifth
 8   Amendment of the U.S. Constitution.
 9       Q   Sir, if I were to ask you any further
10   questions about Woodbridge creating or sending its
11   marketing materials, would you assert your Fifth
12   Amendment privilege?
13       A   I assert my rights under the Fifth
14   Amendment of the U.S. Constitution.
15       Q   If I were to ask you any further questions
16   about your in-person meetings or personally meeting
17   with any investors, would you assert your Fifth
18   Amendment privilege?
19       A   I assert my rights under the Fifth
20   Amendment of the U.S. Constitution.
21       Q   If I were to ask you any further questions
22   about you personally meeting with or directing sales
23   agents, whether within Woodbridge or outside of
24   Woodbridge, as financial planners, would you assert
25   your Fifth Amendment privilege?
```

Page 50

1      A   I assert my rights under the Fifth
2   Amendment of the U.S. Constitution.
3           MS. SCHMIDT:  So, Madam Court Reporter, if
4   you could please move to folder D.
5               (SEC Exhibit No. 37 was marked
6               for identification.)
7           THE REPORTER:  Exhibit 37 is marked.
8           MS. SCHMIDT:  Thank you, Madam Court
9   Reporter.
10          All right.  Before we move to Exhibit 37,
11   just to make sure -- so to make sure our record is
12   clear, when we're referring to Woodbridge,
13   Woodbridge means the entity doing business under the
14   name Woodbridge Group of Companies, LLC, including
15   its parent subsidiaries, affiliates, predecessors,
16   successors, officers, directors, employees, agents,
17   general partners, limited partners, partnerships and
18   aliases, co-names or trade or business names used by
19   any of the foregoing.
20          And that's what we're referring to by
21   Woodbridge, just to make sure the record is clear.
22      **Q   All right.  Sir, if you could take a**
23   **moment to look at Exhibit 37, please.**
24      A   I assert my rights --
25      **Q   Sir, we presented -- I'm sorry.  Go ahead.**

Page 51

1      A   I assert my rights under the Fifth
2   Amendment of the U.S. Constitution.
3           MS. SCHMIDT:  All right.  So let me
4   describe Exhibit 37 for the record.
5           This is a cover letter dated December
6   20th, 2016 to Woodbridge Group of Companies,
7   requiring a document production by Wednesday,
8   December 28th, 2016.
9      **Q   And, sir, with respect to Exhibit 37, did**
10   **you on behalf of Woodbridge search for any records**
11   **responsive to this SEC subpoena?**
12      A   I assert my rights under the Fifth
13   Amendment of the U.S. Constitution.
14      **Q   All right.  Sir, and in the documents to**
15   **be produced section -- we're going to take a brief**
16   **break and we're at 2:10 p.m.  Off the record.**
17          (Recess.)
18          MS. SCHMIDT:  All right.  We're back on
19   the record at 2:15 p.m.
20      **Q   Mr. Shapiro, we're looking at Exhibit 37.**
21          **And did you undertake any efforts to look**
22   **for records pursuant to this subpoena that we've**
23   **labeled as Exhibit 37?**
24      A   I assert my rights under the Fifth
25   Amendment of the U.S. Constitution.

Page 52

1      **Q   For the documents to be produced from the**
2   **period of January 1st, 2012 to the date of the**
3   **response, did you search for any records or direct**
4   **anyone to search for records concerning in- --**
5   **auditors, accountants, sales agents or other**
6   **representatives concerning Woodbridge's private**
7   **placement offerings?**
8      A   I assert my rights under the Fifth
9   Amendment of the U.S. Constitution.
10      **Q   Sir, the second item of the subpoena**
11   **marked now Exhibit 37, did you yourself or did you**
12   **direct anyone to look for records concerning any**
13   **auditors, accountants, sales agents or others**
14   **concerning Woodbridge's First Position Commercial**
15   **Mortgage program?**
16      A   I assert my rights under the Fifth
17   Amendment of the U.S. Constitution.
18      **Q   And, sir, did you yourself or direct**
19   **anyone else to search for any organizational chart**
20   **or similar documents reflecting identities of**
21   **persons and entities concerning those that are**
22   **mentioned in the subpoena?**
23      A   I assert my rights under the Fifth
24   Amendment of the U.S. Constitution.
25      **Q   Sir, if I were to ask you any further**

Page 53

1   questions concerning Exhibit 37, would you assert
2   your Fifth Amendment rights?
3      A   I assert my rights under the Fifth
4   Amendment of the U.S. Constitution.
5           MS. SCHMIDT:  And, Madam Court Reporter,
6   if you could look for folder E and mark it as 38,
7   the next exhibit.  And a courtesy copy for counsel.
8           Are you ready?
9           THE REPORTER:  No.
10              (SEC Exhibit No. 38 was marked
11              for identification.)
12          THE REPORTER:  38 is marked.
13          MS. SCHMIDT:  38 is marked?  Okay.  Thank
14   you for handing it to Mr. Shapiro.
15          For the record, I'll identify it as a
16   multi-page exhibit dated January 31st, 2017.  It's
17   to Woodbridge Group of Companies.
18      **Q   And could you take a moment to look at it,**
19   **Mr. Shapiro.**
20          **Exhibit 38 requests the production of**
21   **documents no later than February 15, 2017.**
22      A   I assert my rights under the Fifth
23   Amendment of the U.S. Constitution.
24      **Q   It also includes testimony subpoenas for**
25   **two and -- three individuals employed by Woodbridge.**

Page 54

1    If you could turn to section C -- and I'm
2  sorry, it does not have a page number, but it's
3  section C of the subpoena attachment to Woodbridge
4  Group of Companies, LLC.  And there are items here
5  that are requested to be produced.
6    With respect to -- in the time period of
7  January 1st, 2012 to the response date, under number
8  1, documents concerning Woodbridge's offerings and
9  then there's a list of items A through V.
10    Sir, did you undertake any efforts to
11  search for those documents as requested by the
12  subpoena that was now marked as Exhibit 38?
13    A   I assert my rights under the Fifth
14  Amendment of the U.S. Constitution.
15    Q   Did you search for any records concerning
16  subscription begin and end dates?
17    A   I assert -- I assert my rights under the
18  Fifth Amendment of the U.S. Constitution.
19    Q   Did you search, sir, for the amounts
20  raised as well as the contact information for all
21  investors with Woodbridge?
22    A   I assert my rights under the Fifth
23  Amendment of the U.S. Constitution.
24    Q   Did you search for any records concerning
25  the stated and actual use of investor funds?

Page 55

1    A   I assert my rights under the Fifth
2  Amendment of the U.S. Constitution.
3    Q   Did you search or did you direct anyone to
4  search for information concerning the promised rates
5  of return or how the rates were achieved?
6    A   I assert my rights under the Fifth
7  Amendment of the U.S. Constitution.
8    Q   Did you or did you direct anyone to search
9  for information concerning sales agents and
10  compensation?
11    A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13    Q   Did you yourself or did you direct anyone
14  to search for any correspondence as would be
15  responsive to Exhibit 38?
16    A   I assert my rights under the Fifth
17  Amendment of the U.S. Constitution.
18    Q   Did you yourself search or ask anyone to
19  search for information concerning the number or
20  percentage of investors who rolled over their
21  returns or reinvested in a Woodbridge offering?
22    A   I assert my rights under the Fifth
23  Amendment of the U.S. Constitution.
24    Q   Did you yourself search or direct anyone
25  to search concerning the funds raised from investors

Page 56

1  and whether they were used to pay other Woodbridge
2  investor returns?
3    A   I assert my rights under the Fifth
4  Amendment of the U.S. Constitution.
5    Q   Did you search for any offering materials
6  or direct anyone to do that?
7    A   I assert my rights under the Fifth
8  Amendment of the U.S. Constitution.
9    Q   Mr. Shapiro, do you know whether these
10  Woodbridge investors are accredited?
11    A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13    Q   Did you search for any information
14  concerning any documents concerning any accredited
15  investors?
16    A   I assert my rights under the Fifth
17  Amendment of the U.S. Constitution.
18    Q   Did you yourself search or direct anyone
19  to search for budget reports or any type of reports
20  concerning Woodbridge construction projects?
21    A   I assert my rights under the Fifth
22  Amendment of the U.S. Constitution.
23    Q   Concerning the second item in the
24  subpoena, Woodbridge's financial documents, Mr.
25  Shapiro, did you search for information concerning

Page 57

1  anyone in Woodbridge's accounting, auditing or any
2  type of financial or recordkeeping function?
3    A   I assert my rights under the Fifth
4  Amendment of the U.S. Constitution.
5    Q   Mr. Shapiro, did you search for any
6  records concerning the engagement of any external
7  accounting or audit firm or record keepers of any
8  sort?
9    A   I assert my rights under the Fifth
10  Amendment of the U.S. Constitution.
11    Q   Sir, responsive to this subpoena which
12  we've marked as Exhibit 38, did you yourself search
13  or direct anyone to search for any programs or
14  software that Woodbridge uses to prepare its
15  financial records?
16    A   I assert my rights under the Fifth
17  Amendment of the U.S. Constitution.
18    Q   Did you, Mr. Shapiro, did you yourself or
19  direct anyone to search for any information
20  concerning any financial accounts or bank accounts
21  held on behalf of Woodbridge?
22    A   I assert my rights under the Fifth
23  Amendment of the U.S. Constitution.
24    Q   Did you yourself search for or direct
25  anyone to search for any charts of accounts, general

15 (Pages 54 to 57)

Page 58

1   ledgers or any type of other financial records kept
2   for Woodbridge?
3       A   I assert my rights under the Fifth
4   Amendment of the U.S. Constitution.
5       Q   And, sir, if I were to ask you any further
6   questions about what search, if any, that you
7   undertook to look for the records that are
8   subpoenaed under -- that are now part of Exhibit 38,
9   under Exhibit 38, would you assert your Fifth
10  Amendment privilege?
11      A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13      Q   All right.  Sir, concerning the First
14  Position commercial mortgages, since at least 2010,
15  Woodbridge has offered investments in the First
16  Position Commercial Mortgage program, correct?
17      A   I assert my rights under the Fifth
18  Amendment of the U.S. Constitution.
19      Q   Do investors sign a note to be part of the
20  First Position Commercial Mortgage program?
21      A   I assert my rights under the Fifth
22  Amendment of the U.S. Constitution.
23      Q   Investors are given other legal documents;
24  is that right?
25      A   I assert my rights under the Fifth

Page 59

1   Amendment of the U.S. Constitution.
2       Q   All right.  And Woodbridge -- for the
3   First Position Commercial Mortgage program,
4   Woodbridge offers a one-year investment with
5   approximately a 5 or 6 percent annual return,
6   correct?
7       A   I assert my rights under the Fifth
8   Amendment of the U.S. Constitution.
9       Q   And after the first year, the individual
10  investor in the First Position Commercial Mortgage
11  program can receive his or her funds back, correct?
12      A   I assert my rights under the Fifth
13  Amendment of the U.S. Constitution.
14          MS. SCHMIDT:  Ma'am, if you could please
15  hand Mr. Shapiro what's in folder F.  And let me
16  know when you're ready.  We'll mark it as 39.
17          (SEC Exhibit No. 39 was marked
18          for identification.)
19          THE REPORTER:  39 is marked.
20          MS. SCHMIDT:  Thank you, ma'am.  If you
21  could hand it to Mr. Shapiro.
22          THE REPORTER:  He has it.  Thank you.
23          MS. SCHMIDT:  All right.  Thank you.
24      Q   All right.  Sir, if you could take a
25  moment -- this is a two-page exhibit that starts

Page 60

1   with "Structured Settlements" on the first page.
2   Let me just read some of it into the record.  It
3   starts with, "What Are Structured Settlements?"  And
4   there are several paragraphs beneath it.
5           And then it has, on the right-hand column,
6   a highlighted type of column:
7           "Two financial opportunities with
8           safety and yield in mind.  Woodbridge
9           Structured Funding, LLC and its
10          affiliate, Woodbridge Mortgage
11          Investment Fund 2, LLC, offers several
12          products that can benefit your clients
13          looking to increase their returns in
14          today's low interest rate
15          environment."
16          And it goes on.
17          Sir, are you familiar with Exhibit 39?
18      A   I assert my Fifth Amendment rights under
19  the U.S. Constitution.
20      Q   In fact, the first page of Exhibit 39 is
21  the type of document that's given to the financial
22  planners who work for Woodbridge, correct?
23      A   I assert my rights under the Fifth
24  Amendment of the U.S. Constitution.
25      Q   Okay.  And if you'd look at the -- towards

Page 61

1   the bottom third of the page, there's an example in
2   the box.  It states, "Metropolitan Life Structured
3   Settlement."  Therein you see a wholesale rate of 6
4   percent and a buy rate of 5 percent.
5           Do you see that, sir?
6       A   I assert my rights under the Fifth
7   Amendment of the U.S. Constitution.
8       Q   And this is just one of many types of
9   informational sheets or marketing materials that
10  Woodbridge provides to the outside financial
11  planners to sell its products, correct?
12      A   I assert my rights under the Fifth
13  Amendment of the U.S. Constitution.
14      Q   And structured settlements are one of the
15  investment products that Woodbridge offers, among
16  others, correct?
17      A   I assert my rights under the Fifth
18  Amendment of the U.S. Constitution.
19      Q   So if you could turn to the second page of
20  this exhibit.  And just for the record, I'll note
21  that Exhibit 39 on the bottom left-hand corner
22  appears to have some type of icon and the word -- or
23  the name Woodbridge at the bottom.
24          The second page reads, "First Position
25  Commercial Mortgages."  And it reads:

Page 62

```
1          "What are First Position commercial
2   mortgages?"
3          And gives short-term bridge loans, and
4   there's an explanation there.
5          Do you see that, sir?
6      A   I assert my rights under the Fifth
7   Amendment of the U.S. Constitution.
8      Q   The second page of Exhibit 39 is also a
9   document that Woodbridge distributes to its
10  financial planners explaining how the First Position
11  commercial program works, correct?
12     A   I assert my rights under the Fifth
13  Amendment of the U.S. Constitution.
14     Q   And if you look at the very bottom of the
15  page, under the box, it reads:
16          "One year FPCM on a bowling alley in
17          Union City, Georgia, 2.2 million
18          appraised value."
19          Do you see that, sir?
20     A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22     Q   And the purpose of this box is to
23  describe, for example, a 7 percent yield to the
24  client, your fee of 2 percent, so it's giving a
25  breakdown of what the client or the investor makes
```

Page 63

```
1   versus what the financial planner makes in
2   commissions, correct?
3      A   I assert my rights under the Fifth
4   Amendment of the U.S. Constitution.
5      Q   Sir, if I were to ask you further
6   questions about this document, Exhibit 39,
7   concerning materials distributed to financial
8   planners who offer Woodbridge investment products,
9   would you assert your Fifth Amendment privilege?
10     A   I assert my rights under the Fifth
11  Amendment of the U.S. Constitution.
12         MS. SCHMIDT:  And, Madam Court Reporter,
13  if you could turn to exhibit -- folder G, rather,
14  and this will be our next exhibit, 40.
15         (SEC Exhibit No. 40 was marked
16          for identification.)
17         THE REPORTER:  It's marked.
18         MS. SCHMIDT:  Thank you, ma'am.
19         THE REPORTER:  Sure.
20         BY MS. SCHMIDT:
21     Q   All right.  Mr. Shapiro, we're showing you
22  what we've marked as Exhibit 40.  It is a multi-page
23  exhibit starting with "Position Benefits."
24         The first page reads:
25          "Finally, safe options for your
```

Page 64

```
1   money with yields of 6 to 8 percent
2           without the worry of market risk."
3           First Position is one of the outside
4   financial planners who does work for Woodbridge,
5   correct?
6      A   I assert my rights under the Fifth
7   Amendment of the U.S. Constitution.
8      Q   If you'd go to the second page of Exhibit
9   40, on the top right corner, it talks about
10  different returns.  There's a short-term high-yield
11  gain:
12          "Your money earns 6 percent, and in
13          some instances as high as 10 percent
14          for just one year."
15          Those are the types of rates that
16  Woodbridge offers investors, correct?
17     A   I assert my rights under the Fifth
18  Amendment of the U.S. Constitution.
19     Q   If you go to the third page of composite
20  Exhibit 40, it reads, "First Position Commercial
21  Mortgage FAQ."  In the upper right-hand corner,
22  there appears to be an icon with the name
23  Woodbridge.  Do you see that, sir?
24     A   I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.
```

Page 65

