Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                     )

                                      )  File No. FL-04024-A

WOODBRIDGE MORTGAGE INVESTMENT   )


SUBJECT:   TELEPHONE CONVERSATION

           FILE NAME: WOODBRIDGE SEC_03031400.wav

PAGES:     1 through 19


Diversified Reporting Services, Inc.

(202) 467-9200

EXHIBIT

18

```
 1                P R O C E E D I N G S
 2  File Name: WOODBRIDGE SEC_03031400.wav
 3           GEORGE:  Hello, can I help you?
 4           RON:  Hello, George?
 5           GEORGE:  Yes.
 6           RON:  Hi George, this is Ron from
 7  Woodbridge.  I got your contact through Jerry O'Neil; he
 8  told me to give you a call, said you might be interested
 9  in some of the opportunities that we have to offer for
10  you to offer to your clients.
11           GEORGE:  Absolutely.  How are you doing?
12           RON:  I'm doing well, did I catch you at a good
13  time?
14           GEORGE:  Sure, absolutely.
15           RON:  Okay, well, have you ever done research on
16  us, or how much has Jerry told you about Woodbridge so far?
17           GEORGE:  No I haven't.  Just with the little
18  bit of information they gave me -- that's all I really
19  have done so far with it.  Um -- what I was intrigued
20  about was the opportunities for qualified monies --
21           RON:  Okay.
22           GEORGE:   -- to go here -- and for the
23  opportunities for my customers to benefit from it.
24           RON:  Okay.  Well, I'll start from scratch, then.  A
25  little bit about Woodbridge -- we've been around for over
```

```
                                                            Page 3
 1    20 years.  We hold a zero-default rate in any opportunity
 2    that we've had to offer.  Originally, we were in the
 3    structured settlement business.  We were the first to
 4    transfer the rights of individuals' lottery winnings into
 5    an investor's name.  We then created something which is a
 6    unique opportunity, but something that we just didn't
 7    make up out of nowhere.  You know, private lending has
 8    been around forever, and that's pretty much what we're
 9    doing.
10            My company, Woodbridge, we lend to commercial
11    property owners in very affluent areas.  We'll lend up to
12    65%, at times, usually 60, but in certain areas, we'll
13    lend up to 65% of what the properties offer as that.
14    Your clients get to participate in a private loan to
15    Woodbridge.  Woodbridge will secure it with a promissory
16    note, and a loan agreement, and also record clients on
17    title, for a sense of security as well.  Are you familiar
18    with bridge loans?
19            GEORGE:  I somewhat am.  Are you kind of like an -- MG -
20    - or WG Wentworth?
21            RON:  Um, well, we were kind of like JG Wentworth
22    when we were doing structured settlements.
23            GEORGE:  Right, that's what I was --
24            RON:  Correct.  In the past --
25            GEORGE:  You're doing real estate property year loans,
```

1  right?

2         RON:  Correct, all real estate property.

3         GEORGE:  Okay.

4         RON:  We'll lend on commercial property, and it's a

5  bridge loan, you know -- no rocket science to it, you

6  know, you get a loan from a bank while they have a lien

7  on your property.  A developer comes to us, they have a

8  certain project, we'll do our due diligence on the

9  project.  If it's in an affluent area, if we like the

10  project, we'll lend up to 60% of what it's appraised at.

11  We'll also lend to our affiliates if there is development

12  opportunity that they find a liking towards.  There's a

13  lot of developments that we do out here in Beverly Hills,

14  Bel Air, Aspen, Colorado -- that's where most of our

15  affiliates do their projects, but we'll lend to them, and

16  we'll lend 60% of what the project's appraised at, and

17  then your client could lend to Woodbridge.

18         It's never something where your client is going

19  to be exposed to any type of default or foreclosure.

20  It's simply a one-year lending opportunity where we're

21  putting your client on title, so they feel secured.

22  However, if the bar defaults with Woodbridge, well we'll

23  always pay your client off early.  It's more advantageous

24  to give you guys, you know, your fixed rate, than for us

25  to foreclose.  So, it's more advantageous for us to pay

1    you guys off -- we look at foreclosure as an upside.