```
1      Q   Okay.  And this -- these documents that
2   are appended here to Exhibit 40 give an explanation
3   as to the First Position Commercial Mortgage
4   program, right?
5      A   I assert my rights under the first -- I
6   assert my rights under the Fifth Amendment of the
7   U.S. Constitution.
8      Q   Okay.  And, in fact, Woodbridge handles
9   the -- the First Position Commercial Mortgage
10  program, Woodbridge handles all of it, correct?
11     A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13     Q   Woodbridge identifies properties, provides
14  all the paperwork on these properties and solicits
15  funds from investors, correct?
16     A   I assert my rights under the Fifth
17  Amendment of the U.S. Constitution.
18     Q   And then Woodbridge pays monthly returns
19  to investors under the First Position Commercial
20  Mortgage program, correct?
21     A   I assert my rights under the Fifth
22  Amendment of the U.S. Constitution.
23     Q   Woodbridge also commingles the funds from
24  investors in the First Position Commercial Mortgage
25  with other investment opportunities, correct?
```

Page 66

1    A   I assert my rights under the Fifth
2  Amendment of the U.S. Constitution.
3       Q   So you really don't know where the money
4  to pay these First Position Commercial Mortgage
5  investors is coming from, do you?
6       A   I assert my rights under the Fifth
7  Amendment of the U.S. Constitution.
8       Q   And Woodbridge handles everything with
9  First Position Commercial Mortgages, and the
10  investor has no say in the program, correct?
11      A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13      Q   All right. Sir --
14          And, Madam Court Reporter, we're going to
15  skip ahead to folder M.  If you could look at folder
16  M, please.
17          THE REPORTER:  M like Mary?
18          MS. SCHMIDT:  M like Mary, yes, please.
19          Let me hand counsel a courtesy copy.
20          MR. O'QUINN:  Thank you.
21          MS. SCHMIDT:  All right.  And these will
22  be composite Exhibit 41.  And these are the
23  promissory notes.
24              (SEC Exhibit No. 41 was marked
25                  for identification.)

Page 67

1          THE REPORTER:  Mr. Shapiro has the
2  exhibit.
3          MS. SCHMIDT:  Thank you, ma'am.
4       Q   So before we start with Exhibit 41, sir,
5  isn't it true that Woodbridge also offers investment
6  programs, a five-year term called the Woodbridge
7  Mortgage Investment Funds 1 through 4, correct?
8       A   I assert my rights under the Fifth
9  Amendment of the U.S. Constitution.
10      Q   Okay.  And part of that program involves
11  issuing notes and other legal documents concerning
12  these investors, correct?
13      A   I assert my rights under the Fifth
14  Amendment of the U.S. Constitution.
15      Q   And these Woodbridge Mortgage Investment
16  Funds 1, 2, 3, 3a and 4 have issued private
17  placement memoranda, correct?
18          THE REPORTER:  I'm sorry, 1, 2, 3 through
19  what?
20          MS. SCHMIDT:  1, 2, 3, 3a --
21          THE REPORTER:  Oh.
22          MS. SCHMIDT:  -- and 4 --
23          THE REPORTER:  Thank you.
24          BY MS. SCHMIDT:
25      Q   -- have issued private placement

Page 68

1  memoranda, correct?
2       A   I assert my rights under the Fifth
3  Amendment of the U.S. Constitution.
4       Q   And just to shorten it, we'll call them
5  PPMs.
6          These PPMs have been distributed to
7  investors, right?
8       A   I assert my rights under the Fifth
9  Amendment of the U.S. Constitution.
10      Q   All right.  And you had final say in the
11  content that went into the PPMs, right?
12      A   I assert my rights under the Fifth
13  Amendment of the U.S. Constitution.
14      Q   If you could take a moment to look at
15  Exhibit 41, and I'll just describe it for the
16  record.
17          The first page is a promissory note for
18  $50,000, and it concerns Woodbridge Investment Fund
19  3, LLC.
20          Do you see that?
21      A   I assert my rights under the Fifth
22  Amendment of the U.S. Constitution.
23      Q   And the third page is signed by David
24  Golden, correct?
25      A   I assert my rights under the Fifth

Page 69

1  Amendment of the U.S. Constitution.
2       Q   In addition to the promissory note, it
3  also involves a loan agreement, and let me describe
4  the other documents.
5          There's a loan agreement here.  There is
6  also collateral assignments of note, mortgage and
7  other loan documents.
8          THE REPORTER:  Assignment of what?  Loan
9  mortgage, did you say?
10          MS. SCHMIDT:  Sure, let me --
11          THE REPORTER:  Sorry.
12          MS. SCHMIDT:  Not at all.  I'll read that
13  again.
14          A collateral assignment of notes, mortgage
15  and other loan documents.  And Exhibit A to the
16  collateral assignments, there's also an assignment
17  of promissory note and mortgage.
18      Q   Exhibit 41 is a type of package that
19  Woodbridge provides to investors who invest in one
20  of its mortgage investment funds such as Fund 3,
21  correct?
22      A   I assert my rights under the Fifth
23  Amendment of the U.S. Constitution.
24      Q   Part of the program of the mortgage funds
25  with the PPMs is that investors will invest their

Page 70

1  monies for five years and that they cannot take
2  their money out before the five years, correct?
3      A  I assert my rights under the Fifth
4  Amendment of the U.S. Constitution.
5      Q  Part of the programs for the PPMs is that
6  investors would receive a 10 percent annual return,
7  correct?
8      A  I assert my rights under the Fifth
9  Amendment of the U.S. Constitution.
10     Q  If I were to ask you any further
11  questions, sir, about Exhibit 41, would you assert
12  your Fifth Amendment rights?
13     A  I assert my Fifth Amendment rights under
14  the U.S. Constitution.
15         MS. SCHMIDT:  Okay.  Madam Court Reporter,
16  if you could please hand Mr. Shapiro what's already
17  been pre-marked as Exhibit 4.
18         I'll hand a courtesy copy to counsel.
19         THE REPORTER:  He has it.
20         MS. SCHMIDT:  Thank you, ma'am.
21     Q  All right.  Mr. Shapiro, we've handed you
22  what we've pre-marked -- or marked previously,
23  rather, Exhibit 4.  This is a copy of Woodbridge
24  Investment Fund 1, LLC confidential offering
25  memorandum, 10 million offering for 100 units.

Page 71

1         And this PPM is a copy of the PPM that
2  Woodbridge distributed for Fund Number 1, correct?
3      A  I assert my rights under the Fifth
4  Amendment of the U.S. Constitution.
5      Q  In fact, through the Woodbridge Mortgage
6  Investment Fund programs 1 through 4, Woodbridge has
7  raised hundreds of millions of dollars from
8  investors nationwide, correct?
9      A  I assert my rights under the Fifth
10  Amendment of the U.S. Constitution.
11     Q  Sir, I'd like to turn your attention to
12  page 15 of Exhibit 4.  If you could kindly turn to
13  that page, I just wanted to read something and ask
14  you about it.
15         And just for the record, we're looking at
16  page -- Exhibit 4, the Bates range is WOODBRIDGE SEC
17  000243.
18         It is Roman numeral IV, Management Team,
19  Key Management Personnel.  The first name is Robert
20  Shapiro, president and CEO.
21         You are, in fact, sir, the president and
22  CEO of Woodbridge Mortgage Investment Fund 1,
23  correct?
24     A  I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.

Page 72

1      Q  In fact, you have the leadership role at
2  all of the Woodbridge entities as is described
3  herein today, correct?
4      A  I assert my rights under the Fifth
5  Amendment of the U.S. Constitution.
6      Q  Are you a licensed real estate broker in
7  New York, sir?
8      A  I assert my rights under the U -- I assert
9  my rights under the Fifth Amendment of the U.S.
10  Constitution.
11     Q  Okay.  And Richard Salvato works for you,
12  correct?
13     A  I assert my rights under the Fifth
14  Amendment of the U.S. Constitution.
15     Q  Joe Hughes also works for you, correct?
16     A  I assert my rights under the Fifth
17  Amendment of the U.S. Constitution.
18     Q  And you did not seek Mr. Salvato's
19  approval before writing and distributing this
20  biography about him, correct?
21     A  I assert my rights under the Fifth
22  Amendment of the U.S. Constitution.
23     Q  But you approved all the information in
24  this PPM, Exhibit 4, correct?
25     A  I assert my rights under the Fifth

Page 73

1  Amendment of the U.S. Constitution.
2      Q  If I were to ask you further questions
3  about Exhibit 4, would you continue to assert your
4  Fifth Amendment rights?
5      A  I assert my Fifth Amendment rights under
6  the U.S. Constitution.
7         MS. SCHMIDT:  All right.  Madam Court
8  Reporter, if you could please hand Mr. Shapiro what
9  we've already marked Exhibit 5.  And I'll hand a
10  courtesy copy to counsel.
11         THE REPORTER:  I've handed him the
12  document.
13         MS. SCHMIDT:  Thank you.
14     Q  I'd like to clarify the record, sir, with
15  Exhibit 4 that we were just looking at.
16         It sets forth the terms of the investment
17  opportunity, correct.
18     A  I assert my rights under the Fifth
19  Amendment of the U.S. Constitution.
20     Q  And the investment opportunity under the
21  Exhibit 4, Fund 1 is -- it says here, "8 percent
22  preferential dividends."
23         Is that right?
24     A  I assert my right -- I assert my Fifth
25  Amendment rights under the U.S. Constitution.

Page 74

1           Q    And at the end of the five years for Fund
2    1, investors would share in 50 percent of the
3    profits at the end of the five years, correct?
4           A    I assert my rights under the Fifth
5    Amendment of the U.S. Constitution.
6           Q    So -- and it was supposed to be only 100
7    units of investment for Fund 1, correct?
8           A    I insert -- I -- I forgot -- can you give
9    me the verbiage again, Ryan?  It just for some
10   reason went out of the my head, and let me write it
11   down.
12          MR. O'QUINN:  I think what we had mutually
13   discussed with the SEC to incorporate back the
14   assertion that you made earlier on was that you
15   would make reference to the fact that you are
16   asserting --
17          THE WITNESS:  Assert.  Okay.
18          MR. O'QUINN:  -- asserting your right
19   under the Fifth Amendment --
20          THE WITNESS:  Okay.  Got it.
21          MR. O'QUINN:  -- Fifth Amendment.
22          That's enough.  You don't need to speak
23   anymore.
24          But that you are asserting your rights
25   under the Fifth Amendment of the U.S. Constitution.

Page 75

1           THE WITNESS:  I assert my rights under the
2    Fifth Amendment of the U.S. Constitution.
3           MS. SCHMIDT:
4           Q    And for Exhibit 4, Fund 1, it claims here
5    that it's a $10 million offering, but Woodbridge has
6    far exceeded that amount, correct.
7           A    I assert my rights under the Fifth
8    Amendment of the U.S. Constitution.
9           Q    Looking at Exhibit 5, sir, that's in front
10   of you.  I'll just read into the record.  It's
11   Woodbridge Commercial Bridge Loan Fund 1, LLC $50
12   million offering for 500 preferred incentive units,
13   and the date appears to be June 26th, 2015.
14          You approved of the distribution of
15   Exhibit 5, correct?
16          A    I assert my rights under the Fifth
17   Amendment of the U.S. Constitution.
18          Q    This Exhibit 5 is also another five-year
19   investment, correct, where the investor cannot get
20   his or her funds back before the five years, right?
21          A    I assert my rights under the Fifth
22   Amendment of the U.S. Constitution.
23          Q    What is the rate of return that Exhibit 5
24   offers to investors?
25          A    I assert my right under the Fifth

Page 76

1    Amendment of the U.S. Constitution.
2           Q    And in fact, the rate of return that
3    Woodbridge offers investors is guaranteed by
4    Woodbridge, correct?
5           A    I assert my rights under the Fifth
6    Amendment of the U.S. Constitution.
7           Q    Throughout the document of Exhibit 5,
8    towards the back, there are pictures of different
9    buildings and different properties.
10          These are properties that presumably
11   secure the investors' investments, correct?
12          A    I assert my rights under the Fifth
13   Amendment of the U.S. Constitution.
14          Q    If I were to ask you, sir, any other
15   further questions regarding Exhibit 5, would you
16   assert your Fifth Amendment privilege?
17          A    I assert my rights under the Fifth
18   Amendment of the U.S. Constitution.
19          Q    Sir, did you tell any PPM investors that
20   their funds would be commingled with investor funds
21   from the First Position Commercial Mortgage program?
22          A    I assert my rights under the Fifth
23   Amendment of the U.S. Constitution.
24          MS. SCHMIDT:  Okay.  Madam Court Reporter,
25   if you could please hand Mr. Shapiro what we've

Page 77

1    already marked as Exhibit 21.
2           I'll hand a courtesy copy to counsel.  And
3    just for the record, I'll identify it when you're
4    ready.
5           THE REPORTER:  He has it.
6           MS. SCHMIDT:  Thank you, ma'am.
7           Q    All right.  Sir, I'm handing you what
8    we've previously marked as composite Exhibit 21,
9    which is Woodbridge Mortgage Investment Fund 2, LLC
10   $25 million offering for 250 units.
11          Do you recognize Exhibit 21, sir?
12          A    I assert my Fifth Amendment rights under
13   the U.S. Constitution.
14          MS. SCHMIDT:  And, Madam Court Reporter, I
15   just want to be clear, Mr. Shapiro does have Exhibit
16   21 in front of him?
17          THE REPORTER:  Yes.
18          MS. SCHMIDT:  Okay.  Thank you.
19          BY MS. SCHMIDT:
20          Q    All right.  And, sir, with Exhibit 21,
21   Fund Number 2, this offered a 10 percent return to
22   investors on an annual basis, correct?
23          A    I assert my rights under the Fifth
24   Amendment of the U.S. Constitution.
25          Q    And investors could not withdraw their

Page 78

1   money for five years, correct?
2       A   I assert my rights under the Fifth
3   Amendment of the U.S. Constitution.
4       Q   If they stay until the end of the five
5   years, they get an additional 50 percent of profits
6   at the end of the fifth year, correct?
7       A   I assert my rights under the Fifth
8   Amendment of the U.S. Constitution.
9       Q   You didn't talk to investors about the
10  risks associated with this investment in Fund 2,
11  correct?
12      A   I assert my rights under the Fifth
13  Amendment of the U.S. Constitution.
14      Q   Looking at the pictures here, these
15  different buildings and properties that are attached
16  here and described in Exhibit 21, these are the
17  properties that you told investors would
18  collateralize their investments, right?
19      A   I assert -- I assert my rights under the
20  Fifth Amendment of the U.S. Constitution.
21      Q   And these properties aren't generating any
22  revenue, are they, sir?
23      A   I assert my -- I assert my rights under
24  the Fifth Amendment of the U.S. Constitution.
25      Q   And so these properties are not paying the

Page 79

1   returns to the investors in Fund 2, correct?
2       A   I assert my rights under the Fifth
3   Amendment of the U.S. Constitution.
4       Q   If I were to ask you any further
5   questions, sir, concerning Exhibit 21, the return to
6   investors, the sources of funds or uses of funds,
7   would you assert your Fifth Amendment privilege?
8       A   I assert my rights under the Fifth
9   Amendment of the U.S. Constitution.
10      Q   If I were to ask you any further questions
11  about the statements that are made in Exhibit 21
12  concerning the safety and security of the investment
13  or any risks associated with the investment, would
14  you assert your Fifth Amendment privilege?
15      A   I assert my rights under the Fifth
16  Amendment of the U.S. Constitution.
17      Q   If I were to ask you any further questions
18  at all concerning your background or the background
19  of these company individuals who are listed here in
20  Exhibit 21 for Fund 2, and their management
21  expertise, would you assert your Fifth Amendment
22  privilege?
23      A   I assert my rights under the Fifth
24  Amendment of the U.S. Constitution.
25          MS. SCHMIDT:  All right.  Madam Court

Page 80

1   Reporter, if you could please hand Mr. Shapiro what
2   we've previously marked as Exhibit 22.  The folder
3   should be marked 22.
4           And I will hand a courtesy copy to
5   counsel.
6           And let me know when you're ready.
7           THE REPORTER:  Exhibit 22 is before Mr.
8   Shapiro.
9           MS. SCHMIDT:  Thank you so much.
10      Q   Mr. Shapiro, do you recognize Exhibit 22?
11      A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13      Q   All right.  And Exhibit 22, just for the
14  record, is Woodbridge Mortgage Investment Fund 3,
15  LLC $50 million offering for 500 units.  It offers a
16  10 percent annual return plus a 2 percent accrued
17  dividend after five years.
18          And those are the terms of this particular
19  offering, correct, sir?
20      A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22      Q   So at the end of the five years, an
23  investor would receive not just the annual 10
24  percent return, they get an additional ten points if
25  they stay for the five years, correct?

Page 81

1       A   I assert my rights under the Fifth
2   Amendment of the U.S. Constitution.
3       Q   In addition, if an investor stays for five
4   years, they could receive up to 50 percent of the
5   profits in the fund; is that right?
6       A   I assert my rights under the Fifth
7   Amendment of the U.S. Constitution.
8       Q   But Fund number 3 hasn't come due yet, has
9   it? It's not due for a few more years; is that
10  right?
11      A   I assert my rights under my Fifth
12  Amendment of the U.S. Constitution.
13      Q   In fact, Fund 3 is from October 1st, 2014,
14  so Fund 3 does not yet -- hasn't yet reached the
15  five-year payout date, right?
16      A   I assert my rights under the Fifth
17  Amendment of the U.S. Constitution.
18      Q   And Fund 3 investors have continued to
19  receive their monthly payments, correct?
20      A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22      Q   The same question for Fund Number 2; those
23  investors have continued to receive their monthly
24  payments to date, right?
25      A   I assert my rights under the Fifth

Page 82

1    Amendment of the U.S. Constitution.
2         Q   And for Fund Number 1, investors have
3    continued to receive their monthly payments,
4    correct?
5         A   I assert my rights under the Fifth
6    Amendment of the U.S. Constitution.
7         Q   And none of these investors know where
8    these funds are coming from, right?
9         A   I assert my rights under the Fifth
10   Amendment of the U.S. Constitution.
11        Q   Okay.  This also -- Exhibit 22 also has
12   photos and information concerning certain
13   properties.
14            These are the properties that allegedly
15   secure investors' funds, correct?
16        A   I assert my rights under the Fifth
17   Amendment of the U.S. Constitution.
18        Q   And you, sir, Mr. Shapiro, control what
19   properties are bought, what properties are sold and
20   overall the complete business of Woodbridge,
21   correct?
22        A   I assert my rights under the Fifth
23   Amendment of the U.S. Constitution.
24        Q   All right.  And the information here
25   contained in Exhibit 22 for Fund 3 concerning your

Page 83

1    management expertise is all something you approved,
2    correct?
3         A   I assert my Fifth Amendment rights under
4    the U.S. Constitution.
5         Q   And Fund 3 has been distributed to
6    investors through the mail, regular mail, overnight
7    mail and e-mail; is that right?
8         A   I assert my right -- I assert my Fifth
9    Amendment rights under the U.S. Constitution.
10        Q   If I were to ask you any further questions
11   about Fund Number 3, Exhibit 22, would you assert
12   your Fifth Amendment rights?
13        A   I assert my Fifth Amendment rights under
14   the U.S. Constitution.
15            MS. SCHMIDT:  We'll take a short break.
16   We're off the record at 2:50.
17            (A brief recess was taken.)
18            MS. SCHMIDT:  All right.  We're back on
19   the record at 2:55 p.m.
20        Q   Mr. Shapiro, isn't it true that Woodbridge
21   has entered into consent decrees with several states
22   concerning its activities selling securities in
23   those states?
24        A   I assert my rights under the Fifth
25   Amendment of the U.S. Constitution.

Page 84

1         Q   And yet Woodbridge has continued to
2    solicit investors in those states with the consent
3    decrees, right?
4         A   I assert my rights under the Fifth
5    Amendment of the U.S. Constitution.
6         Q   In fact, Woodbridge has entered into a
7    consent decree with the State of Arizona, right?
8         A   I assert my rights under the Fifth
9    Amendment of the U.S. Constitution.
10        Q   Woodbridge has also received a cease and
11   desist order from the State of Massachusetts,
12   correct?
13        A   I assert my rights under the Fifth
14   Amendment of the U.S. Constitution.
15        Q   Woodbridge has also received an order to
16   stop selling securities from the State of Texas,
17   correct?
18        A   I assert my rights under the Fifth
19   Amendment of the U.S. Constitution.
20        Q   Woodbridge has also received an order to
21   cease and desist from selling securities in the
22   state of Arkansas, correct?
23        A   I assert my rights under the Fifth
24   Amendment of the U.S. Constitution.
25        Q   And yet, Woodbridge has continued to sell

Page 85

1    securities to investors in those states despite from
2    being barred from doing so, correct?
3         A   I assert my rights under the Fifth
4    Amendment of the U.S. Constitution.
5         Q   And you have not disclosed to investors on
6    behalf of Woodbridge that it cannot do business in
7    those states, correct?
8         A   I assert my rights under the Fifth
9    Amendment of the U.S. Constitution.
10        Q   And now, despite these consent decrees,
11   have you personally continued to offer investors
12   Woodbridge's offerings in these prohibited states?
13        A   I assert my Fifth Amendment rights under
14   the U.S. Constitution.
15        Q   And despite these consent decree orders,
16   have you personally continued to make
17   representations to prospective investors in the
18   prohibited states concerning Woodbridge's investment
19   opportunities?
20        A   I assert my Fifth Amendment rights under
21   the U.S. Constitution.
22        Q   And despite these consent decrees or
23   orders to stop selling securities in these
24   particular states, Woodbridge has continued to
25   distribute offering materials to prospective

Page 86

```
 1    investors in those states?
 2        A   I assert my Fifth Amendment rights under
 3    the U.S. Constitution.
 4        Q   And, in fact, when Woodbridge distributed
 5    offering materials concerning Fund 1, it did not
 6    tell investors that it was the subject of any type
 7    of consent decree or order in any state; is that
 8    right?
 9        A   I assert my Fifth Amendment rights under
10    the U.S. Constitution.
11        Q   The same question for Fund Number 2;
12    Woodbridge did not disclose to investors that it was
13    under a state's cease and desist order or orders not
14    to sell securities in any of these particular
15    states, right?
16        A   I assert my rights under the U.S. Con- --
17    I assert my rights under the Fifth Amendment of the
18    U.S. Constitution.
19        Q   With respect to Fund Number 3, Woodbridge
20    also did not tell investors that it was prohibited
21    from selling securities in certain states, correct?
22        A   I assert my rights under the Fifth
23    Amendment of the U.S. Constitution.
24        Q   And you did not personally tell investors
25    in investment Fund 3 that Woodbridge could not sell
```

Page 87

```
 1    securities in particular states, correct?
 2        A   I assert my rights under the Fifth
 3    Amendment of the U.S. Constitution.
 4        Q   Okay.  You, sir, have not -- with respect
 5    to Fund Number 1, you have not accurately disclosed
 6    to investors the commissions Woodbridge pays to its
 7    sales agents, correct?
 8        A   I assert -- I assert my rights under Fifth
 9    Amendment of the U.S. Constitution.
10        Q   With respect to Fund 2, the same question;
11    sir, you have not accurately disclosed to investors
12    the commissions Woodbridge pays to its sales agents,
13    correct?
14        A   I assert my rights under the U -- I assert
15    my rights under the Fifth Amendment of the U.S.
16    Constitution.
17        Q   And with respect to Fund Number 3 for
18    Woodbridge, you yourself have not accurately
19    disclosed to investors commissions Woodbridge pays
20    to its sales agents, correct?
21        A   I assert my rights under the Fifth
22    Amendment of the U.S. Constitution.
23        Q   In fact, you misrepresent the amount of
24    commissions paid to Woodbridge's sales agents,
25    correct?
```

Page 88