2    People tend to look at that as a downside.

3              GEORGE:  Right.

4              RON:  But we don't have many foreclosures.  We

5    probably have about 3-5 % default rate.  It's all savvy

6    investors that we're actually lending our money out to.

7    We're not lending people that can't pay their mortgage.

8    We're not --

9              GEORGE:  Right.

10             RON:   Lending to properties where people are living

11   in.  There are some single-family residence -- homes.

12   However, they're used for a development purpose, they're

13   non-occupant, and they're owned by some sort of

14   corporation.  So, the people that we do business with and

15   we lend to -- they're all savvy investors and they've

16   already incorporated our high interest rate in their 12

17   or 24-month project, and they know they'll be in the

18   green once they pay that interest rate off as well.  But,

19   in the event of -- they don't -- if they don't decide,

20   well, we'll foreclose on that property, your client will

21   get paid off early from us.  That's our contractual

22   obligation, and then we'll just proceed with the

23   foreclosure on our end.

24             GEORGE:  Are you -- are you under Woodbridge Wealth,

25   correct?

```
1            RON:  Woodbridge Wealth, correct.

2            GEORGE:  Okay.  All right, um -- I just pulled up your

3   website as we're talking.

4            RON:  Okay.

5            GEORGE:  Um -- so you have 15 million dollars of units

6   available for sale right now, the offering?  Your

7   commercial bridge loan fund?

8            RON:  Where did you get -- where did you get that 15-

9   million dollar number?

10           GEORGE:  Off of your website.

11           RON:  Woodbridge Wealth dot com?

12           GEORGE:  Mm-hmm.  Your minimum investment is ten

13  thousand dollars?

14           RON:  You must be on -- hold on one second.

15           GEORGE:  Woodbridge Wealth dot com, financial products -

16  - or backslash financial products, backslash commercial

17  bridge loan fund.

18           RON:  Okay, so you're on --

19           GEORGE:  (Inaudible) --

20           RON:  Yeah, you're on the commercial bridge fund one.

21  Very similar to the opportunity that I was offering to

22  you.

23           GEORGE:  Oh, okay, I was going to say --

24           RON:  Yeah, however, that's not a first position

25  commercial mortgage, that's our one-year fund.  That's
```

1  where credited investors, you know -- where people are

2  put in an entity --

3            GEORGE:  Got you.

4            RON:  That's then reported on -- I don't -- um --

5            GEORGE:  Oh, okay.

6            RON:  But if you go to financial products and you go

7  to opportunities available --

8            GEORGE:  Okay, there it is.  Start your journey -- okay.

9            RON:  Because I'm on the website and I don't even see

10  where it says, "15 -million" --

11            GEORGE:  (Laughter) I was like, "15-million, good lord!"

12            RON:  But I mean, no, listen, we've had about 5 funds

13  so far, and our funds are holding 10% of the loans that

14  we're generating.  We started with a 10-million dollar

15  fund, we then went to a 25-million dollar fund, 50-

16  million, and to 200-million dollar funds, and we've

17  filled them up -- and that's only 10% of the loans we're

18  actually generating.  We're bringing in probably about

19  50-million a month in new business, not counting any

20  renewals.  So --

21            GEORGE:  You said 50-million, new business, a month?

22            RON:  50-million new business a month.  We have --

23  probably about a couple thousand agents across the nation

24  offering this to their clients, so it's not something

25  new.  It's only been around for a while, and you know, a

1  lot of people are adding it to their client's portfolio

2  because they want to get a five -- ten-year annuity.

3  However, they still want immediate income.  So they --

4       GEORGE:  Right.

5       RON:  Lend their funds out for one year, get a very

6  generous rate, get the fixed income lend out of their

7  IRA, keep it tax-deferred, but still get a generous

8  interest rate -- and still be highly secured by a piece

9  of real estate and, you know, a contract from a company

10  that's never defaulted.

11       GEORGE:  Would you consider this a Ritz --

12       RON:  No -- um, it's used for once specific purpose.

13  It's not going into a pool or properties.  When your

14  client is lending us funds for one deal, they're on title

15  with one specific property.  They're not getting, you

16  know, a part of a pool of properties.

17       GEORGE:  A bunch of stuff -- perfect.  And the periods

18  are one year and two years?