```
 1        A   I assert my rights under the Fifth
 2    Amendment of the U.S. Constitution.
 3        Q   And in fact, you've misrepresented the
 4    amount of commissions paid by Woodbridge to sales
 5    agents for Funds 1, 2 and 3; isn't that right?
 6        A   I assert my rights under the Fifth
 7    Amendment of the U.S. Constitution.
 8        Q   If I were to ask you any further questions
 9    as to the amount of commissions disclosed or the
10    failure to disclose those commissions to investors
11    in Funds 1, 2 or 3, would you assert your Fifth
12    Amendment right?
13        A   I assert my Fifth Amendment rights under
14    the U.S. Constitution.
15        Q   If I were to ask you any further questions
16    about whether you've disclosed or failed to disclose
17    the issuance of state orders to cease selling
18    securities to investors in Funds 1, 2 or 3, would
19    you assert your Fifth Amendment right?
20        A   I assert my Fifth Amendment rights under
21    the U.S. Constitution.
22        Q   Now, sir, Mr. Shapiro, you are responsible
23    for the way Woodbridge makes disclosures to
24    investors, correct?
25        A   I assert my rights under my Fifth
```

Page 89

```
 1    Amendment of the U.S. Constitution.
 2        Q   And you're responsible for the oral
 3    communications that sales agents and others on
 4    behalf of Woodbridge make to investors, correct?
 5        A   I assert my rights under the Fifth
 6    Amendment of the U.S. Constitution.
 7        Q   And you're also responsible for any
 8    disclosures and communications that Woodbridge makes
 9    in printed or written materials distributed to
10    investors, correct?
11        A   I assert my rights under the Fifth
12    Amendment of the U.S. Constitution.
13        MS. SCHMIDT:  All right.  Could I ask
14    Madam Court Reporter to please hand the witness what
15    we've previously marked as Exhibit 23.
16        I'll hand a courtesy copy to counsel.
17        And I'll describe it for the record when
18    you're ready.
19        THE REPORTER:  Mr. Shapiro has 33 -- 23,
20    pardon me.
21        MS. SCHMIDT:  Okay.  23.  Thank you.
22        All right.  So I'll describe for the
23    record Exhibit 23, which is Woodbridge Mortgage
24    Investment Fund 3A, LLC $100 million offering for
25    1,000 preferred incentive units.
```

Page 90

1      Q   Sir, are you familiar with Exhibit 23?
2      A   I assert my Fifth Amendment rights under
3   the U.S. Constitution.
4      Q   And, in fact, for Fund 3A, this is yet
5   another PPM that Woodbridge distributed to
6   prospective investors, correct?
7      A   I assert my rights under the Fifth
8   Amendment of the U.S. Constitution.
9      Q   Okay.  This is dated October 30th, 2015.
10   And, sir, this also offers a 10 percent annual
11   return with monthly payments, correct?
12      A   I assert my rights under the Fifth
13   Amendment of the U.S. Constitution.
14      Q   And Fund 3A is a five-year term with a 2
15   percent additional payment per year up to the five
16   years, correct?
17      A   I assert my rights under the Fifth
18   Amendment of the U.S. Constitution.
19      Q   So at the end of the five years, the
20   investor in Fund 3A would receive the 10 percent
21   return plus an additional ten points for having
22   stayed in the five years, correct?
23      A   I assert my rights under the Fifth
24   Amendment of the U.S. Constitution.
25      Q   In addition, after the five years, the

Page 91

1   investor is entitled to half or 50 percent of the
2   profits after the five years, correct?
3      A   I assert my rights under the Fifth
4   Amendment of the U.S. Constitution.
5      Q   And Woodbridge has been making payments to
6   investors under Fund 3A, correct?
7      A   I assert my rights under the Fifth
8   Amendment of the U.S. Constitution.
9      Q   But Woodbridge has not disclosed to
10   investors the source of the funds to pay those
11   monthly returns, correct?
12      A   I assert my rights under the Fifth
13   Amendment of the U.S. Constitution.
14      Q   And you personally, sir, have not
15   disclosed to investors the sources of those funds
16   that pay the monthly returns to investors in 3A,
17   correct?
18      A   I assert my rights under the Fifth
19   Amendment of the U.S. Constitution.
20      Q   In fact, you have not disclosed to
21   investors your use of proceeds for Fund 3A, correct?
22      A   I assert my rights under the Fifth
23   Amendment of the U.S. Constitution.
24      Q   You also haven't disclosed to investors
25   the several state cease and desist orders under

Page 92

1   which Woodbridge has in several states where it
2   cannot sell securities, correct?
3      A   I assert my rights under the Fifth
4   Amendment of the U.S. Constitution.
5      Q   You also, sir, for Fund 3, have not
6   accurately disclosed to investors the commissions
7   Woodbridge pays its sales agents, right?
8      A   I assert my rights under the Fifth
9   Amendment of the U.S. Constitution.
10      Q   You also haven't -- you've also
11   misrepresented the amount of commissions paid to
12   Woodbridge's sales agents with respect to 3A; you've
13   misrepresented that, correct?
14      A   I assert my right under the Fifth
15   Amendment of the U.S. Constitution.
16      Q   You also have not disclosed to investors
17   in Fund 3A the type of commission or fees that the
18   financial planners receive, correct?
19      A   I assert my rights under the Fifth
20   Amendment of the U.S. Constitution.
21      Q   And you're responsible, sir, for the
22   ultimate product of Exhibit 23, 3A, correct, for the
23   contents and for all the information that's in it,
24   correct?
25      A   I assert my rights under the Fifth

Page 93

1   Amendment of the U.S. Constitution.
2      Q   Fund 3A, Exhibit 23, has pictures of
3   buildings and properties.  But these properties
4   don't collateralize or secure the investors in Fund
5   3A, correct?
6      A   I assert my rights under the Fifth
7   Amendment of the U.S. Constitution.
8      Q   And I think I've hit on this already, but
9   Woodbridge has already -- has continued, rather, to
10   pay investors in 3A its monthly payments, right, its
11   monthly returns?
12      A   I assert my rights under the Fifth -- I
13   assert my rights under the Fifth Amendment of the
14   U.S. Constitution.
15      Q   But you have not disclosed to investors
16   that in Fund 3A, Exhibit 23 that we're looking at,
17   you have not disclosed to investors in Fund 3A that
18   their monies are being commingled with the funds --
19   or with the monies collected from Funds 1, 2 and 3
20   and perhaps other funds, correct?
21      A   I assert my rights under the Fifth
22   Amendment of the U.S. Constitution.
23      Q   And you have not disclosed, sir, to
24   investors, that Woodbridge does not have sufficient
25   revenues to pay interest payments to its investors,

Page 94

1  correct?
2      A  I assert my rights under the Fifth
3  Amendment of the U.S. Constitution.
4      Q  You have not disclosed to investors that
5  their funds are being used to pay interest payments
6  to other investors in other funds, correct?
7      A  I assert my rights under the Fifth
8  Amendment of the U.S. Constitution.
9      Q  Sir, if I were to ask you any further
10  questions about Exhibit 23, would you assert your
11  Fifth Amendment rights?
12      A  I assert my rights under the Fifth
13  Amendment of the U.S. Constitution.
14      Q  If I were to ask you any further questions
15  about Woodbridge Mortgage Investment Fund 3A, would
16  you assert your Fifth Amendment rights?
17      A  I assert my rights under the Fifth
18  Amendment of the U.S. Constitution.
19      MS. SCHMIDT:  All right.  Madam Court
20  Reporter, if you could please hand Mr. Shapiro
21  Exhibit 24, which has been previously marked, and
22  let us know when you're ready.
23      I'm handing a courtesy copy to counsel.
24      THE REPORTER:  He has the exhibit.
25      MS. SCHMIDT:  Thank you.

Page 95

1      I'll describe for the record previously
2  marked Exhibit 24, which is Woodbridge Mortgage
3  Investment Fund 4, LLC confidential offering
4  memorandum, $100 million offering for 1,000
5  preferred incentive units.  The date is November
6  21st, 2016.
7      Q  Mr. Shapiro, are you familiar with Exhibit
8  24?
9      A  I assert my rights under the Fifth
10  Amendment of the U.S. Constitution.
11      Q  And Woodbridge Mortgage Investment Fund 4,
12  similar to the other funds, offers a 10 percent
13  annual return that's paid in monthly returns,
14  correct?
15      A  I assert my rights under the Fifth
16  Amendment of the U.S. Constitution.
17      Q  It also offers an additional 2 percent per
18  year up to the five years, correct?
19      A  I assert my rights under the Fifth
20  Amendment of the U.S. Constitution.
21      Q  Also after the fifth year, if there are
22  profits, the investors get 50 percent of the
23  profits, correct?
24      A  I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.

Page 96

1      Q  Now, the member or the managing member of
2  Woodbridge Mortgage Investment Fund 4 is WMF
3  Management, correct?
4      A  I assert my rights under the Fifth
5  Amendment of the U.S. Constitution.
6      Q  And you control WMF Management, correct?
7      A  I assert my rights under the Fifth
8  Amendment of the U.S. Constitution.
9      Q  And, sir, you do not accurately disclose
10  to investors the commissions Woodbridge pays to its
11  sales agents with respect to Fund Number 4, correct?
12      A  I assert my rights under the Fifth
13  Amendment of U.S. Constitution.
14      Q  And you, in fact, misrepresent the amount
15  of commissions that sales agents receive with
16  respect to sales of Fund Number 4, correct?
17      A  I assert my rights under the Fifth
18  Amendment of the U.S. Constitution.
19      Q  Now, you're responsible for the way that
20  Woodbridge discloses information to investors,
21  right?
22      A  I assert my rights under the Fifth
23  Amendment of the U.S. Constitution.
24      Q  And you, Mr. Shapiro, are ultimately
25  responsible for the information contained in Exhibit

Page 97

1  24 concerned exhibit -- I'm sorry, concerning Fund
2  Number 4, correct?
3      A  I assert my rights under the Fifth
4  Amendment of the U.S. Constitution.
5      Q  You also fail to tell investors about the
6  several state cease and desist orders under which
7  Woodbridge cannot sell securities in certain states,
8  correct?
9      A  I assert my rights under the Fifth
10  Amendment of the U.S. Constitution.
11      Q  You also misrepresent to investors how
12  Woodbridge uses the proceeds that it receives,
13  correct?
14      A  I assert my rights under the Fifth
15  Amendment of the U.S. Constitution.
16      Q  But you list yourself in Exhibit 24 as
17  president and CEO of Woodbridge, correct?
18      A  I assert my rights under the Fifth
19  Amendment of the U.S. Constitution.
20      Q  You have not -- you failed to disclose,
21  sir, to investors that Woodbridge did not have
22  sufficient revenue to pay these monthly returns to
23  investors in Fund 4?
24      A  I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.

Page 98

1      Q   In fact, Woodbridge doesn't have
2   sufficient revenue to pay investors in any of these
3   funds, correct?
4      A   I assert my rights under the Fifth
5   Amendment of the U.S. Constitution.
6      Q   You've also failed to disclose, sir, that
7   the funds -- investor funds are being used for other
8   purposes, not for the purpose as stated in Exhibit
9   24, correct?
10     A   I assert my rights under the Fifth
11  Amendment of the U.S. Constitution.
12     Q   And so, sir, you have not told investors
13  that other investor funds are being used to pay
14  their monthly returns, correct?
15     A   I assert my rights under the Fifth
16  Amendment of the U.S. Constitution.
17     Q   Sir, if I were to ask you any further
18  questions about composite Exhibit 24, would you
19  assert your Fifth Amendment rights?
20     A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22        MS. SCHMIDT:  All right.  Madam Court
23  Reporter, if you could please hand Mr. Shapiro what
24  we've previously marked Exhibit 25.
25        I'll hand a courtesy copy to counsel, and

Page 99

1   I'll describe it for the record in a moment.
2        THE REPORTER:  He has 25.
3        MS. SCHMIDT:  Yes, ma'am.
4      Q   All right.  Mr. Shapiro, we're looking at
5   what we previously marked as Exhibit 25.  I'll
6   describe it for the record.
7        It is Woodbridge Commercial Bridge Loan
8   Fund 2, confidential -- LLC, confidential offering
9   memorandum, $100 million offering for 1,000
10  preferred incentive units.  The date is February 15,
11  2016.
12        Are you familiar with Exhibit 25?
13     A   I assert my rights under the Fifth
14  Amendment of the U.S. Constitution.
15     Q   Okay.  The address that is given for
16  Woodbridge Commercial Bridge Loan Fund 2 of 14225
17  Ventura Boulevard, Suite 100, Sherman Oaks,
18  California, that's your principal place of business
19  right now, correct?
20     A   I assert my rights under the Fifth
21  Amendment of the U.S. Constitution.
22     Q   And that's where you keep your offices,
23  right, sir?
24     A   I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.

Page 100

1      Q   So for Exhibit 25, the Commercial Bridge
2   Loan Fund 2, this offering is of -- let me see.
3   Just a moment.
4        This one has a 6 percent return, correct?
5      A   I assert my Fifth Amendment -- I assert my
6   Fifth Amendment rights under the U.S. Constitution.
7      Q   In this particular offering, sir, you tell
8   or -- you tell investors that they'll have a first
9   position or a first mortgage on properties to secure
10  their investments, correct?
11     A   I assert my Fifth Amendment rights under
12  the U.S. Constitution.
13     Q   Is this the fund that -- Commercial Bridge
14  Loan Fund 2, is this the one that pools investors
15  together on several properties and so that they have
16  interest in the fund rather than in the individual
17  properties?
18     A   I assert my Fifth Amendment rights under
19  the U.S. Constitution.
20     Q   There's also a Commercial Bridge Loan Fund
21  1, LLC, correct?
22     A   I assert my rights under the Fifth
23  Amendment of the U.S. Constitution.
24     Q   And you approved all the information that
25  is in this Exhibit 25 that we're reviewing now,

Page 101

1   correct?
2      A   I assert my Fifth Amendment rights under
3   the U.S. Constitution.
4      Q   You don't accurately disclose to investors
5   the commissions that Woodbridge pays to sales agents
6   for sales of the Bridge Loan Fund 2, correct?
7      A   I assert my Fifth Amendment rights under
8   the U.S. Constitution.
9      Q   And the same question for Commercial
10  Bridge Loan Fund 1; you don't disclose accurately
11  the commissions that Woodbridge pays, you don't
12  disclose that to investors, right?
13     A   I assert my rights -- I assert my Fifth
14  Amendment rights under the U.S. Constitution.
15     Q   In fact, you misrepresent the amount of
16  commissions, or sales commissions paid to
17  individuals who sell the Bridge Loan Fund 1 and 2,
18  correct?
19     A   I assert my Fifth Amendment rights under
20  the U.S. Constitution.
21     Q   You haven't told investors in Bridge Loan
22  Funds 1 or 2 about the state cease and desist orders
23  that Woodbridge has, correct?
24     A   I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.

Page 102

1    Q   You haven't disclosed, sir, to investors
2    how Woodbridge uses its fund -- uses the money it
3    receives through the funds it receives, correct?
4        A   I assert my rights under the -- I assert
5    my Fifth Amendment rights under the U.S.
6    Constitution.
7        Q   And you haven't disclosed, sir, to
8    investors in the Commercial Bridge Loan Fund 1 or 2
9    that Woodbridge does not have sufficient revenue to
10   pay the interest payments on a monthly basis,
11   correct?
12       A   I assert my rights under the -- I assert
13   my Fifth Amendment rights under the U.S.
14   Constitution.
15       Q   And you haven't told investors in Bridge
16   Loan Fund 2 that their monthly payments are coming
17   from other investor funds, have you?
18       A   I -- I assert my rights -- my Fifth
19   Amendment rights under the U.S. Constitution.
20       Q   You haven't told investors in the Bridge
21   Loan Fund 1 either that their monthly returns are
22   coming from other investor funds, correct?
23       A   I assert my rights under the Fifth
24   Amendment of the U.S. Constitution.
25       Q   In fact, you completely control Woodbridge

Page 103

1    Mortgage Fund 2, correct?
2        A   I assert my rights under the Fifth
3    Amendment of the U.S. Constitution.
4        Q   And with respect to Bridge Loan Funds 1
5    and 2, investors have no say over the use of their
6    proceeds, right?
7        A   I assert my rights -- I assert my Fifth
8    Amendment rights under the U.S. Constitution.
9        Q   If I were to ask you further questions
10   about Woodbridge Mortgage -- commercial -- sorry,
11   Woodbridge Commercial Bridge Loan Fund 2, LLC, would
12   you assert your Fifth Amendment privilege?
13       A   I assert my Fifth Amendment rights under
14   the U.S. Constitution.
15       Q   If I were to ask you, sir, further
16   questions about Woodbridge Commercial Bridge Loan
17   Fund 1, LLC, would you assert your Fifth Amendment
18   privilege?
19       A   I assert my rights -- I assert my Fifth
20   Amendment rights under the U.S. Constitution.
21       MS. SCHMIDT:  All right.  Madam Court
22   Reporter, could you please hand Mr. Shapiro what
23   we've previously marked as Exhibit 9, and I'm going
24   to hand a courtesy copy to counsel.
25       And let us know when you're ready.

Page 104

1        THE REPORTER:  He has Exhibit 9.
2        MS. SCHMIDT:  Thank you, ma'am.
3        Q   Mr. Shapiro, we're showing you what we've
4    previously marked as Exhibit 9, which is a four-page
5    e-mail listing properties in California.  I'll
6    represent to you that this was provided by counsel
7    for Woodbridge responsive to a question about the
8    properties owned by Woodbridge.
9        So if you could take a moment to look at
10   the addresses, sir.  Let us know when you've read
11   them.
12       A   I assert my Fifth Amendment rights under
13   the U.S. Constitution.
14       Q   And so Woodbridge owns these properties
15   listed in Exhibit 9, correct?
16       A   I assert my rights under the U.S. -- I
17   assert my Fifth Amendment rights under the U.S.
18   Constitution.
19       Q   However, very few, if any, of these
20   properties are generating any revenue for
21   Woodbridge, correct?
22       A   I assert my rights -- I assert my Fifth
23   Amendment rights under the U.S. Constitution.
24       MS. SCHMIDT:  All right.  Madam Court
25   Reporter, if you could please hand Mr. Shapiro

Page 105

1    Exhibit 10.  I'll hand a copy to counsel.
2        THE REPORTER:  Mr. Shapiro has Exhibit 10.
3        MS. SCHMIDT:  Thank you, ma'am.
4        Q   All right.  Sir, and what I'll just do is
5    I'll describe this for the record briefly.
6        This is a multi-page document with a cover
7    letter from Woodbridge Mortgage Investment Fund 3A,
8    LLC, dated August 17th, 2016 concerning escrow and
9    other closing file items concerning a property in --
10   and a transaction concerning a property at 385
11   Trousdale Drive, Beverly Hills, California, and the
12   lender here is Woodbridge Mortgage Investment Fund
13   3A and the borrower is Summit Cut Investments.
14       Are you familiar with Summit Cut
15   Investments, sir?
16       A   I assert my rights under the Fifth
17   Amendment of the U.S. Constitution.
18       Q   Sir, if you could turn to page 2 of
19   Exhibit 10.  On page 2 of Exhibit 10, sir, you'll
20   see under number 7, there is a signature line under
21   Woodbridge Mortgage Investment Fund 3A, lender, by
22   Robert Shapiro, authorized signer.
23       That's your signature, correct, sir?
24       A   I assert my Fifth Amendment rights under
25   the U.S. Constitution.

27 (Pages 102 to 105)

Page 106

1      Q   If you'd go to the eighth page, please, if
2  turn your attention to the eighth page of Exhibit
3  10, which at the bottom reads 666 and the Bates
4  range is JonHFreis00001161, under Article IX, you'll
5  see there's a signature block.
6          Are you there, sir?
7      A   I assert my rights under the Fifth
8  Amendment of the U.S. Constitution.
9      Q   And, sir, you signed for both H47 Summit
10  Cut Holding and for RS Protection Trust, right?
11     A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13     Q   So you control those entities, right?
14     A   I assert my rights under the Fifth
15  Amendment of the U.S. Constitution.
16     Q   And if you could go to the very last page,
17  please, of Exhibit 10.  You'll see, sir, at the
18  bottom it says, "Borrower Summit Cut Investments,
19  Robert Shapiro."
20          That's your signature, right, sir?
21     A   I assert my rights under the -- I assert
22  my Fifth Amendment rights under the U.S.
23  Constitution.
24     Q   So in Exhibit 10, we can see here, sir,
25  that you are on both sides of the transaction.

Page 107

1  You're both the borrower and the lender.  You are
2  the borrower as Summit Cut and you're the lender as
3  Fund 3A; is that right?
4      A   I assert my rights under the Fifth
5  Amendment of the U.S. Constitution.
6      Q   But you don't accurately disclose that
7  information to investors in Fund 3A; is that right?
8      A   I assert my rights under the Fifth
9  Amendment of the U.S. Constitution.
10     Q   And, in fact, for the other addresses and
11  properties that we saw in Exhibit Number 9, you,
12  sir, are behind both the lender and the borrower on
13  each of these transactions; isn't that right?
14     A   I assert my rights under the Fifth
15  Amendment of the U.S. Constitution.
16     Q   So you're both borrowing and lending money
17  to entities you control; is that right?
18     A   I assert my rights under the Fifth
19  Amendment of the U.S. Constitution.
20     Q   And what you're doing, sir, is you're
21  misrepresenting to investors that these are arm's
22  length transactions, correct?
23     A   I assert my rights under the Fifth
24  Amendment of the U.S. Constitution.
25     Q   And in fact, you fail to disclose to

Page 108

1  investors that you are the individual who is
2  controlling the companies that are seeking the loans
3  that they're borrowing funds from Woodbridge
4  entities, correct?
5      A   I assert my rights under the Fifth
6  Amendment of the U.S. Constitution.
7      Q   Sir, if I were to ask you any further
8  questions about Exhibit 10, would you assert your
9  Fifth Amendment privilege?
10     A   I assert my Fifth Amendment rights under
11  the U.S. Constitution.
12         MS. SCHMIDT:  All right.  Madam Court
13  Reporter, if you could please hand Mr. Shapiro what
14  we've previously marked as Exhibit 11.
15         THE REPORTER:  He has Exhibit 11.
16         MS. SCHMIDT:  I will hand a copy to
17  counsel.
18     Q   All right.  Mr. Shapiro, Exhibit 11 is a
19  three-page exhibit, a promissory note and deed of
20  trust, modification agreement concerning --
21         THE REPORTER:  I'm sorry, what did you say
22  after "deed of trust"?
23         MS. SCHMIDT:  Modification agreement.
24         THE REPORTER:  Thank you.  I'm sorry.
25         MS. SCHMIDT:  It is between Woodbridge

Page 109

1  Mortgage Investment Fund 2 and Topchord Investments.
2          Are you familiar with Exhibit 11?
3      A   I assert my rights under the Fifth
4  Amendment of the U.S. Constitution.
5      Q   Please turn to page 2 of Exhibit 11, sir.
6  You'll see there that it reflects two signatures for
7  Topchord, that's your signature, Mr. Shapiro, and
8  also for the -- that's the borrower, Topchord,
9  that's your signature, Robert Shapiro, as manager,
10  and then the lender is Woodbridge Mortgage
11  Investment Fund 2, Robert Shapiro.  That's you as
12  well.
13          Correct, sir?
14     A   I assert my rights under the Fifth
15  Amendment of the U.S. Constitution.
16     Q   So again, you're on both sides of the
17  transaction with respect to the transaction
18  reflected in Exhibit 11, correct?
19     A   I assert my rights under the Fifth
20  Amendment of the U.S. Constitution.
21     Q   And you've misrepresented to investors
22  that you -- that these are arm's length
23  transactions, correct?
24     A   I assert my rights under the Fifth
25  Amendment of the U.S. Constitution.

Page 110