19       RON:  They're all one-year opportunities.

20       GEORGE:  All one-year?

21       RON:  All one-year opportunities.  Obviously, they

22  can renew, you know, once you get a little more familiar

23  with us, we can open up the doors to some of the longer

24  opportunities, but for the most part, you know, we like

25  to start everyone off with our one-year, first position,

1 but we do have funds for credited investors that go up to

2 five years, but our flagship product is this first

3 position commercial mortgage, it's a one-year deal.

4          GEORGE:  Okay.

5          RON:  Which they always (inaudible) --

6          GEORGE:  And -- is always renews, so -- you give -- as a

7 customer, you're giving what, a -- Jerry was explaining

8 to me a little but -- I guess they're getting 7%, the

9 customer, and we're getting 3 or 4%?

10          RON:  Well, you're getting a 9% wholesale rate, for

11 you offering this -- we're giving you a wholesale rate of

12 9%.  What you want to give your clients is completely up

13 to you, um -- 5, 6 -- if they come in with a large chunk

14 of change, sometimes they're giving them 7%, but

15 generally, these advisors are giving anywhere from 5 to

16 6%, considering that's more than generous on a one-year

17 deal, anyway.

18          GEORGE:  Right.

19          RON:  Um, but you have 9% to work with -- if you want

20 to give the entire 9% to your brother, sister, mother,

21 father, that's fine.

22          GEORGE:  Tough question.

23          RON:  Yeah, exactly.

24          GEORGE:  If that's what you want to do -- um, now is

25 this -- can they deal with qualified funds or only non-

```
                                                        Page 10
 1   qualified funds for this?
 2            RON:  We can definitely used qualified funds.  Our
 3   demographic is mainly retirees, so probably 50% of the
 4   funds that we are getting are from qualified plans.
 5   However, they have to be in a self-directed custodian
 6   that's approved on our platform.  So, what they would
 7   really have to do is just transfer the funds into one of
 8   these custodians, and that would really be your only job
 9   once the funds are in the new custodian, you know, we'll
10   then provide the paperwork to get the funds out of there,
11   and then send them monthly checks directly back to that
12   custodian.
13            You might have even heard of some of the
14   custodians that have approved us: Provident, IRA
15   Services, Omega Trusts, MainStar -- I don't know if any
16   of those ring a bell.
17            GEORGE:  Omega -- okay.  Um, and do you know -- since
18   they're not part of your business, what kind of fees
19   they're charging the customer.
20            RON:  Yeah, I have a fee schedule for all of these
21   custodians.  Some of the cheaper ones are MainStar and
22   IRA Services.  They're very cheap rates, but I can
23   definitely send you what the fee schedules are for all of
24   the custodians.
25            GEORGE:  Okay.  And this -- maybe you don't know the
```

```
                                                          Page 11
 1   answer, maybe you do.  End of the year -- it's a
 2   qualified account -- they roll over two hundred thousand
 3   dollars.  They get their -- whatever percentage we decide
 4   to give them, 5 or 6% -- they get paid a monthly check --
 5   from the custodian, not from you.  The custodian is
 6   taking out the taxes for them, or they will not take out
 7   the taxes.
 8             RON:  No, we're sending, on a monthly basis if it's
 9   qualified money, we're sending that check to the
10   custodian.  Now --
11             GEORGE:  Right.
12             RON:  Unless they're -- unless your client is taking
13   out their minimum distributions, those funds will remain
14   in there and be tax-deferred until they decide to pull
15   out.
16             GEORGE:  Got you.  Okay, so they're not receiving --
17   okay, perfect.  Um, and after this year, I cannot rotate
18   -- can I pull my monies out from these custodians if I
19   choose to, without penalties?
20             RON:  Yeah -- that's, I mean -- that's completely up
21   to you.
22             GEORGE:  Okay.
23             RON:  Obviously --
24             GEORGE:  Okay.
25             RON:  Their funds are -- you know, tax-deferred,
```

Page 12

1   until they decide to pull out --

2          GEORGE:  Right.

3          RON:  But you'd have to talk to, you know --

4          GEORGE:  No, no, I'm making sure --

5          RON:  Like, if you wanted to change it back into the

6   old custodian?