```
 1        Q   In fact, investors in Fund 2 have no idea
 2   that you're on both sides of the transaction, right?
 3        A   I assert my rights under the Fifth
 4   Amendment of the U.S. Constitution.
 5        Q   If I were to ask you any further questions
 6   on this exhibit, would you assert your Fifth
 7   Amendment rights?
 8        A   I assert my Fifth Amendment rights under
 9   the U.S. Constitution.
10        MS. SCHMIDT:  Okay.  Let me move on to
11   Exhibit 12, if Madam Court Reporter could hand that
12   to Mr. Shapiro and I will give a courtesy copy to
13   counsel.
14        THE REPORTER:  He has Exhibit 12.
15        MS. SCHMIDT:  Thank you, ma'am.
16        All right.  I'll describe it.
17        It's a restricted appraisal report of land
18   and improvements located at 215 North 12th Street,
19   Carbondale, Colorado.  And it's prepared at the
20   request of Woodbridge Mortgage Investment Fund 2,
21   April 3rd, 2014.
22        Q   Sir, are you familiar with Exhibit 12?
23        A   I assert my rights -- my Fifth Amendment
24   rights under the U.S. Constitution.
25        Q   All right, sir.  And this is an appraisal
```

Page 111

```
 1   report -- Exhibit 12 is an appraisal report that is
 2   typical of the ones used in the real estate
 3   transactions that Woodbridge undertakes, correct?
 4        A   I assert my Fifth Amendment rights under
 5   the U.S. Constitution.
 6        Q   Sir, if I could turn your attention -- I'm
 7   going to refer to Bates numbers here.  At the bottom
 8   of the document, sort of in the middle of Exhibit
 9   12, the Bates range number is Woodbridge SEC 177627.
10   And it's in the bottom right corner.
11        A   I assert my Fifth Amendment rights under
12   the U.S. Constitution.
13        Q   It lists the borrower as 215 North 12th
14   Street, LLC, a Colorado limited liability company,
15   Robert Shapiro as the manager.
16        That is your signature, right?
17        A   I assert my rights -- I assert my Fifth
18   Amendment rights under the U.S. Constitution.
19        Q   If you'd turn two pages later to
20   Woodbridge SEC 177630, you'll see there, sir, it has
21   both your signature again as the borrower, 215 North
22   12th Street, and the lender is Woodbridge Mortgage
23   Investment Fund 1, Robert Shapiro.
24        Those are both your signatures, correct?
25        A   I assert my Fifth Amendment rights under
```

Page 112

```
 1   the U.S. Constitution.
 2        Q   But you've misrepresented to investors in
 3   Woodbridge Fund 1 that these are arm's length
 4   transactions, correct?
 5        A   I assert my Fifth Amendment rights under
 6   the U.S. Constitution.
 7        Q   In fact, Woodbridge Mortgage Investment
 8   Fund 1 investors have no idea that you were both the
 9   borrower and the lender on the transactions that
10   presumably secured their investment funds, correct?
11        A   I assert my Fifth Amendment rights under
12   the U.S. Constitution.
13        Q   If I were to ask you any further questions
14   on Exhibit 12, would you assert your Fifth Amendment
15   rights?
16        A   I assert my Fifth Amendment rights under
17   the U.S. Constitution.
18        MS. SCHMIDT:  All right.  And Madam Court
19   Reporter, I'm going to skip ahead.  If you could
20   please move to previously marked Exhibit 29.
21        I'll hand a courtesy copy to counsel.
22        And let me know when you're ready.
23        THE REPORTER:  Sure.
24        Ready.  He has it.
25        MS. SCHMIDT:  Thank you.
```

Page 113

```
 1        Q   All right.  Mr. Shapiro, we've handed you
 2   a two-page Exhibit 29 that's been previously marked.
 3   I'll identify it as Woodbridge Group of Companies
 4   job description:  "Loan Processing Manager Investor
 5   Relation, Reports to Bob Shapiro."
 6        Do you see that, sir?
 7        A   I assert my right -- my Fifth Amendment
 8   rights under the U.S. Constitution.
 9        Q   And among the responsibilities of this
10   individual is to process the loan documents, Excel
11   spreadsheets, other types of financial records;
12   that's correct, right?
13        A   I assert my Fifth Amendment rights under
14   the U.S. Constitution.
15        Q   And, in fact, the person in charge of loan
16   processing and investor relations reports straight
17   to you, right, sir?
18        A   I assert my rights under the -- I assert
19   my Fifth Amendment rights under the U.S.
20   Constitution.
21        Q   If I were to ask you any further questions
22   about Exhibit 29, would you assert your Fifth
23   Amendment privilege?
24        A   I assert my Fifth Amendment rights under
25   the U.S. Constitution.
```

Page 114

```
 1          MS. SCHMIDT:  I'm handing -- I'd like to
 2   ask you, Madam Court Reporter, to please hand the
 3   witness previously marked Exhibit 30.
 4          And I've handed a courtesy copy to
 5   counsel.
 6          THE REPORTER:  He has 30.
 7          MS. SCHMIDT:  Thank you, ma'am.
 8      Q   All right.  I'll describe Exhibit 30.
 9   It's a two-page document captioned:  "Woodbridge
10   Company Job Description Director of Investor
11   Relation."
12          At the top, it reads:
13             "Department of state development and
14             structured settlements reports to
15             Michael Rosenfeld and Bob Shapiro."
16          Are you familiar with Exhibit 30, sir?
17      A   I assert my rights under the Fifth
18   Amendment of the U.S. Constitution.
19      Q   And all heads of the different departments
20   at Woodbridge report to you, right?
21      A   I assert my rights -- my Fifth Amendment
22   rights under the U.S. Constitution.
23      Q   And so anyone who is in charge of a
24   structured settlement offering would be reporting to
25   you, Mr. Shapiro, correct?
```

Page 115

```
 1      A   I assert my rights under the Fifth
 2   Amendment of the U.S. Constitution.
 3      Q   Anyone who's in charge of the sales staff
 4   would also be reporting to you, correct?
 5      A   I assert my rights under the Fifth
 6   Amendment of the U.S. Constitution.
 7      Q   Okay.  Any materials that were developed
 8   to market Woodbridge would also be approved by you,
 9   correct?
10      A   I assert my Fifth Amendment rights of the
11   U.S. Constitution.
12          BY MR. DEE:
13      Q   Mr. Shapiro, I'm going to continue with
14   the questioning.
15          Isn't it true that you have regular
16   contact with the Woodbridge employee or employees
17   that are designated as controller and/or accountant
18   for the Woodbridge Group of Companies and its
19   affiliates from January 2012 through to the present?
20      A   I assert my Fifth Amendment amendment
21   rights under the U.S. Constitution.
22          (A discussion was held off the record.)
23          BY MR. DEE:
24      Q   Isn't it true that the controller or
25   accountants assist you in maintaining the accounting
```

Page 116

```
 1   records for the Woodbridge Group of Companies and
 2   its affiliates from January 2012 through to the
 3   present?
 4      A   I assert my Fifth Amendment rights under
 5   the U.S. Constitution.
 6      Q   Isn't it true that you are the signatory
 7   for the Woodbridge Group of Companies and its
 8   affiliate accounts at Comerica Bank?
 9      A   I assert my Fifth Amendment rights under
10   the U.S. Constitution.
11      Q   For the following, I'm designating Fund 1,
12   2, 3, 3A and 4 as the Woodbridge Mortgage Investment
13   Funds 1, 2, 3, 3A and 4.
14          Isn't it true that you directed and
15   controlled deposits from investors into the
16   Woodbridge Comerica Bank accounts that were
17   designated as Fund 1, 2, 3, 3A and 4 from January
18   2012 through to the present?
19      A   I'm asserting my Fifth Amendment rights
20   under the U.S. Constitution.
21      Q   Isn't it true that you transferred the
22   investor funds from these separate fund accounts
23   into a Woodbridge operating account from January
24   2012 through to the present?
25      A   I assert my Fifth Amendment rights under
```

Page 117