7          GEORGE:  Yes.

8          RON:  Yeah, that's not an issue at all.

9          GEORGE:  Okay, and every year you renew, and you get re-

10  commissioned?

11         RON:  Correct.  We have probably about a 90 -- over a

12  90% renewal rate, unless your client has some sort of

13  ulterior motive in the future, but most likely, they will

14  renew, because they just get used to those checks, and

15  after the 12 months is done, they would jump back into

16  another 12-month deal, you would get the 9% wholesale

17  rate again, and you'll get a renewable commission as

18  well.  But they are only one-year deals where they -- you

19  know, we can part as friends after the first deal, no

20  issue.

21         GEORGE:  Okay.  Um, okay.  This sounds -- I mean I do a

22  lot of federal employees.

23         RON:  Okay.

24         GEORGE:  Um -- postal mostly, postal and military.  So,

25  I have -- I do -- I don't know, I deal with a lot of

Page 13

1   people with Alliance life insurance right now, and with

2   Alliance, you know, so far this year, I'm on pace for

3   about 12 million, with IRA business rolling over into

4   fixed indexed annuities.  Um, with this, I like to get

5   some more information to see how I can help my customers

6   better.  I don't know how many places you can find

7   guaranteed 6% every year.

8           RON:  Of course.

9           GEORGE:  On a one-year investment.

10          RON:  Of course.  Of course, nothing is -- you know,

11   we're contractually obligated -- yeah -- you know, we're

12   trained by our legal staff to stay away from that word.

13   However, we've never defaulted on anyone --

14          GEORGE:  Right.

15          RON:  In over 23 years -- we feel we've mitigated the

16   risk as much as we can given, you know, low loan to

17   values, um, securing you a loan agreement and a

18   promissory note.  Um -- but it is contractually

19   obligated, and obviously, nothing's guaranteed, but it

20   is, you know, a safer alternative.

21          GEORGE:  Right, absolutely.

22          RON:  But yeah, I'd love to get you some information,

23   you dissect it a little bit, and then for us to have

24   maybe a follow-up conversation.  What I do want to bring

25   to your attention, um, once you do some research on us.

Page 14

1  The only thing you'll really find is some issues that

2  happened in Massachusetts and Texas, um --

3           GEORGE:  Okay.

4           RON:  In Massachusetts, and this is why we've stayed

5  away from the G-word for as long as we have.  There's no

6  license required to offer our product.  However, most of

7  -- actually, the majority of people offering our product

8  are financial advisors, financial planners and insurance

9  agents.  However, you know, it's not a security.

10          GEORGE:  Right.

11          RON:  All you're really doing is facilitating a loan.

12          GEORGE:  Right.

13          RON:  In Massachusetts, there was a gentleman that

14 went on the radio, and said, "This is guaranteed, safer

15 than money in the bank, better than a CD."

16          GEORGE:  Oh Jesus.

17          RON:  Anybody with half a brain in finance knows --

18 you don't do that.

19          GEORGE:  Right.

20          RON:  SEC looked into us, we passed with flying

21 colors.  However, in Massachusetts, they wanted to say

22 that, you know, a promissory note is a security.  They

23 want to securitize our product.  We will do business in

24 Massachusetts; we have our one-year fund and our five-

25 year fund.  That is only for accredited investors that we

```
                                                    Page 15
 1   have to send -- that we have to sell directly to your
 2   clients.  Um -- to the letters -- opposed to, you know,
 3   advisors selling it, so -- we still do business in
 4   Massachusetts, however, our one-year opportunity is a
 5   security there.  So, if you have any clients in
 6   Massachusetts, that is --
 7              GEORGE:  No.
 8              RON:  Not something that, you know, you can't offer.
 9   A similar situation happened in Texas, um -- in
10   Massachusetts, we kind of just made the business decision
11   to comply.  It wasn't a very large producing state for
12   us, so we complied.  Texas was a very big producing state
13   for us, and we did put up the money to fight it.  At the
14   end of the litigation, again, they admitted we did
15   nothing wrong.  No one lost money in any of the states
16   where this happened, but we just agreed to disagree.
17              GEORGE:  Right.
18              RON:  So, Massachusetts, Texas and Arizona are three
19   states that we don't offer this -- Arkansas -- we do not
20   do business in; it's a very small state for us.  But
21   since, you know, these states have been popping up,
22   Woodbridge has stayed proactive in creating -- well,
23   we've created an opportunity that we feel every state
24   regulator is going to be -- offer behinds for, and we've
25   slowly rolled it out to current clients.  It's very
```

Page 16

1    similar to the one-year deal, however, some of these

2    states, we found out that they just had a problem with

3    some of the disclosures, some states -- anything that's

4    12 months is a security.