```
 1   the U.S. Constitution.
 2      Q   Isn't it true that you used those
 3   transferred investor funds in the Woodbridge
 4   operating account for mortgages in the state of
 5   California, but not limited to it, from January 2012
 6   through to the present?
 7      A   I assert my Fifth Amendment rights under
 8   the U.S. Constitution.
 9      Q   Isn't it true that you used those
10   transferred investor funds in the Woodbridge
11   operating account to engage in construction projects
12   in the state of Colorado, but not limited to it,
13   from approximately January 2015 through to the
14   present?
15      A   I assert my Fifth Amendment rights under
16   the U.S. Constitution.
17      Q   Isn't it true that you used those
18   transferred investor funds into the Woodbridge
19   operating account to pay Woodbridge employee
20   salaries?
21      A   I assert my Fifth Amendment rights under
22   the U.S. Constitution.
23      Q   Isn't it true that you used those
24   transferred investor funds into the Woodbridge
25   operating account to pay commissions and bonuses to
```

Page 118

1  sales agents from January 2012 through to the
2  present?
3      A   I assert my Fifth Amendment rights under
4  the U.S. Constitution.
5      Q   Isn't it true that you used those
6  transferred investor funds into the Woodbridge
7  operating account to pay investors George
8  Stephanopoulos and Kenneth Halbert from January 2012
9  through to the present?
10     A   I assert my Fifth Amendment rights under
11 the U.S. Constitution.
12     Q   Isn't it true that you used those
13 transferred investor funds in the Woodbridge
14 operating account in transfers to a TD Ameritrade
15 account or accounts under your control from January
16 2012 through to the present?
17     A   I assert my Fifth Amendment rights under
18 the U.S. Constitution.
19     Q   Isn't it true that you used those
20 transferred investor funds into the Woodbridge
21 operating account and transfers to an account known
22 as Schwartz Media Buying Company under the control
23 of Jeri Shapiro from January 2012 through to the
24 present?
25     A   I assert my Fifth Amendment rights under

Page 119

1  the U.S. Constitution.
2      Q   Isn't it true that you used those
3  transferred investor funds into the Woodbridge
4  operating account in transfers into an account known
5  as Three Times A Charm under the control of Jeri
6  Shapiro from January 2012 through to the present?
7      A   I assert my Fifth Amendment rights
8  under -- I assert my Fifth Amendment rights under
9  the U.S. Constitution.
10     Q   Isn't it true that you used those
11 transferred investor funds into the Woodbridge
12 operating account in transfers to an account
13 identified as Jeri Shapiro from January 2012 through
14 to the present?
15     A   I assert my Fifth Amendment rights under
16 the U.S. Constitution.
17     Q   Isn't it true that you used those
18 transferred investor funds into the Woodbridge
19 operating account in transfers to an account
20 identified as Joy Gravenhorst from January 2012
21 through to the present?
22     A   I assert my Fifth -- I insert -- I assert
23 my Fifth Amendment amendment rights under the U.S.
24 Constitution.
25     Q   Isn't it true that you used those

Page 120

1  transferred investor funds into the operating --
2  Woodbridge operating account to pay for renovations
3  at your personal residence from January 2012 through
4  to the present?
5      A   I assert my Fifth Amendment rights under
6  the U.S. Constitution.
7      Q   Isn't it true that you used those
8  transferred investor funds in the Woodbridge
9  operating account in transfers to pay for your
10 personal credit card expenses from January 2012
11 through to the present?
12     A   I assert my Fifth Amendment rights under
13 the U.S. Constitution.
14     Q   Isn't it true that you used those
15 transferred investor funds in the operating -- in
16 the Woodbridge operating account in transfers for
17 other personal expenses including but not limited
18 to high-end automobile payments and personal
19 cosmetic enhancement, including hair restoration,
20 purchases from Christie's Auction, payments to Jeri
21 Shapiro's Bloomingdale card, Macy's card, American
22 Express card from January 2012 through to the
23 present?
24     A   I assert my Fifth Amendment rights under
25 the U.S. Constitution.

Page 121

1      Q   Isn't it true that you used those
2  transferred investor funds into the Woodbridge
3  operating account to transfer back to the Woodbridge
4  investor accounts designated as Fund 1, 2, 3, 3A and
5  4 from January 2012 through the present?
6      A   I assert my Fifth Amendment rights under
7  the U.S. constitution.
8      Q   Isn't it true that revenue generated from
9  property sales and installments were deposited back
10 to the respective Woodbridge Comerica Bank accounts
11 designated as Fund 1, 2, 3, 3A and 4 from January
12 2012 through to the present?
13     A   I assert my Fifth Amendment rights under
14 the U.S. -- U.S. Constitution.
15     Q   Isn't it true that investors were paid
16 redemptions and interest on a timely basis from
17 their respective Woodbridge Comerica Bank accounts
18 designated as Fund 1, 2, 3, 3A and 4 from January
19 2012 through to the present?
20     A   I assert my Fifth Amendment rights under
21 the U.S. Constitution.
22     Q   Isn't it true that revenue generated from
23 property sales and installments fell short of the
24 capital needed to pay investor redemptions and
25 interest from their respective Woodbridge Comerica

Page 122

1   Bank accounts designated as Fund 1, 2, 3, 3A and 4
2   from January 2012 through to the present?
3        A   I assert my Fifth Amendment rights under
4   the U.S. Constitution.
5        Q   Isn't it true that investors were paid
6   redemptions and interest from other investor funds
7   transferred from the Woodbridge Comerica operating
8   accounts and investor designated accounts as Fund 1,
9   2, 3, 3A and 4 from January 2012 through to the
10  present?
11       A   I assert my rights under the Fifth
12  Amendment of the U.S. Constitution.
13       Q   Isn't it true that you have engaged in an
14  investment model with another Woodbridge employee or
15  employees known as a Ponzi scheme from January 2012
16  through to the present?
17       A   I assert my Fifth Amendment rights under
18  the U.S. Constitution.
19           MS. SCHMIDT:  All right.  Madam Court
20  Reporter, if you could please hand Mr. Shapiro the
21  exhibit that is in folder T, and I'll hand a
22  courtesy copy to counsel.
23           THE REPORTER:  That will be Exhibit Number
24  42?
25           MS. SCHMIDT:  Yes, ma'am.  Thank you.

Page 123

1           (SEC Exhibit No. 42 was marked
2           for identification.)
3           MS. SCHMIDT:  Does he have it?
4           THE REPORTER:  Oh, sorry, yes.
5   BY MS. SCHMIDT:
6        Q   All right.  Sir, we've handed you a
7   one-page exhibit which has been marked as Exhibit
8   42.  The Bates range is GBH 005365.
9           It is a string of e-mails.  At the top,
10  the date is 11/17/2015, from Cory Ellspermann to
11  Bobshap1@aol.com.
12          That's your e-mail, correct, Mr. Shapiro?
13       A   I assert my rights under -- my Fifth
14  Amendment rights under the U.S. Constitution.
15       Q   If you'd look at the bottom half of
16  Exhibit 42, it starts with an e-mail from
17  Ninasus33@aol.com to Bobshap1@aol.com.  The date is
18  November 17th, 2015.  There's no subject line.  And
19  it reads:
20          "That 3.3 was what we wrote off to
21  zero out to from WSF.  Was owed by
22  mortgage 1 to WSF, but we instead
23  wrote it off and it became income on
24  the books.  Thank you, Nina Petersen,
25  controller."

Page 124

1        At the bottom, it reads, "Woodbridge
2   Structured Funding," the Daytona Beach address.
3        Your response, Bobshap1 -- in the middle
4   of the page, Bobshap1@aol.com, Tuesday, November
5   17th, 2015 to Cory Ellspermann reads:
6           "We wrote off a debt to make the
7        books look better."
8        Do you see that, Mr. Shapiro?
9        A   I assert my Fifth Amendment rights under
10  the U.S. Constitution.
11       Q   And this Exhibit 42 is part of a
12  communication that you had with Mr. Ellspermann, who
13  is an outside accountant who was providing some
14  accounting services for Woodbridge entities,
15  correct?
16       A   I assert my right -- my Fifth Amendment
17  rights under the U.S. Constitution.
18       Q   And it's true, isn't it, it's not the
19  first time that you've written off a debt to make
20  the books look better, the books of Woodbridge,
21  right?
22       A   I assert my rights -- my Fifth Amendment
23  rights under the U.S. Constitution.
24       Q   Sir, if I were to ask you any further
25  questions about Exhibit 42, would you assert your

Page 125

1   Fifth Amendment rights?
2        A   I assert my Fifth Amendment rights under
3   the U.S. Constitution.
4           MS. SCHMIDT:  Okay.  Madam Court Reporter,
5   if you could please mark the next exhibit in folder
6   U, and it will be 43, I believe.  Please hand that
7   to Mr. Shapiro.
8           (SEC Exhibit No. 43 was marked
9           for identification.)
10          THE REPORTER:  It is marked and before Mr.
11  Shapiro.
12          BY MS. SCHMIDT:
13       Q   All right.  Let me describe this for the
14  record, sir.  You have in front of you a multi-page
15  document -- and I'll give a copy now to counsel.
16  The Bates range is GBH 002105 through 2108.  It
17  reads, "Woodbridge Mortgage Investment Fund 1
18  Financial Statement for the Month Ending November
19  30th, 2016."
20          And I'm going to go ahead and hand a
21  courtesy copy to counsel.
22          BY MR. DEE:
23       Q   Mr. Shapiro, this is a document that
24  reflects the financial position of the fund at that
25  time.  Do you have these types of documents for all

Page 126

1   the funds, Fund 1, Fund 2, Fund 3, Fund 3A and 4?
2       A   I assert my Fifth Amendment rights under
3   the U.S. Constitution.
4       Q   Part of your responsibility, when there is
5   an audit that's being done, those documents produced
6   by the client are done in good faith and that's what
7   the auditor relies on, complete honesty.
8           Have you provided to any auditor that's
9   done any audit for you the complete and honest
10  information that they were required so they can make
11  a determination of your going concern or not going
12  concern?
13      A   I assert my Fifth Amendment rights under
14  the U.S. Constitution.
15          THE REPORTER:  Sorry, did you say off the
16  record?
17          MS. SCHMIDT:  No.  I think we'll be
18  finishing up if you give me a few minutes.
19          All right.  And, Madam Court Reporter, I
20  believe the last exhibit we'll need marked is in
21  folder Z.  If you could please mark that as the next
22  exhibit.
23          (SEC Exhibit No. 44 was marked
24              for identification.)
25          THE REPORTER:  That is Exhibit 44 and

Page 127

1   before the witness.
2           MS. SCHMIDT:  44.  Thank you, ma'am.
3       Q   All right.  If you would take a moment to
4   look at it, sir, and I'll hand a courtesy copy to
5   counsel.
6           All right.  Let me just describe it for
7   the record.  This is a multi-page document with the
8   Bates range starting at GBH 001825 through 001943
9   with a couple of extra pages at the end that don't
10  appear to have a Bates -- oh, they do, I'm sorry.
11  The very last Bates range is 0 -- GBH 001945.
12          BY MR. DEE:
13      Q   Mr. Shapiro, this document here is in
14  reference to tax year 2015.  It was filed by a tax
15  preparer on your behalf, or for your behalf.
16          When they asked you for documents on your
17  income, even your supplemental income, did you
18  forward all documents and were truthful and honest
19  with your tax preparer?
20      A   I assert my Fifth Amendment rights under
21  the U.S. Constitution.
22      Q   That would include any income that you
23  received supplemental to your salary, which would be
24  any money that you took control of from the
25  Woodbridge company, any personal enrichments that

Page 128

1   you were privy to or had the opportunity to take
2   that you needed to report; did you do that?
3       A   I assert my Fifth Amendment rights under
4   the U.S. Constitution.
5           BY MS. SCHMIDT:
6       Q   All right.  Sir, I want to ask you just a
7   few questions about this Exhibit 44.
8           You list -- this is a tax return for 2015.
9   You list your address at 123 Northwest 13th Street,
10  Boca Raton, Florida.
11          Did you reside at that address at that
12  time?
13      A   I assert my Fifth Amendment rights under
14  the U.S. Constitution.
15      Q   And this is a joint return with your
16  spouse, Jeri Shapiro, correct?
17      A   I assert my Fifth Amendment rights under
18  the U.S. Constitution.
19      Q   You also have accounts in addition to
20  Comerica Bank; you have them at East West Bank,
21  correct?
22      A   I assert my rights -- I assert my Fifth
23  Amendment rights under the U.S. Constitution.
24      Q   All right.  Sir, I'm looking, just so you
25  know, at page with a Bates range 001837.  And it

Page 129

1   lists a business name -- is Management California,
2   and the business name is "Property Sales."
3           Do you know what the "Property Sales"
4   refers to?
5       A   I assert my Fifth Amendment rights under
6   the U.S. Constitution.
7       Q   Okay.  And for that particular schedule,
8   sir, you had a loss of approximately $515,000,
9   right?
10      A   I assert my Fifth Amendment rights under
11  the U.S. Constitution.
12      Q   It also includes a schedule concerning
13  Management REO.  That's another thing you do,
14  correct, for your business, correct?
15      A   I assert my Fifth Amendment rights under
16  the U.S. Constitution.
17      Q   This tax returns also lists your --
18  another schedule with your description as Management
19  Colorado and Property Sales.
20          Do you see that?
21      A   I assert my Fifth Amendment rights under
22  the U.S. Constitution.
23      Q   This tax return also lists you as having a
24  role of -- management role of Woodbridge Structured
25  Funding, correct?



Page 130

1    A   I assert my Fifth Amendment rights under
2  the U.S. Constitution.
3    Q   However, the 2015 return does not include
4  all of the entities that you manage, correct?
5    A   I assert my Fifth Amendment rights under
6  the U.S. Constitution.
7        MS. SCHMIDT:  Okay.  Madam Court Reporter,
8  we're going to take just a two-minute break to see
9  if there are any further questions and then we'll
10 conclude, so we're off the record at 3:55 p.m.
11       (A brief recess was taken.)
12       MS. SCHMIDT:  All right.  So we are back
13 on the record at 4:00 p.m. eastern time.
14   Q   All right.  Mr. Shapiro, at this time we
15 are concluding your testimony.
16       Sir, is there anything you wish to clarify
17 or add to any of the statements that you've made
18 today?
19       MR. O'QUINN:  I have a few statements to
20 make, if I could.
21       MS. SCHMIDT:  You'll be right after him.
22       MR. O'QUINN:  Okay.
23       MS. SCHMIDT:  So, Mr. Shapiro, is there
24 anything you wish to add or clarify --
25       THE WITNESS:  I assert my Fifth Amendment

Page 131

1  rights under the U.S. Constitution.
2        MS. SCHMIDT:  Okay.  And, Counsel, do you
3  wish to ask any clarifying questions?
4        MR. O'QUINN:  No clarifying questions.
5        However, I do wish to request confidential
6  treatment for the information provided.  We'll send
7  a letter as soon as practicable to the appropriate
8  parties.  I also wish to expressly preserve my
9  client's rights, and the wording of his responses
10 today were not intended to act as a waiver of any
11 rights that he may have or may assert.
12       I believe that that concludes my remarks.
13       MS. SCHMIDT:  Anything more?
14       MR. DEE:  No.
15       MS. SCHMIDT:  All right.  We're off the
16 record at 4:00 p.m. eastern time.
17       (Whereupon, at 1:00 p.m. (PDT); 4:00 p.m.
18 (EDT), the examination was concluded.)
19               * * * * *
20
21
22
23
24
25

Page 132

1             PROOFREADER'S CERTIFICATE
2
3  In the Matter of:   WOODBRIDGE MORTGAGE
4             INVESTMENT FUND III, LLC
5  Witness:       Robert H. Shapiro
6  File Number:     FL-04024-A
7  Date:        Friday, May 5, 2017
8  Location:       Los Angeles, California  90071
9
10      This is to certify that I, Donna S. Raya,
11 (the undersigned), do hereby swear and affirm that
12 the attached proceedings before the U.S. Securities