5           So, what we did is we made a 9-month

6    opportunity, with more disclosures, and a direct

7    participation with the loan itself, as opposed to a dual

8    loan, and we feel that's going to be the future of

9    Woodbridge, but you know, once we realized that

10   Massachusetts wasn't just an isolated state, you know, we

11   created something to roll out in the states where there

12   was a problem in.  State regulators -- they're nothing

13   new to us at all.  We have nothing to hide; there have

14   been states that have popped up, looked at us,

15   disappeared, but when you're doing 50-million in a month

16   brand new, not counting any renewals --

17           GEORGE:  Right.

18           RON:  And you have a lot of advisors advertising, of

19   course you're going to get looked at.  Um, but, in all

20   those states where we had the issues in, and they said --

21   gave us cease and desists for the first positions -- you

22   will not find one article -- find one client where anyone

23   even lost a day of interest.  It was simply just

24   registration issues and -- someone of your caliber could

25   definitely understand how some of these states work

Page 17

1   sometimes.

2           GEORGE:  Absolutely, absolutely.

3           RON:  And that's the only thing I want to bring to

4   your attention when doing your research, but let me get

5   you over all the information, you dissect this a bit, and

6   let's have a follow-up conversation, you know, toward the

7   end of the week and -- with more questions, and --

8           GEORGE:  Great.

9           RON:  See what we can do for you.

10          GEORGE:  I'll be working out of my office all day

11  Friday.

12          RON:  Wonderful.

13          GEORGE:  (inaudible) vacation, so it'll be perfect.

14          RON:  Perfect, so you want to touch base on Friday

15  around this time?

16          GEORGE:  Sure.  Um, can we do a little bit earlier?

17          RON:  Okay.

18          GEORGE:  I know you're in California, right?

19          RON:  Yeah, but that's fine, it's -- it's -- which

20  day do you want?

21          GEORGE:  If we could do it, uh, 12:00 my time or 1:00 my

22  time, that would be great.

23          RON:  Perfect, I'll put it on the calendar right now,

24  and -- hello?

25          GEORGE:  Yes.

1          RON:  Sorry.

2          GEORGE:  Hello?  Can you hear me?

3          RON:  Yeah, I can hear you.

4          GEORGE:  I'm sorry.  Okay, yeah.  Let's do it for --

5     Friday, 12:00, 1:00, in that range.

6          RON:  Okay, perfect, and what's your e-mail?

7          GEORGE:  It's G -- my last name, which is P as in Peter,

8     O-L-I -- T as in Thomas, A-R-H-O-S -- at, and that's

9     Certa Advisors, C-E-R-T-A -- A-D-V-I-S-O-R-S -- dot com -

10    - and there are two A's in the middle.

11         RON:  Perfect.  I'll shoot you all of this

12    information, and let's touch base on Friday around 12:00,

13    1:00 your time.

14         GEORGE:  Thank you so much, have a great day, it was a

15    pleasure.

16         RON:  Thank you, talk soon.

17         GEORGE:  Bye.

18    (End of audio.)

19                          * * * * *

20

21

22

23

24

25

Page 19

```
 1                  TRANSCRIBER'S CERTIFICATE

 2

 3   I, Lennon Wetovsky,  hereby certify that the foregoing

 4   transcript is a complete, true and accurate transcription

 5   of all matters contained on the recorded proceedings in

 6   the matter of:

 7   WOODBRIDGE MORTGAGE INVESTMENT, PROVIDED AUDIO, FILE

 8   03031400.

 9

10

11   _____

12   Transcriber

13

14

15

16

17

18

19

20

21

22

23

24

25
```