13 and Exchange Commission were held according to the
14 record and that this is the original, complete, true
15 and accurate transcript that has been compared to
16 the reporting or recording accomplished at the
17 hearing.
18
19 _____     _____
20 (Proofreader's Name)        (Date)
21
22
23
24
25

## A

**a.m** 1:16
**abbreviated** 15:16,19
**abbreviation** 10:11
**ability** 16:1
**academic** 10:16
**accept** 8:18
**acceptable** 15:16
**accomplish...** 132:16
**accord** 8:19
**account** 116:23 117:4,11,19 117:25 118:7,14,15 118:21,21 119:4,4,12 119:12,19 119:19 120:2,9,16 121:3
**accountant** 115:17 124:13
**accountants** 39:13,16,24 52:5,13 115:25
**accounting** 38:21,24 39:3,8 57:1 57:7 115:25 124:14
**accounts** 26:3,10 27:5,10,14 27:17,23,23 31:12 57:20 57:20,25 116:8,16,22 118:15 121:4,10,17 122:1,8,8 128:19

**accredited** 56:10,14
**accrued** 80:16
**accurate** 132:15
**accurately** 8:19 87:5 87:11,18 92:6 96:9 101:4,10 107:6
**achieved** 55:5
**acknowledge** 6:17,21 8:12,16
**act** 131:10
**action** 9:2
**activities** 83:22
**actual** 14:20 54:25
**add** 130:17 130:24
**addition** 7:20 42:10 69:2 81:3 90:25 128:19
**additional** 28:3 78:5 80:24 90:15 90:21 95:17
**address** 16:25 17:2 25:22 26:9 99:15 124:2 128:9,11
**addressed** 30:7
**addresses** 104:10 107:10
**adopt** 11:22
**adverse** 9:2 9:11
**affect** 16:1
**affiliate** 60:10 116:8

**affiliates** 50:15 115:19 116:2
**affirm** 132:11
**afternoon** 5:5
**agency** 24:1 24:19
**agents** 37:23 38:2,12 42:2,7,10 43:25 49:23 50:16 52:5 52:13 55:9 87:7,12,20 87:24 88:5 89:3 92:7 92:12 96:11 96:15 101:5 118:1
**agents'** 42:16 42:20
**ago** 11:20
**agree** 10:4,9
**agreement** 10:20 69:3 69:5 108:20 108:23
**ahead** 8:22 9:14 47:6 50:25 66:15 112:19 125:20
**aliases** 50:18
**allegedly** 82:14
**alley** 62:16
**allow** 14:3
**American** 120:21
**Ameritrade** 118:14
**amount** 10:4 75:6 87:23 88:4,9 92:11 96:14 101:15
**amounts** 54:19

**and/or** 115:17
**ANDJICH** 2:8
**Angeles** 1:12 132:8
**annual** 59:5 70:6 77:22 80:16,23 90:10 95:13
**annually** 45:11
**answer** 6:6 7:15,25,25 8:3,4,7,25 9:5,14,19 10:1 11:24 12:13,15 14:4,9,15 17:22 18:5 20:4 27:24 28:16
**anymore** 74:23
**apostrophe** 17:3
**appear** 127:10
**APPEARA...** 2:1
**appearing** 19:17
**appears** 61:22 64:22 75:13
**appended** 65:2
**applicable** 13:24
**appraisal** 110:17,25 111:1
**appraised** 62:18
**appropriate** 131:7
**approval** 42:19 47:25 72:19

**approved** 72:23 75:14 83:1 100:24 115:8
**approxima...** 38:1,5 40:8 59:5 117:13 129:8
**April** 19:9 30:10 110:21
**arbitration** 24:13
**areas** 10:15
**arising** 14:19
**Arizona** 84:7
**Arkansas** 84:22
**arm's** 107:21 109:22 112:3
**Article** 106:4
**asked** 127:16
**asking** 5:12 17:18 18:4
**asserted** 14:3
**asserting** 11:5,13 12:3,23 14:9 74:16 74:18,24 116:19
**assertion** 10:18 11:24 32:24 74:14
**assignment** 69:8,14,16
**assignments** 69:6,16
**assist** 115:25
**assisted** 31:5
**associated** 44:19 46:24 48:18 78:10 79:13
**attached** 19:11 30:7 78:15 132:12

**attachment** 20:17 30:23 54:3
**attachments** 3:8
**attention** 71:11 106:2 111:6
**attorney** 30:8
**Auction** 120:20
**audit** 57:7 126:5,9
**auditing** 57:1
**auditor** 2:8 5:10 126:7 126:8
**auditors** 39:24 52:5 52:13
**August** 105:8
**authority** 7:20 31:13 47:25
**authorized** 7:16 105:22
**automobile** 120:18
**available** 5:24
**Avenue** 2:11
**aware** 8:24

## B

**B** 20:8
**back** 13:13 51:18 59:11 74:13 75:20 76:8 83:18 121:3,9 130:12
**background** 19:12 28:14 79:18,18
**bank** 27:13 27:17 31:11 57:20 116:8 116:16 121:10,17

122:1
128:20,20
**barred** 85:2
**based** 8:25
 11:24 32:17
 42:3,11
 43:4 46:2
**basis** 45:15
 77:22
 102:10
 121:16
**Bates** 71:16
 106:3 111:7
 111:9 123:8
 125:16
 127:8,10,11
 128:25
**Beach** 37:7
 38:25 124:2
**behalf** 2:3,16
 23:2 31:12
 44:8 51:10
 57:21 85:6
 89:4 127:15
 127:15
**believe** 8:3
 125:6
 126:20
 131:12
**beneath** 60:4
**beneficial**
 26:15,21
**benefit** 31:18
 60:12
**Benefits**
 63:23
**better** 124:7
 124:20
**Beverly**
 105:11
**biography**
 72:20
**birth** 25:16
 26:8
**Biscayne**
 2:18 16:25
**block** 106:5
**Bloomingd...**
 120:21

**Bob** 113:5
 114:15
**Bobshap1**
 124:3
**Bobshap1...**
 22:3 123:11
 123:17
 124:4
**Boca** 37:10
 128:10
**bonuses**
 117:25
**books** 123:24
 124:7,20,20
**borrower**
 105:13
 106:18
 107:1,2,12
 109:8
 111:13,21
 112:9
**borrowing**
 107:16
 108:3
**bottom** 61:1
 61:21,23
 62:14 106:3
 106:18
 111:7,10
 123:15
 124:1
**bought** 82:19
**Boulevard**
 2:18 17:1
 99:17
**bowling**
 62:16
**box** 61:2
 62:15,22
**break** 13:6
 18:5,7,12
 18:13,14
 51:16 83:15
 130:8
**breakdown**
 62:25
**Brickell** 2:11
**bridge** 35:13
 35:17 41:7

62:3 75:11
99:7,16
100:1,13,20
101:6,10,17
101:21
102:8,15,20
103:4,11,16
**brief** 13:12
 51:15 83:17
 130:11
**briefly** 105:5
**bring** 9:3
**broker** 72:6
**brokerage**
 27:5 31:11
**budget** 56:19
**buildings**
 76:9 78:15
 93:3
**business** 33:4
 38:11 42:23
 44:14 46:3
 50:13,18
 82:20 85:6
 99:18 129:1
 129:2,14
**businesses**
 33:17
**buy** 61:4
**Buying**
 118:22

---

**C**

**C** 3:1 4:1 5:1
 29:25 30:22
 54:1,3
**California**
 1:12 13:22
 37:3 99:18
 104:5
 105:11
 117:5 129:1
 132:8
**call** 68:4
**called** 6:11
 34:8 42:24
 67:6
**capital** 14:16
 121:24

**captioned**
 114:9
**Carbondale**
 110:19
**card** 120:10
 120:21,21
 120:22
**care** 19:10
 20:13 30:8
**case** 14:25
**cases** 14:18
**cease** 84:10
 84:21 86:13
 88:17 91:25
 97:6 101:22
**CEO** 71:20
 71:22 97:17
**certain** 5:17
 82:12 86:21
 97:7
**certainly**
 8:18 18:15
**CERTIFIC...**
 132:1
**certify**
 132:10
**charge**
 113:15
 114:23
 115:3
**charged**
 23:10,15
**Charm** 119:5
**chart** 52:19
**charts** 57:25
**Christie's**
 120:20
**Christine** 2:6
 5:6
**City** 62:17
**civil** 5:20 9:2
**claims** 75:4
**clarify** 21:8
 73:14
 130:16,24
**clarifying**
 131:3,4
**clarity** 20:18
**class** 26:16

**clear** 6:15
 13:19 20:20
 50:12,21
 77:15
**client** 62:24
 62:25 126:6
**client's** 131:9
**clients** 60:12
**closing** 105:9
**co-names**
 50:18
**collateral**
 69:6,14,16
**collateralize**
 78:18 93:4
**collected**
 93:19
**Colorado**
 110:19
 111:14
 117:12
 129:19
**column** 60:5
 60:6
**come** 81:8
**Comerica**
 116:8,16
 121:10,17
 121:25
 122:7
 128:20
**comfortable**
 10:7 18:16
**coming** 66:5
 82:8 102:16
 102:22
**commercial**
 35:13,17
 41:2,7
 52:14 58:14
 58:16,20
 59:3,10
 61:25 62:1
 62:11 64:20
 65:3,9,19
 65:24 66:4
 66:9 75:11
 76:21 99:7
 99:16 100:1

100:13,20
101:9 102:8
103:10,11
103:16
**commingled**
 48:10 76:20
 93:18
**commingles**
 65:23
**commission**
 1:1,10 2:3,9
 5:9,11
 23:22 43:4
 92:17
 132:13
**Commissio...**
 8:13,16,18
 9:11
**commissions**
 42:3,11
 44:1 63:2
 87:6,12,19
 87:24 88:4
 88:9,10
 92:6,11
 96:10,15
 101:5,11,16
 101:16
 117:25
**committed**
 8:5
**communic...**
 124:12
**communic...**
 89:3,8
**companies**
 33:12 34:4
 36:17 50:14
 51:6 53:17
 54:4 108:2
 113:3
 115:18
 116:1,7
**company**
 24:24 26:17
 26:22 27:1
 33:21,21
 34:8,12,17
 34:21 79:19

111:14
114:10
118:22
127:25
**compared**
132:15
**compel** 7:16
7:21
**compelled**
8:2 14:25
**compensati...**
15:5 42:2
42:16,20
43:25 44:2
44:7 55:10
**compilations**
39:17
**complete**
82:20 126:7
126:9
132:14
**completely**
16:6 102:25
**composite**
64:19 66:22
77:8 98:18
**Con-** 86:16
**concern**
126:11,12
**concerned**
97:1
**concerning**
22:7 24:1
25:11 26:7
29:3,19
31:4,10,17
32:11 44:1
46:11,23
47:11 52:4
52:6,12,14
52:21 53:1
54:8,15,24
55:4,9,19
55:25 56:14
56:14,20,23
56:25 57:6
57:20 58:13
63:7 67:11
79:5,12,18

82:12,25
83:22 85:18
86:5 97:1
105:8,9,10
108:20
129:12
**concerns**
68:18
**conclude**
130:10
**concluded**
131:18
**concludes**
131:12
**concluding**
130:15
**conditions**
15:25
**conducted**
23:21
**confidential**
70:24 95:3
99:8,8
131:5
**confirm** 14:7
**Connecticut**
37:15
**connection**
16:23 17:9
25:7
**consent**
83:21 84:2
84:7 85:10
85:15,22
86:7
**constitute**
5:19
**constitutio...**
6:4 7:14
9:17,25
12:11
**construction**
56:20
117:11
**consultants**
49:1
**CONT** 4:1
**contact** 54:20
115:16

**contained**
14:2 82:25
96:25
**content** 68:11
**contents**
92:23
**continue**
19:24 21:8
22:8 32:11
36:5 73:3
115:13
**continued**
81:18,23
82:3 84:1
84:25 85:11
85:16,24
93:9
**contract** 5:10
**control** 27:6
27:14,18
31:18 82:18
96:6 102:25
106:13
107:17
118:15,22
119:5
127:24
**controlled**
116:15
**controller**
115:17,24
123:25
**controlling**
108:2
**controls**
37:20
**convicted**
23:7,16
**copies** 32:1
**copy** 5:22
6:22 17:13
53:7 66:19
70:18,23
71:1 73:10
77:2 80:4
89:16 94:23
98:25
103:24
105:1

108:16
110:12
112:21
114:4
122:22
125:15,21
127:4
**corner** 61:21
64:9,21
111:10
**corporation**
20:22
**correspond...**
55:14
**Cory** 123:10
124:5
**cosmetic**
120:19
**counsel** 6:16
7:2 15:15
16:17 18:11
19:10 20:14
20:21,21
21:2 53:7
66:19 70:18
73:10 77:2
80:5 89:16
94:23 98:25
103:24
104:6 105:1
108:17
110:13
112:21
114:5
122:22
125:15,21
127:5 131:2
**country** 49:6
**couple** 127:9
**course** 5:25
9:12
**coursework**
28:3
**court** 17:19
18:19 20:6
24:6,10,19
25:3,7,11
29:23 50:3
50:8 53:5

63:12 66:14
70:15 73:7
76:24 77:14
79:25 89:14
94:19 98:22
103:21
104:24
108:12
110:11
112:18
114:2
122:19
125:4
126:19
130:7
**courtesy** 53:7
66:19 70:18
73:10 77:2
80:4 89:16
94:23 98:25
103:24
110:12
112:21
114:4
122:22
125:21
127:4
**cover** 3:9,11
3:13 20:12
51:5 105:6
**create** 17:20
**creating**
49:10
**credit** 120:10
**crime** 8:5
14:16
**criminal** 5:20
14:25 23:7
23:10,16
**Cut** 105:13
105:14
106:10,18
107:2

───────
**D**
**D** 5:1 50:4
**danger** 14:21
**date** 1:13
25:16 26:8

30:24 52:2
54:7 75:13
81:15,24
95:5 99:10
123:10,17
132:7,20
**dated** 3:7,9
3:11,13,16
3:22 19:8
20:13 30:6
51:5 53:16
90:9 105:8
**dates** 54:16
**Dave** 20:21
21:2
**David** 20:14
68:23
**day-to-day**
36:10
**Dayne** 43:9
**Daytona** 37:6
38:25 124:2
**debt** 124:6,19
**December**
51:5,8
**decide** 42:15
**decisions**
36:12
**declination**
14:9
**decline** 6:5
7:15 9:18
10:1 12:12
12:15
**decree** 84:7
85:15 86:7
**decrees** 83:21
84:3 85:10
85:22
**Dee** 2:7 5:7
115:12,23
125:22
127:12
131:14
**deed** 108:19
108:22
**degrees** 28:3
**Department**
114:13

**departments**
36:16
114:19
**deposed** 25:6
**deposited**
121:9
**deposits**
116:15
**deprived**
15:2
**describe**
28:20 48:4
51:4 62:23
68:15 69:3
89:17,22
95:1 99:1,6
105:5
110:16
114:8
125:13
127:6
**described**
36:4 72:2
78:16
**description**
3:6 4:3 9:10
113:4
114:10
129:18
**designated**
115:17
116:17
121:4,11,18
122:1,8
**designating**
116:11
**desist** 84:11
84:21 86:13
91:25 97:6
101:22
**despite** 85:1
85:10,15,22
**destroy** 23:1
**destroyed**
22:22
**determinat...**
126:11
**determine**
5:16 9:3

**developed**
5:18 115:7
**development**
114:13
**different** 9:12
11:22 36:16
38:16 40:12
64:10 76:8
76:9 78:15
114:19
**direct** 32:6
52:3,12,18
55:3,8,13
55:24 56:6
56:18 57:13
57:19,24
**directed** 23:1
116:14
**directing**
49:22
**directly**
26:15,21
**director**
24:24
114:10
**directors**
50:16
**disclose**
86:12 88:10
88:16 96:9
97:20 98:6
101:4,10,12
107:6,25
**disclosed**
85:5 87:5
87:11,19
88:9,16
91:9,15,20
91:24 92:6
92:16 93:15
93:17,23
94:4 102:1
102:7
**discloses**
96:20
**disclosures**
88:23 89:8
**discussed**
45:18 48:17

74:13
**discussing**
12:20
**discussion**
8:15 13:3
115:22
**discussions**
10:16
**distinction**
20:23
**distribute**
85:25
**distributed**
47:11 63:7
68:6 71:2
83:5 86:4
89:9 90:5
**distributes**
40:21 62:9
**distributing**
72:19
**distribution**
75:14
**Diversified**
1:24
**DLA** 16:22
**dlapiper.com**
17:4
**document**
3:19,20 4:9
19:8 29:25
30:17 32:23
51:7 60:21
62:9 63:6
73:12 76:7
105:6 111:8
114:9
125:15,23
127:7,13
**documents**
3:15 6:25
17:16 20:25
30:9,19,23

31:9 32:16
51:14 52:1
52:20 53:21
54:8,11
56:14,24
58:23 65:1
67:11 69:4
69:7,15
113:10
125:25
126:5
127:16,18
**doing** 7:19
8:8 50:13
85:2 107:20
**dollars** 71:7
**domestic**
31:10
**Donna**
132:10
**dot** 17:3,4
**dozens** 34:3
**drafted** 47:20
**draw** 20:23
**Drive** 105:11
**due** 15:3 81:8
81:9
**duly** 6:11
**Dwight** 16:21

**———— E ————**
**E** 3:1 4:1 5:1
5:1 53:6
**e-mail** 3:22
17:2 22:2
47:16 83:7
104:5
123:12,16
**e-mails** 21:22
26:9 123:9
**earlier** 74:14
**earns** 64:12
**East** 128:20
**eastern** 5:3
130:13
131:16
**EDT** 1:17
131:18
**educational**

28:14
**efforts** 30:18
51:21 54:10
**eighth** 106:1
106:2
**either** 5:20
102:21
**electronic**
22:12
**Ellspermann**
123:10
124:5,12
**else's** 9:22
**employ** 37:23
**employed**
53:25
**employee**
115:16
117:19
122:14
**employees**
36:24 37:14
38:6,17
50:16
115:16
122:15
**employment**
28:20 29:11
**employs** 38:1
**Enforcement**
2:10 5:7
**engage**
117:11
**engaged**
39:12,16,23
122:13
**engagement**
57:6
**enhanceme...**
120:19
**enrichments**
127:25
**entered**
83:21 84:6
**entire** 10:8
**entities** 33:7
34:3 36:3
44:18 52:21
72:2 106:13

107:17
108:4
124:14
130:4
**entitled** 1:15
91:1
**entity** 17:9
50:13
**enumerated**
11:14
**environment**
60:15
**equity** 26:16
**escrow** 105:8
**ESQ** 2:4,5,6
2:7,17
**established**
31:18
**estate** 72:6
111:2
**evidentiary**
7:17
**examination**
3:3 5:25
6:13 131:18
**examined**
6:12
**example** 61:1
62:23
**exceeded**
75:6
**Excel** 113:10
**Exchange** 1:1
1:10 2:3,9
5:9 23:22
132:13
**EXHIBITS**
3:6 4:3
**expenses**
120:10,17
**experience**
28:23 29:17
**expertise**
79:21 83:1
**explain** 10:15
**explaining**
62:10
**explanation**
62:4 65:2

**Express**
120:22
**expressly**
131:8
**extent** 8:20
**external** 57:6
**extra** 127:9

**F**

**F** 59:15
**fact** 22:2 33:7
34:3 36:16
37:2,14
38:1,24
42:6 60:20
65:8 71:5
71:21 72:1
74:15 76:2
81:13 84:6
86:4 87:23
88:3 90:4
91:20 96:14
98:1 101:15
102:25
107:10,25
110:1 112:7
113:15
**facts** 5:18
**fail** 97:5
107:25
**failed** 88:16
97:20 98:6
**failure** 88:10
**faith** 126:6
**familiar**
31:21 33:11
34:8,12,17
34:21,25
35:4,8,12
35:16 60:17
90:1 95:7
99:12
105:14
109:2
110:22
114:16
**FAQ** 64:21
**far** 75:6
**February**

53:21 99:10
**federal** 5:17
5:20 13:21
24:1,5,18
24:19 30:25
**fee** 43:4
62:24
**feel** 10:7
**fees** 42:3,11
44:1 92:17
**fell** 121:23
**file** 1:4 5:15
105:9 132:6
**filed** 127:14
**final** 31:25
42:19 68:10
**Finally** 63:25
**financial**
3:18 4:6
27:9,23,23
28:24 29:3
29:7,17,19
31:11 32:1
32:2 39:18
42:24 43:3
44:8 49:4
49:24 56:24
57:2,15,20
58:1 60:7
60:21 61:10
62:10 63:1
63:7 64:4
92:18
113:11
125:18,24
**find** 12:24
**fine** 21:6
**finish** 18:4
**finishing**
126:18
**firm** 16:22
57:7
**firms** 31:5
**first** 3:20
6:11 41:2
52:14 58:13
58:15,20
59:3,9,10
60:1,20

61:24 62:1
62:10 63:24
64:3,20
65:3,5,9,19
65:24 66:4
66:9 68:17
71:19 76:21
100:8,9
124:19
**five** 70:1,2
74:1,3
75:20 78:1
78:4 80:17
80:22,25
81:3 90:15
90:19,22,25
91:2 95:18
**five-year**
41:11,12
67:6 75:18
81:15 90:14
**FL** 2:13
**FL-04024**
5:16
**FL-04024-A**
1:4 132:6
**flagged** 45:22
**Florida** 2:20
13:23 17:1
37:7,11
38:25
128:10
**Flower** 1:11
**folder** 18:24
20:8 29:25
50:4 53:6
59:15 63:13
66:15,15
80:2 122:21
125:5
126:21
**followed**
20:16
**following**
12:15
116:11
**follows** 6:12
**forces** 14:19
**foregoing**

50:19
**foreign** 27:17
27:23 31:11
**forgot** 47:8
74:8
**Form** 6:23
7:6 16:11
**formal** 5:22
5:23 6:2,18
6:18,22,23
17:14,14
**format** 22:13
22:16
**forth** 13:22
14:7 73:16
**forward** 6:21
10:5 11:2
13:18 15:13
15:17,24
**four-page**
104:4
**FPCM** 62:16
**fresh** 12:9
**Friday** 1:13
5:3 20:15
132:7
**front** 6:17 7:5
75:9 77:16
125:14
**full** 7:9 10:21
**fully** 16:5
**function** 57:2
**functions**
37:19
**Funding** 34:9
60:9 124:2
129:25
**funds** 44:15
44:22 46:11
48:9,10
54:25 55:25
59:11 65:15
65:23 67:7
67:16 69:20
69:24 75:20
76:20,20
79:6,6 82:8
82:15 88:5

88:11,18
91:10,15
93:18,19,20
94:5,6
95:12 98:3
98:7,7,13
101:22
102:3,17,22
103:4 108:3
112:10
116:13,22
117:3,10,18
117:24
118:6,13,20
119:3,11,18
120:1,8,15
121:2 122:6
126:1
**further** 8:3
19:23 22:6
23:14 24:17
26:7 27:21
28:13 29:10
29:15 32:10
38:15 39:7
39:23 41:16
43:24 44:6
46:11,16,21
49:9,15,21
52:25 58:5
63:5 70:10
73:2 76:15
79:4,10,17
83:10 88:8
88:15 94:9
94:14 98:17
103:9,15
108:7 110:5
112:13
113:21
124:24
130:9

**G**

**G** 5:1 63:13
**gain** 64:11
**GBH** 4:8,9
4:10 123:8
125:16

127:8,11
**general** 50:17
57:25
**generate**
44:19 48:5
**generated**
121:8,22
**generating**
46:3 78:21
104:20
**George** 118:7
**Georgia**
62:17
**give** 7:17
65:2 74:8
110:12
125:15
126:18
**given** 29:18
58:23 60:21
99:15
**gives** 62:3
**giving** 62:24
**go** 8:22 9:14
33:8 47:6
50:25 64:8
64:19 106:1
106:16
125:20
**goes** 60:16
**going** 6:24
11:21 13:3
13:25 15:13
51:15 66:14
103:23
111:7
112:19
115:13
125:20
126:11,11
130:8
**Golden** 68:24
**good** 5:5
18:18 126:6
**grand** 14:18
**granting** 7:21
**Gravenhorst**
119:20
**grounds** 7:25

**Group** 33:11
34:4 36:17
50:14 51:6
53:17 54:4
113:3
115:18
116:1,7
**guaranteed**
40:17 45:1
46:17 76:3

**H**

**H** 1:8 3:4
6:10 19:10
132:5
**H47** 106:9
**hair** 120:19
**Halbert**
118:8
**half** 91:1
123:15
**hand** 6:8
18:20,22
20:7 29:24
59:15,21
66:19 70:16
70:18 73:8
73:9 76:25
77:2 80:1,4
89:14,16
94:20 98:23
98:25
103:22,24
104:25
105:1
108:13,16
110:11
112:21
114:2
122:20,21
125:6,20
127:4
**handed** 19:6
70:21 73:11
113:1 114:4
123:6
**handing**
53:14 77:7
94:23 114:1

**handles** 65:8
65:10 66:8
**happy** 10:14
**head** 17:23
74:10
**heads** 114:19
**heard** 35:20
35:23
**hearing** 1:15
132:17
**held** 14:15
27:5 28:6
28:15 31:12
57:21
115:22
132:13
**help** 6:20
**high** 28:2,19
29:11 64:13
**high-end**
120:18
**high-yield**
64:10
**highlighted**
60:6
**Hills** 105:11
**hired** 43:12
**history** 29:11
**hit** 93:8
**hold** 28:6,15
**Holding**
106:10
**Holdings**
35:23
**honest** 126:9
127:18
**honesty**
126:7
**Hughes**
72:15
**hundreds**
71:7

**I**

**icon** 61:22
64:22
**idea** 110:1
112:8
**identificati...**

9:22 19:2
20:10 30:4
31:10 50:6
53:11 59:18
63:16 66:25
123:2 125:9
126:24
**identified** 3:6
4:3 8:13
21:2 45:22
119:13,20
**identifies**
8:20 65:13
**identify**
18:21 20:12
29:25 30:5
53:15 77:3
113:3
**identifying**
26:7
**identities**
52:20
**III** 1:6 132:4
**immunity**
7:21
**importance**
10:17
**improveme...**
110:18
**in-** 52:4
**in-house** 42:7
**in-person**
49:16
**incentive**
75:12 89:25
95:5 99:10
**include** 15:9
127:22
130:3
**includes**
53:24
129:12
**including** 6:4
7:14 9:17
9:25 12:11
13:22 50:14
120:17,19
**income** 31:1
123:23

127:17,17
127:22
**incorporate**
74:13
**incorporati...**
12:17
**increase**
60:13
**incriminate**
8:1 9:6
**indictment**
14:17
**indirectly**
26:15,21
**individual**
59:9 100:16
108:1
113:10
**individually**
20:22
**individuals**
31:5 42:24
43:3 44:7
49:5 53:25
79:19
101:17
**industry**
28:24 29:17
**infamous**
14:16
**infer** 9:5
**inference** 9:2
9:12
**information**
7:6 9:23
16:12 26:8
31:4 54:20
55:4,9,19
56:13,25
57:19 72:23
82:12,24
92:23 96:20
96:25
100:24
107:7
126:10
131:6
**informatio...**
61:9

**insert** 74:8
119:22
**inside** 48:25
**installments**
121:9,23
**instances**
64:13
**intended**
131:10
**intention**
7:19 13:20
**interest**
60:14 93:25
94:5 100:16
102:10
121:16,25
122:6
**interject** 8:10
10:2
**interpose**
8:11,21
**invest** 45:23
69:19,25
**investigation**
5:14,19,23
16:23 17:9
**investing**
45:6
**investment**
1:6 4:5 5:15
34:13,18
35:1,5,9
40:4,13,22
41:12,17
45:19 47:12
48:10,19
59:4 60:11
61:15 63:8
65:25 67:5
67:7,15
68:18 69:20
70:24 71:6
71:22 73:16
73:20 74:7
75:19 77:9
78:10 79:12
79:13 80:14
85:18 86:25
89:24 94:15

95:3,11
96:2 105:7
105:12,21
109:1,11
110:20
111:23
112:7,10
116:12
122:14
125:17
132:4
**investments**
41:23 46:23
58:15 76:11
78:18
100:10
105:13,15
106:18
109:1
**investor**
54:25 56:2
59:10 62:25
66:10 75:19
76:20 80:23
81:3 90:20
91:1 98:7
98:13
102:17,22
113:4,16
114:10
116:22
117:3,10,18
117:24
118:6,13,20
119:3,11,18
120:1,8,15
121:2,4,24
122:6,8
**investors'**
76:11 82:15
**invoking**
10:21
**involves**
67:10 69:3
**issuance**
88:17
**issue** 10:15
11:9
**issued** 67:16

67:25
**issuing** 67:11
**item** 31:10,25
   52:10 56:23
**items** 54:4,9
   105:9
**IV** 71:18
**IX** 106:4

—————
**J**
**January**
   21:24 30:24
   52:2 53:16
   54:7 115:19
   116:2,17,23
   117:5,13
   118:1,8,15
   118:23
   119:6,13,20
   120:3,10,22
   121:5,11,18
   122:2,9,15
**jeopardy**
   14:24
**Jeri** 118:23
   119:5,13
   120:20
   128:16
**Jersey** 37:15
**job** 113:4
   114:10
**Joe** 72:15
**joining** 5:11
**joint** 128:15
**JonHFreis...**
   106:4
**Joy** 119:20
**judge** 9:1,4
**June** 75:13
**jury** 9:1,4
   14:18

—————
**K**
**keep** 22:12
   22:16 99:22
**keepers** 57:7
**Kenneth**
   118:8
**kept** 58:1
**Key** 71:19

**kindly** 71:12
**know** 6:16
   10:3 11:1
   12:2 18:3,6
   18:15 19:14
   30:12 56:9
   59:16 66:3
   80:6 82:7
   94:22
   103:25
   104:10
   112:22
   128:25
   129:3
**known** 7:12
   118:21
   119:4
   122:15

—————
**L**
**labeled** 51:23
**land** 14:19
   110:17
**language**
   13:2
**law** 9:13 15:3
   16:22
**laws** 5:18,20
**leadership**
   72:1
**leave** 17:16
**ledgers** 58:1
**left-hand**
   61:21
**legal** 58:23
   67:11
**lender** 105:12
   105:21
   107:1,2,12
   109:10
   111:22
   112:9
**lending**
   107:16
**length** 107:22
   109:22
   112:3
**Let's** 13:1
**letter** 3:7,9

3:11,13
19:8 20:13
20:16 30:6
30:22 51:5
105:7 131:7
**liability**
   111:14
**liberty** 15:2
**licensed** 72:6
**licenses** 28:7
   28:10,15,16
**life** 14:24
   15:2 61:2
**limb** 14:24
**limited** 50:17
   111:14
   117:5,12
   120:17
**Linda** 2:4 5:5
**line** 105:20
   123:18
**list** 27:4,9,13
   27:17 54:9
   97:16 128:8
   128:9
**listed** 79:19
   104:15
**listing** 104:5
**lists** 111:13
   129:1,17,23
**litigate** 13:4
**LLC** 1:6 5:15
   34:13,18,22
   35:1,5,9,13
   35:17,20,24
   50:14 54:4
   60:9,11
   68:19 70:24
   75:11 77:9
   80:15 89:24
   95:3 99:8
   100:21
   103:11,17
   105:8
   111:14
   132:4
**loan** 35:13,17
   69:3,5,7,8
   69:15 75:11

99:7,16
100:2,14,20
101:6,10,17
101:21
102:8,16,21
103:4,11,16
113:4,10,15
**loans** 41:7
   62:3 108:2
**located** 36:21
   38:25 39:4
   110:18
**location** 39:8
   132:8
**locations**
   38:16
**longer** 13:3
**look** 19:13
   21:11 30:11
   50:23 51:21
   52:12 53:6
   53:18 58:7
   60:25 62:14
   66:15 68:14
   104:9
   123:15
   124:7,20
   127:4
**looking** 30:22
   51:20 60:13
   71:15 73:15
   75:9 78:14
   93:16 99:4
   128:24
**Los** 1:12
   132:8
**loss** 129:8
**lot** 10:17
**low** 60:14
**Lowry** 2:5
   5:6 10:12
   10:23 11:5
   11:12 12:1

—————
**M**
**M** 66:15,16
   66:17,18
**ma'am** 19:5
   59:14,20

63:18 67:3
70:20 77:6
99:3 104:2
105:3
110:15
114:7
122:25
127:2
**Macy's**
   120:21
**Madam**
   18:19 20:6
   29:23 50:3
   50:8 53:5
   63:12 66:14
   70:15 73:7
   76:24 77:14
   79:25 89:14
   94:19 98:22
   103:21
   104:24
   108:12
   110:11
   112:18
   114:2
   122:19
   125:4
   126:19
   130:7
**mail** 47:16,16
   83:6,6,7
**maintaining**
   115:25
**making** 91:5
**manage**
   33:24 130:4
**managed**
   43:8
**management**
   34:22 71:18
   71:19 79:20
   83:1 96:3,6
   129:1,13,18
   129:24
**manager**
   27:1 109:9
   111:15
   113:4
**managing**

96:1
**March** 20:13
   20:16 30:6
**marital** 25:25
**mark** 2:7 5:6
   18:21 53:6
   59:16 125:5
   126:21
**marked** 7:5
   19:1,7 20:9
   30:2,3 50:5
   50:7 52:11
   53:10,12,13
   54:12 57:12
   59:17,19
   63:15,17,22
   66:24 70:22
   73:9 77:1,8
   80:2,3
   89:15 94:21
   95:2 98:24
   99:5 103:23
   104:4
   108:14
   112:20
   113:2 114:3
   123:1,7
   125:8,10
   126:20,23
**market** 64:2
   115:8
**marketing**
   40:22 47:20
   47:25 49:11
   61:9
**Mary** 66:17
   66:18
**Massachus...**
   84:11
**materials**
   40:22 47:11
   47:15,21
   48:1,4
   49:11 56:5
   61:9 63:7
   85:25 86:5
   89:9 115:7
**matter** 1:3,15
   5:14,24

132:3
**matters**
16:24 24:2
24:14
**means** 9:4
11:16,19
50:13
**meant** 20:19
**media** 26:3
26:10
118:22
**medical**
15:25
**meeting**
49:16,22
**meetings**
49:16
**member** 27:1
96:1,1
**members** 5:7
**memoranda**
41:12 67:17
68:1
**memorand...**
70:25 95:4
99:9
**mentioned**
8:17 15:15
20:20 36:4
52:22
**merely** 7:24
12:17
**met** 48:13,25
49:4
**Metropolit...**
61:2
**Miami** 2:13
2:20 5:8
17:1
**Michael**
114:15
**middle** 111:8
124:3
**militia** 14:20
**million** 62:17
70:25 75:5
75:12 77:10
80:15 89:24
95:4 99:9

**millions** 71:7
**mind** 60:8
**minor** 23:6
**minutes**
126:18
**misrepresent**
87:23 96:14
97:11
101:15
**misreprese...**
88:3 92:11
92:13
109:21
112:2
**misreprese...**
107:21
**model** 122:14
**modification**
108:20,23
**moment**
11:20 19:13
30:11 50:23
53:18 59:25
68:14 99:1
100:3 104:9
127:3
**money** 64:1
64:12 66:3
70:2 78:1
102:2
107:16
127:24
**monies** 70:1
93:18,19
**Month** 4:7
125:18
**monthly**
40:18 45:15
65:18 81:19
81:23 82:3
90:11 91:11
91:16 93:10
93:11 95:13
97:22 98:14
102:10,16
102:21
**mortgage** 1:5
4:4 5:15
34:13,18,25

35:4,8
52:15 58:16
58:20 59:3
59:10 60:10
64:21 65:3
65:9,20,24
66:4 67:7
67:15 69:6
69:9,14,17
69:20,24
71:5,22
76:21 77:9
80:14 89:23
94:15 95:2
95:11 96:2
100:9 103:1
103:10
105:7,12,21
109:1,10
110:20
111:22
112:7
116:12
123:22
125:17
132:3
**mortgages**
41:3 58:14
61:25 62:2
66:9 117:4
**move** 6:21
15:17 50:4
50:10
110:10
112:20
**moving** 15:24
**multi-page**
3:16 19:8
53:16 63:22
105:6
125:14
127:7
**multiple** 33:7
**mutual** 8:19
**mutually**
74:12

**N**

N 3:1,1 4:1,1

5:1
**Nadia** 13:10
**name** 5:5 7:9
9:22 16:21
27:6 33:8
34:13,18,22
50:14 61:23
64:22 71:19
129:1,2
132:20
**named** 25:2
**names** 7:12
50:18
**nationwide**
40:4,13
71:8
**naval** 14:19
**need** 7:24
18:5,14
74:22
126:20
**needed**
121:24
128:2
**needs** 18:12
**Nelson** 20:14
20:21 21:2
**Nester** 2:6
5:6 10:9
**New** 37:15
72:7
**Nina** 123:24
**Ninasus33...**
123:17
**nodding**
17:23
**North** 110:18
111:13,21
**Northwest**
128:9
**note** 58:19
61:20 68:17
69:2,6,17
108:19
**notes** 3:21
66:23 67:11
69:14
**notice** 1:16
**November**

4:7 95:5
123:18
124:4
125:18
**number** 5:16
10:3 17:2
25:19 26:9
38:17 41:17
54:2,7
55:19 71:2
77:21 81:8
81:22 82:2
83:11 86:11
86:19 87:5
87:17 96:11
96:16 97:2
105:20
107:11
111:9
122:23
132:6
**numbers**
26:9 111:7
**numeral**
71:18

**O**

**O** 3:1 4:1 5:1
**O'Quinn**
2:17 6:20
8:10 9:9
10:2,14
11:4,8,18
12:5,14
13:1,7,16
15:18 16:20
16:21 17:3
17:7,10
18:14 20:3
20:18 21:1
21:6 30:8
66:20 74:12
74:18,21
130:19,22
131:4
**O-Q-u-i-n-n**
17:4
**Oaks** 37:3
39:4 99:17

**objection**
8:11
**October**
81:13 90:9
**offense** 14:23
23:7,11,16
**offer** 41:12
63:8 85:11
**offered** 58:15
77:21
**offering**
47:11 48:4
55:21 56:5
70:24,25
75:5,12
77:10 80:15
80:19 85:25
86:5 89:24
95:3,4 99:8
99:9 100:2
100:7
114:24
**offerings**
52:7 54:8
85:12
**offers** 40:3,12
41:2,6,10
41:18,22
45:1 59:4
60:11 61:15
64:16 67:5
75:24 76:3
80:15 90:10
95:12,17
**office** 5:8
39:4
**officer** 24:23
**officers** 50:16
**offices** 36:21
37:2,6,10
37:20 38:17
99:22
**oh** 67:21
123:4
127:10
**okay** 12:18
13:10,13
18:17 21:9
22:2 29:2

30:5 35:23
37:2 40:3
42:1 47:5
53:13 60:25
65:1,8
67:10 70:15
72:11 74:17
74:20 76:24
77:18 82:11
87:4 89:21
90:9 99:15
110:10
115:7 125:4
129:7 130:7
130:22
131:2
**one-page**
123:7
**one-year**
59:4
**ones** 111:2
**opening** 5:21
16:9
**operating**
116:21
117:4,11,19
117:25
118:7,14,21
119:4,12,19
120:1,2,9
120:15,16
121:3 122:7
**opportunit...**
40:4,13,23
41:17 60:7
65:25 85:19
**opportunity**
6:1,25
21:11 73:17
73:20 128:1
**options** 63:25
**oral** 89:2
**orally** 17:22
**order** 5:22,24
6:2,3,18,19
6:22,23
7:13 9:8,16
9:24 12:10
17:14,14

84:11,15,20
86:7,13
**orders** 85:15
85:23 86:13
88:17 91:25
97:6 101:22
**organizatio...**
52:19
**original**
132:14
**outside** 38:11
39:12,24
49:23 61:10
64:3 124:13
**overall** 38:5
44:14 82:20
**overnight**
47:16 83:6
**override**
43:16
**owed** 123:21
**owned** 104:8
**owner** 26:15
26:21
**owns** 104:14

———————
**P**
**P** 5:1
**p.m** 1:16 5:3
13:14 51:16
51:19 83:19
130:10,13
131:16,17
131:17
**package**
69:18
**page** 19:9
54:2 60:1
60:20 61:1
61:19,24
62:8,15
63:24 64:8
64:19 68:17
68:23 71:12
71:13,16
105:18,19
106:1,2,16
109:5 124:4
128:25

**pages** 1:9
111:19
127:9
**paid** 44:7
45:14 87:24
88:4 92:11
95:13
101:16
121:15
122:5
**paper** 22:16
**paperwork**
65:14
**paragraphs**
60:4
**pardon** 89:20
**parent** 50:15
**part** 5:14
58:8,19
67:10 69:24
70:5 124:11
126:4
**participated**
25:12
**particular**
80:18 85:24
86:14 87:1
100:7 129:7
**particularly**
10:9
**parties** 131:8
**partners**
50:17,17
**partnerships**
50:17
**party** 25:2
**pay** 56:1 66:4
91:10,16
93:10,25
94:5 97:22
98:2,13
102:10
117:19,25
118:7 120:2
120:9
121:24
**paying** 78:25
**payment**
90:15

**payments**
81:19,24
82:3 90:11
91:5 93:10
93:25 94:5
102:10,16
120:18,20
**payout** 81:15
**pays** 40:17
42:6,10
65:18 87:6
87:12,19
92:7 96:10
101:5,11
**PDT** 1:16
131:17
**percent**
26:16 45:11
45:11 59:5
61:4,4
62:23,24
64:1,12,13
70:6 73:21
74:2 77:21
78:5 80:16
80:16,24
81:4 90:10
90:15,20
91:1 95:12
95:17,22
100:4
**percentage**
55:20
**perform**
39:17
**period** 21:23
30:24 52:2
54:6
**permitted**
9:4
**person** 14:15
14:22 17:8
36:11
113:15
**personal** 9:22
26:7 120:3
120:10,17
120:18
127:25

**personally**
49:16,22
85:11,16
86:24 91:14
**Personnel**
71:19
**persons**
52:21
**Petersen**
123:24
**phone** 17:2
26:9
**photos** 82:12
**phrase** 10:21
11:2 12:7
**pictures** 76:8
78:14 93:2
**Piper** 16:22
**Pippin** 35:20
**place** 1:10
99:18
**placement**
41:11 52:7
67:17,25
**places** 37:16
**planner** 63:1
**planners** 3:19
42:24 43:4
44:8 49:4
49:24 60:22
61:11 62:10
63:8 64:4
92:18
**pleading**
10:12
**please** 6:7 7:8
17:21 18:3
18:4,6,20
19:13 20:7
27:9,13
28:19 29:24
30:11 50:4
50:23 59:14
66:16,18
70:16 73:8
76:25 80:1
89:14 94:20
98:23
103:22

104:25
106:1,17
108:13
109:5
112:20
114:2
122:20
125:5,6
126:21
**plus** 35:23
80:16 90:21
**point** 10:5
11:2 13:18
**points** 80:24
90:21
**Ponzi** 122:15
**pools** 100:14
**position** 3:20
33:16 36:3
41:2 52:14
58:14,16,20
59:3,10
61:24 62:1
62:10 63:23
64:3,20
65:3,9,19
65:24 66:4
66:9 76:21
100:9
125:24
**potential**
9:11
**PPM** 71:1,1
72:24 76:19
90:5
**PPMs** 68:5,6
68:11 69:25
70:5
**practicable**
131:7
**pre-marked**
16:11 70:1
70:22
**predecessors**
50:15
**preferential**
73:22
**preferred**
75:12 89:25

95:5 99:10
**prepare**
57:14
**prepared**
110:19
**preparer**
127:15,19
**preparing**
31:5
**present** 21:24
115:19
116:3,18,24
117:6,14
118:2,9,16
118:24
119:6,14,21
120:4,11,23
121:5,12,19
122:2,10,16
**presentatio...**
29:7 48:22
**presented**
16:10 50:25
**presentment**
14:17
**preserve** 6:3
7:13 9:8,16
9:24 12:10
13:20 131:8
**president**
71:20,21
97:17
**presumably**
76:10
112:10
**prevent** 16:5
**previously**
12:16 70:22
77:8 80:2
89:15 94:21
95:1 98:24
99:5 103:23
104:4
108:14
112:20
113:2 114:3
**primary** 14:3
**principal**
99:18

**principally**
12:23
**printed** 89:9
**prior** 5:21
6:24 16:9
**private** 15:4
41:11,11
52:6 67:16
67:25
**privately-h...**
26:22 27:1
**privilege** 7:18
7:24 8:6 9:1
12:24 29:12
29:20 49:12
49:18,25
58:10 63:9
76:16 79:7
79:14,22
103:12,18
108:9
113:23
**privileges**
8:20
**privy** 128:1
**probably**
10:17 12:19
13:2
**proceed** 13:1
13:18
**proceeding**
5:25 14:4
17:6 23:21
24:14 25:3
25:7
**proceedings**
17:20 24:10
25:11
132:12
**proceeds**
91:21 97:12
103:6
**process** 15:3
113:10
**processing**
113:4,16
**produce**
20:15,25
22:7 30:9

**produced**
30:23 32:16
32:22 46:6
51:15 52:1
54:5 126:5
**product**
41:10 92:22
**production**
3:14 30:17
51:7 53:20
**products**
29:3,7,19
47:12 60:12
61:11,15
63:8
**professional**
28:7,15
**profits** 74:3
78:5 81:5
91:2 95:22
95:23
**program**
41:6,13
52:15 58:16
58:20 59:3
59:11 62:11
65:4,10,20
66:10 67:10
69:24 76:21
**programs**
41:1 57:13
67:6 70:5
71:6
**prohibited**
85:12,18
86:20
**projects**
56:20
117:11
**promised**
46:7,17
48:5,18
55:4
**promissory**
3:21 66:23
68:17 69:2
69:17
108:19
**Proofreade...**

132:1,20
**properties**
65:13,14
76:9,10
78:15,17,21
78:25 82:13
82:14,19,19
93:3,3
100:9,15,17
104:5,8,14
104:20
107:11
**property**
15:2,4
105:9,10
121:9,23
129:2,3,19
**propose**
10:25
**prosecution**
7:22
**prospective**
85:17,25
90:6
**protect** 13:24
**Protection**
31:22
106:10
**provided**
5:22 6:22
104:6 126:8
131:6
**provides**
61:10 65:13
69:19
**providing**
17:13
124:13
**provision**
14:8
**provisions**
5:17
**public** 14:21
15:4 26:17
**publicly-held**
24:24
**purchases**
120:20
**purpose**

62:22 98:8
**purposes**
98:8
**pursuant**
1:16 19:17
31:16 32:23
32:24 51:22
**put** 11:15
14:23

**Q**
**question** 7:22
8:4,25 9:14
10:8 18:3,5
32:21 81:22
86:11 87:10
101:9 104:7
**questioning**
115:14
**questionna...**
19:12
**questions**
5:12 8:3,7
9:5 10:3
12:15 14:4
14:9 17:19
17:22 19:23
20:5 22:6
23:15 24:17
25:10 26:7
27:22 28:14
29:10,16
32:10 36:2
38:16 39:7
39:22,23
41:16 43:25
44:7 46:11
46:16,21
49:10,15,21
53:1 58:6
63:6 70:11
73:2 76:15
79:5,10,17
83:10 88:8
88:15 94:10
94:14 98:18
103:9,16
108:8 110:5
112:13

113:21
124:25
128:7 130:9
131:3,4
**quick** 13:16

**R**
**R** 5:1
**R-o-b-e-r-t**
7:10
**R-y-a-n** 17:3
**raise** 6:8
**raised** 54:20
55:25 71:7
**raising** 44:22
**range** 45:10
71:16 106:4
111:9 123:8
125:16
127:8,11
128:25
**rate** 60:14
61:3,4
75:23 76:2
**rates** 55:4,5
64:15
**Raton** 37:10
128:10
**Raya** 132:10
**Raymond** 2:8
5:10
**reached**
81:14
**read** 10:25
12:8,8,18
14:6,12
15:10 60:2
69:12 71:13
75:10
104:10
**reading**
14:13
**reads** 61:24
61:25 62:15
63:24 64:20
106:3
114:12
123:19
124:1,5

125:17
**ready** 19:14
30:12 53:8
59:16 77:4
80:6 89:18
94:22
103:25
112:22,24
**real** 72:6
111:2
**really** 12:4
66:3
**reason** 12:16
74:10
**reasons** 12:16
16:4
**receive** 43:15
45:6 59:11
70:6 80:23
81:4,19,23
82:3 90:20
92:18 96:15
**received** 29:2
29:18 84:10
84:15,20
127:23
**receives**
43:16 97:12
102:3,3
**recess** 13:12
51:17 83:17
130:11
**recognize**
77:11 80:10
**record** 5:3,21
6:24 7:9
8:22 11:1
11:15 13:10
13:14,17,19
15:11 16:10
16:20 17:13
18:22 20:12
20:19 30:1
30:6 50:11
50:21 51:4
51:16,19
53:15 57:7
60:2 61:20
68:16 71:15

73:14 75:10
77:3 80:14
83:16,19
89:17,23
95:1 99:1,6
105:5
115:22
125:14
126:16
127:7
130:10,13
131:16
132:14
**recording**
132:16
**recordkeep...**
57:2
**records** 3:10
3:12 20:15
20:15 21:14
21:19 22:7
22:12,16,19
22:22 23:2
30:19 31:17
32:2,2,3,7
32:22 51:10
51:22 52:3
52:4,12
54:15,24
57:6,15
58:1,7
113:11
116:1
**redemptions**
121:16,24
122:6
**refer** 111:7
**reference**
10:6 13:25
18:25 74:15
127:14
**referring**
50:12,20
**refers** 129:4
**reflected**
109:18
**reflecting**
52:20
**reflects** 109:6

125:24
**refuse** 7:25
8:25 11:24
**regard** 42:1
44:13
**regarding**
76:15
**Regional** 5:8
**regular** 47:16
83:6 115:15
**reinvested**
55:21
**related** 16:23
**relating**
24:14
**Relation**
113:5
114:11
**relations**
113:16
**relies** 126:7
**remarks**
131:12
**renovations**
120:2
**REO** 129:13
**rephrase**
18:4
**report** 36:17
110:17
111:1,1
114:20
128:2
**reporter**
17:19 18:19
18:23 19:3
20:7 29:24
30:2 50:3,7
50:9 53:5,9
53:12 59:19
59:22 63:12
63:17,19
66:14,17
67:1,18,21
67:23 69:8
69:11 70:15
70:19 73:8
73:11 76:24
77:5,14,17

80:1,7
89:14,19
94:20,24
98:23 99:2
103:22
104:1,25
105:2
108:13,15
108:21,24
110:11,14
112:19,23
114:2,6
122:20,23
123:4 125:4
125:10
126:15,19
126:25
130:7
**reporting**
1:24 114:24
115:4
132:16
**reports** 39:18
43:20 56:19
56:19 113:5
113:16
114:14
**represent**
16:22 17:5
20:3 104:6
**representat...**
12:2
**representat...**
45:5 46:22
85:17
**representat...**
52:6
**represented**
16:17 46:1
**representing**
17:8
**request**
110:20
131:5
**requested**
5:13 21:23
54:5,11
**requests**
30:17 32:1

53:20
**required**
21:15
126:10
**requires**
20:25
**requiring**
3:14 30:9
51:7
**reside** 37:15
128:11
**residence**
120:3
**residential**
25:22
**resolve** 13:9
**respect** 36:10
51:9 54:6
86:19 87:4
87:10,17
92:12 96:11
96:16 103:4
109:17
**respective**
121:10,17
121:25
**response** 10:6
10:6,8,10
20:4 30:25
52:3 54:7
124:3
**responses**
131:9
**responsibil...**
33:20 36:11
113:9
**responsibil...**
126:4
**responsible**
88:22 89:2
89:7 92:21
96:19,25
**responsive**
21:19 32:16
51:11 55:15
57:11 104:7
**restoration**
120:19
**restricted**

110:17
**return** 55:5
59:5 70:6
75:23 76:2
77:21 79:5
80:16,24
90:11,21
95:13 100:4
128:8,15
129:23
130:3
**returns** 31:1
31:6 40:18
45:1,6,10
45:14 46:2
46:6,17
48:5,18
55:21 56:2
60:13 64:10
65:18 79:1
91:11,16
93:11 95:13
97:22 98:14
102:21
129:17
**revenue**
44:19 46:3
46:12 78:22
97:22 98:2
102:9
104:20
121:8,22
**revenues**
93:25
**review** 6:2,24
6:25 17:15
**reviewing**
100:25
**Richard**
72:11
**right-hand**
60:5 64:21
**risk** 64:2
**risks** 45:22
46:24 48:18
78:10 79:13
**Robert** 1:8
3:4 6:10
7:10 16:22

19:10 20:20
71:19
105:22
106:19
109:9,11
111:15,23
132:5
**role** 72:1
129:24,24
**roles** 21:8
**rolled** 55:20
**Roman** 71:18
**room** 17:17
**Roseman**
43:9,12,15
43:20
**Rosenfeld**
114:15
**routine** 16:12
**RS** 31:21
106:10
**Ryan** 2:17
16:21 17:3
74:9

**S**

**S** 3:1 4:1 5:1
132:10
**S-h-a-p-i-r-o**
7:11
**safe** 63:25
**safety** 45:18
46:23 60:8
79:12
**salaries** 42:6
117:20
**salary** 43:16
127:23
**sale** 43:17
**sales** 37:23
38:2,12
42:2,7,10
42:11,15,20
43:5,25
48:22,25
49:22 52:5
52:13 55:9
87:7,12,20
87:24 88:4

89:3 92:7
92:12 96:11
96:15,16
101:5,6,16
115:3 118:1
121:9,23
129:2,3,19
**Salvato** 72:11
**Salvato's**
72:18
**saving** 12:20
13:4
**saw** 107:11
**saying** 12:3,6
12:7
**says** 11:19
73:21
106:18
**schedule**
129:7,12,18
**scheme**
122:15
**Schmidt** 2:4
5:2,5 6:7,14
7:1,3 8:23
9:20 12:22
13:6,8,13
14:11 15:21
17:7,11
18:11,17,24
19:4 20:6
20:11,24
21:3,9
29:23 30:5
30:15 50:3
50:8 51:3
51:18 53:5
53:13 59:14
59:20,23
63:12,18,20
66:18,21
67:3,20,22
67:24 69:10
69:12 70:15
70:20 73:7
73:13 75:3
76:24 77:6
77:14,18,19
79:25 80:9

83:15,18
89:13,21
94:19,25
98:22 99:3
103:21
104:2,24
105:3
108:12,16
108:23,25
110:10,15
112:18,25
114:1,7
122:19,25
123:3,5
125:4,12
126:17
127:2 128:5
130:7,12,21
130:23
131:2,13,15
**school** 28:2
28:19 29:11
**Schwartz**
118:22
**Scott** 2:5 5:6
**search** 21:14
21:18,22
30:18,25
31:4,9,17
32:3,6
51:10 52:3
52:4,19
54:11,15,19
54:24 55:3
55:4,8,14
55:18,19,24
55:25 56:5
56:13,18,19
56:25 57:5
57:12,13,19
57:24,25
58:6
**SEC** 7:6 9:3
16:12 19:1
20:9 22:8
30:3,17
50:5 51:11
53:10 59:17
63:15 66:24

71:16 74:13
111:9,20
123:1 125:8
126:23
**second** 52:10
56:23 61:19
61:24 62:8
64:8
**section** 51:15
54:1,3
**secure** 76:11
82:15 93:4
100:9
**secured**
112:10
**securities** 1:1
1:10 2:3,9
5:9,18
23:21 24:1
24:14 26:16
27:5 28:10
83:22 84:16
84:21 85:1
85:23 86:14
86:21 87:1
88:18 92:2
97:7 132:12
**security**
25:19 26:8
45:18 46:23
79:12
**see** 61:3,5
62:5,19
64:23 68:20
100:2
105:20
106:5,17,24
109:6
111:20
113:6 124:8
129:20
130:8
**seek** 72:18
**seeking** 108:2
**self-incrimi...**
7:18 8:6
**sell** 49:5
61:11 84:25
86:14,25

92:2 97:7
101:17
**selling** 83:22
84:16,21
85:23 86:21
88:17
**send** 131:6
**sending**
49:10
**senior** 2:8
5:10
**sent** 20:20
21:4 47:15
**separate**
116:22
**series** 17:18
**service** 14:20
**services** 1:24
124:14
**set** 13:22
14:7
**sets** 73:16
**settlement**
41:23 61:3
114:24
**settlements**
60:1,3
61:14
114:14
**shaking**
17:22
**Shapiro's**
13:20
120:21
**share** 74:2
**sheets** 61:9
**Sherman**
37:3 39:4
99:17
**short** 13:6
83:15
121:23
**short-term**
62:3 64:10
**shorten** 10:4
68:4
**shortened**
10:11 12:25
**shortening**

12:20
**shorthand**
11:3
**show** 8:4
17:16
**showing**
63:21 104:3
**sides** 106:25
109:16
110:2
**sign** 58:19
**signatory**
116:6
**signature**
31:13
105:20,23
106:5,20
109:7,9
111:16,21
**signatures**
109:6
111:24
**signed** 68:23
106:9
**signer** 105:22
**similar** 52:20
95:12
**skip** 66:15
112:19
**social** 25:19
26:3,8,9
**software**
57:14
**sold** 82:19
**solicit** 84:2
**solicits** 65:14
**soon** 18:22
131:7
**sorry** 47:6
50:25 54:2
67:18 69:11
97:1 103:10
108:21,24
123:4
126:15
127:10
**sort** 57:8
111:8
**source** 44:14

46:11 91:10
**sources** 79:6
91:15
**South** 1:11
2:18 16:25
**speak** 74:22
**specific** 13:25
**spell** 7:9
**spouse**
128:16
**spreadsheets**
113:11
**staff** 5:7,14
17:18 23:21
38:21,24
39:3,8
115:3
**start** 67:4
**starting** 19:8
63:23 127:8
**starts** 59:25
60:3 123:16
**state** 5:20 7:8
7:24 9:13
11:9 13:21
13:22,23
16:20 24:1
24:10,18,19
31:1 84:7
84:11,16,22
86:7 88:17
91:25 97:6
101:22
114:13
117:4,12
**state's** 86:13
**stated** 12:17
54:25 98:8
**statement** 4:6
11:23 12:17
13:17
125:18
**statements**
32:1 79:11
130:17,19
**states** 1:1 5:9
61:2 83:21
83:23 84:2
85:1,7,12

85:18,24
86:1,15,21
87:1 92:1
97:7
**status** 25:25
**statute** 11:11
**stay** 78:4
80:25
**stayed** 90:22
**stays** 81:3
**Stephanop...**
118:8
**stop** 84:16
85:23
**straight**
113:16
**Street** 1:11
110:18
111:14,22
128:9
**string** 3:22
123:9
**structure**
42:16
**structured**
34:9 41:22
60:1,3,9
61:2,14
114:14,24
124:2
129:24
**Sturmer**
35:20
**subject** 14:22
86:6 123:18
**subpoena**
3:10,12
19:9,18
20:15,17,17
20:24 21:4
21:15,23
22:7 30:7
30:16,23
31:25 32:17
32:24 51:11
51:22 52:10
52:22 54:3
54:12 56:24
57:11

**subpoenaed**
58:8
**subpoenas**
53:24
**subscription**
54:16
**subsidiaries**
50:15
**successors**
50:16
**sufficient**
93:24 97:22
98:2 102:9
**suggestion**
10:23
**Suite** 1:11
2:12,19
17:1 99:17
**Summit**
105:13,14
106:9,18
107:2
**supplemen...**
5:23 6:18
6:23 7:6
17:14
127:17,23
**supposed**
74:6
**sure** 10:18
11:4 13:7
13:19 17:21
18:23 21:7
50:11,11,21
63:19 69:10
112:23
**swear** 132:11
**sworn** 6:12

---
**T**

**T** 3:1,1 4:1,1
122:21
**take** 9:1 13:6
18:6,13
19:13 30:11
50:22 51:15
53:18 59:24
68:14 70:1
83:15 104:9

127:3 128:1
130:8
**taken** 13:12
15:4 83:17
130:11
**talk** 78:9
**talks** 64:9
**tax** 4:9 31:1,6
127:14,14
127:19
128:8
129:17,23
**TD** 118:14
**Team** 71:18
**tell** 48:9
76:19 86:6
86:20,24
97:5 100:7
100:8
**ten** 80:24
90:21
**Tennessee**
37:15
**term** 67:6
90:14
**termed** 44:8
**terms** 73:16
80:18
**testified** 6:12
23:20,25
24:5,9,13
24:18
**testify** 16:1
**testifying**
16:5 17:15
**testimony**
5:13 7:17
7:21 13:5
17:21 19:11
19:18 53:24
130:15
**Texas** 84:16
**text** 14:13
15:6,10
**Thank** 7:1
19:4 21:9
50:8 53:13
59:20,22,23
63:18 66:20

67:3,23
70:20 73:13
77:6,18
80:9 89:21
94:25 104:2
105:3
108:24
110:15
112:25
114:7
122:25
123:24
127:2
**thing** 129:13
**things** 6:21
**think** 10:16
11:23 12:19
13:2,8
15:15,18
20:19 21:4
74:12 93:8
126:17
**third** 19:9
61:1 64:19
68:23
**three** 40:12
53:25 119:5
**three-page**
20:16
108:19
**Thursday**
30:10
**time** 5:3 12:8
12:20 13:4
14:21 18:6
21:3,4,23
30:24 54:6
124:19
125:25
128:12
130:13,14
131:16
**timely** 121:16
**Times** 119:5
**title** 33:16
36:3
**today** 5:13
14:10 16:1
16:6 17:15

17:17 19:11
19:17 72:3
130:18
131:10
**today's** 60:14
**told** 78:17
98:12
101:21
102:15,20
**top** 64:9
114:12
123:9
**Topchord**
109:1,7,8
**trade** 50:18
**traffic** 23:6
**training** 29:2
29:18,18
**transaction**
105:10
106:25
109:17,17
110:2
**transactions**
107:13,22
109:23
111:3 112:4
112:9
**transcribes**
17:19
**transcript**
17:20
132:15
**transfer**
121:3
**transferred**
116:21
117:3,10,18
117:24
118:6,13,20
119:3,11,18
120:1,8,15
121:2 122:7
**transfers**
118:14,21
119:4,12,19
120:9,16
**treatment**
131:6

**Trousdale**
105:11
**true** 47:4,10
47:24 67:5
83:20
115:15,24
116:6,14,21
117:2,9,17
117:23
118:5,12,19
119:2,10,17
119:25
120:7,14
121:1,8,15
121:22
122:5,13
124:18
132:14
**trust** 31:17
31:22
106:10
108:20,22
**truthful** 8:4
127:18
**truthfully**
16:5
**try** 18:3
**Tuesday**
124:4
**turn** 54:1
61:19 63:13
71:11,12
105:18
106:2 109:5
111:6,19
**turning** 33:3
**twice** 14:23
**two** 53:25
60:7 109:6
111:19
**two-minute**
130:8
**two-page**
59:25 113:2
114:9
**type** 39:13
56:19 57:2
58:1 60:6
60:21 61:22

69:18 86:6
92:17
**types** 39:17
39:17 61:8
64:15
113:11
125:25
**typical** 111:2

**U**

**U** 72:8 87:14
125:6
**ultimate**
47:25 92:22
**ultimately**
36:12 96:24
**umbrella**
34:4
**undersigned**
132:11
**understand**
8:9 9:7,9,10
15:9,22
17:24 18:2
18:8,12
21:1 32:15
32:22
**understan...**
7:23 8:17
14:5 21:5
**undertake**
51:21 54:10
**undertakes**
111:3
**undertook**
58:7
**Union** 62:17
**United** 1:1
5:8
**units** 70:25
74:7 75:12
77:10 80:15
89:25 95:5
99:10
**upper** 64:21
**use** 15:5
54:25 91:21
103:5
**uses** 16:12

57:14 79:6
97:12 102:2
102:2

**V**

**V** 54:9
**value** 62:18
**Ventura**
99:17
**verbiage** 74:9
**version** 12:25
15:16,19
**versus** 63:1
**view** 8:13,17
8:18 9:11
9:12
**viewed** 10:19
**violation**
23:6
**violations**
5:17,19
**voluntarily**
8:8

**W**

**waiver** 10:19
131:10
**want** 8:15
10:18 11:15
11:22 13:19
20:22 77:15
128:6
**wanted** 8:21
10:20 21:7
21:8 71:13
**war** 14:21
**wasting**
12:19
**way** 11:20
88:23 96:19
**we'll** 6:21
8:12 11:12
12:19 13:5
18:3,15,21
59:16 68:4
83:15
126:17,20
130:9 131:6
**we're** 5:2
12:20 13:2

13:10,13
17:13 18:15
50:12,20
51:15,16,18
51:20 63:21
66:14 71:15
83:16,18
93:16 99:4
100:25
104:3 130:8
130:10
131:15
**we've** 7:5
10:24 19:7
51:22 57:12
63:22 70:21
70:22 73:9
76:25 77:8
80:2 89:15
98:24
103:23
104:3
108:14
113:1 123:6
**Wealth** 33:24
43:8
**Wednesday**
51:7
**went** 17:13
68:11 74:10
**West** 128:20
**wholesale**
61:3
**wish** 7:23 8:5
130:16,24
131:3,5,8
**withdraw**
77:25
**withheld**
22:19
**witness** 1:8
2:16 3:3
6:11 9:16
12:10 15:1
19:3 30:13
74:17,20
75:1 89:14
114:3 127:1
130:25

132:5
**WMF** 34:22
96:2,6
**Woodbrid...**
33:4 36:21
38:24 39:8
44:14 46:2
52:6,14
54:8 56:24
57:1 85:12
85:18 87:24
92:12
**word** 11:21
61:22
**wording**
131:9
**words** 8:2
**work** 39:13
44:1 49:1
60:22 64:4
**works** 62:11
72:11,15
**worry** 64:2
**write** 74:10
**writing** 72:19
**written** 89:9
124:19
**wrote** 123:20
123:23
124:6
**WSF** 123:21
123:22

**X**

**Y**

**Yeah** 12:1
18:14
**year** 59:9
62:16 64:14
78:6 90:15
95:18,21
127:14
**years** 70:1,2
74:1,3
75:20 78:1
78:5 80:17
80:22,25
81:4,9
90:16,19,22

90:25 91:2
95:18
**yield** 60:8
62:23
**yields** 64:1
**York** 72:7

**Z**

**Z** 126:21
**zero** 123:21

**0**

**0** 127:11
**000243** 71:17
**001825** 127:8
**001825-** 4:9
**001837**
128:25
**001943** 127:8
**001945** 4:10
127:11
**002105**
125:16
**002105-2108**
4:8
**005365** 123:8

**1**

**1** 1:9 4:5
34:13 35:13
54:8 67:7
67:16,18,20
70:24 71:2
71:6,22
73:21 74:2
74:7 75:4
75:11 82:2
86:5 87:5
88:5,11,18
93:19
100:21
101:10,17
101:22
102:8,21
103:4,17
111:23
112:3,8
116:11,13
116:17
121:4,11,18

122:1,8
123:22
125:17
126:1
**1,000** 89:25
95:4 99:9
**1/31/17** 3:17
**1:00** 131:17
**1:07** 1:16 5:3
**1:15** 13:11
**1:31** 13:14
**10** 45:11
64:13 70:6
70:25 75:5
77:21 80:16
80:23 90:10
90:20 95:12
105:1,2,19
105:19
106:3,17,24
108:8
**10:07** 1:16
**100** 70:25
74:6 89:24
95:4 99:9
99:17
**11** 108:14,15
108:18
109:2,5,18
**11/17/15** 3:23
**11/17/2015**
123:10
**12** 110:11,14
110:22
111:1,9
112:14
**12/20/16** 3:13
**123** 3:22
128:9
**125** 4:4
**126** 4:9
**12th** 110:18
111:13,22
**133** 1:9
**13th** 128:9
**14225** 99:16
**15** 53:21
71:12 99:10
**150** 38:6

**1662** 6:23 7:7
16:11
**17** 20:16
**177627** 111:9
**177630**
111:20
**17th** 105:8
123:18
124:5
**1800** 2:12
**18th** 19:9
**19** 3:7
**1st** 30:24
52:2 54:7
81:13
——— **2** ———
**2** 7:6 16:11
34:18 35:17
60:11 62:24
67:16,18,20
77:9,21
78:10 79:1
79:20 80:16
81:22 86:11
87:10 88:5
88:11,18
90:14 93:19
95:17 99:8
99:16 100:2
100:14
101:6,17,22
102:8,16
103:1,5,11
105:18,19
109:1,5,11
110:1,20
116:12,13
116:17
121:4,11,18
122:1,9
126:1
**2.2** 62:17
**2:10** 51:16
**2:15** 51:19
**2:50** 83:16
**2:55** 83:19
**20** 3:9 38:2
**200** 2:18

16:25
**2010** 58:14
**2011** 30:24
**2012** 21:24
52:2 54:7
115:19
116:2,18,24
117:5 118:1
118:8,16,23
119:6,13,20
120:3,10,22
121:5,12,19
122:2,9,15
**2014** 81:13
110:21
**2015** 75:13
90:9 117:13
123:18
124:5
127:14
128:8 130:3
**2016** 4:8 51:6
51:8 95:6
99:11 105:8
125:19
**2017** 1:13 5:4
19:9 20:13
30:7 53:16
53:21 132:7
**202** 1:25
**20th** 51:6
**21** 77:1,8,11
77:16,20
78:16 79:5
79:11,20
**2108** 125:16
**215** 110:18
111:13,21
**21st** 95:6
**22** 80:2,3,7
80:10,13
82:11,25
83:11
**23** 89:15,19
89:21,23
90:1 92:22
93:2,16
94:10
**23rd** 30:7

**24** 94:21 95:2
95:8 97:1
97:16 98:9
98:18
**25** 77:10
98:24 99:2
99:5,12
100:1,25
**250** 77:10
**2500** 2:19
17:1
**26th** 75:13
**28th** 51:8
**29** 112:20
113:2,22
**2nd** 20:13
——— **3** ———
**3** 5:15 31:10
35:1 67:16
67:18,20
68:19 69:20
80:14 81:8
81:13,14,18
82:25 83:5
83:11 86:19
86:25 87:17
88:5,11,18
92:5 93:19
116:12,13
116:17
121:4,11,18
122:1,9
126:1
**3.3** 123:20
**3/2/17** 3:9
**3/23/17** 3:11
**3:55** 130:10
**30** 3:11 38:2
114:3,6,8
114:16
**305** 2:14,21
**305-423-85...**
17:2
**30th** 4:8 90:9
125:19
**31st** 53:16
**33** 89:19
**33131** 2:20

17:1
**33141** 2:13
**34** 3:7 18:21
19:1,7,13
19:18,23
**35** 3:9 20:8,9
20:12 21:11
21:15,19
32:21,23
**36** 3:11 30:3
30:6 31:16
32:1,11,17
**37** 3:13 50:5
50:7,10,23
51:4,9,20
51:23 52:11
53:1
**38** 3:16 53:6
53:10,12,13
53:20 54:12
55:15 57:12
58:8,9
**385** 105:10
**39** 3:18 59:16
59:17,19
60:17,20
61:21 62:8
63:6
**3a** 35:5 67:16
67:20 89:24
90:4,14,20
91:6,16,21
92:12,17,22
93:2,5,10
93:16,17
94:15 105:7
105:13,21
107:3,7
116:12,13
116:17
121:4,11,18
122:1,9
126:1
**3rd** 110:21
——— **4** ———
**4** 35:9 67:7
67:16,22
70:17,23

71:6,12,16
72:24 73:3
73:15,21
75:4 95:3
95:11 96:2
96:11,16
97:2,23
116:12,13
116:17
121:5,11,18
122:1,9
126:1
**4/18/17** 3:7
**4:00** 130:13
131:16,17
**40** 3:20 63:14
63:15,22
64:9,20
65:2
**41** 3:21 66:22
66:24 67:4
68:15 69:18
70:11
**42** 3:22
122:24
123:1,8,16
124:11,25
**423-8500**
2:21
**43** 4:4 125:6
125:8
**44** 4:9 126:23
126:25
127:2 128:7
**444** 1:11
**467** 1:25
——— **5** ———
**5** 1:13 26:15
59:5 61:4
73:9 75:9
75:15,18,23
76:7,15
132:7
**50** 3:13 74:2
75:11 78:5
80:15 81:4
91:1 95:22
**50,000** 68:18

**500** 75:12
   80:15
**515,000**
   129:8
**53** 3:16
**59** 3:18
**5th** 5:3

---

### 6

**6** 3:4 45:11
   59:5 61:3
   64:1,12
   100:4
**63** 3:20
**66** 3:21
**666** 106:3
**6th** 30:10

---

### 7

**7** 62:23
   105:20

---

### 8

**8** 64:1 73:21
**801** 2:11

---

### 9

**9** 103:23
   104:1,4,15
   107:11
**900** 1:11
**90071** 1:12
   132:8
**9200** 1:25
**982-6300**
   2:14

```
 1                    *  *  *  *  *

 2

 3

 4        I, the undersigned, a Certified Shorthand Reporter

 5    of the State of California, do hereby certify:

 6            That the foregoing proceedings were taken

 7    before me at the time and place herein set forth; that

 8    any witnesses in the foregoing proceedings, prior to

 9    testifying, were placed under oath; that a record of

10    the proceedings was made by me using machine shorthand

11    which was thereafter transcribed under my direction;

12    further, that the foregoing is an accurate

13    transcription thereof.

14            I further certify that I am neither financially

15    interested in the action nor a relative or employee of

16    any attorney of any of the parties.

17            IN WITNESS WHEREOF, I have this date subscribed

18    my name.

19

20    Dated: 05/10/2017

21

22

23

              NADIA NEWHART

24            CSR NO.  8714

25
```