

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE SIXTH DAY OF DECEMBER, A.D. 2013, AT 1:44 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC".

Jeffrey W. Bullock, Secretary of State

5444429 8100H
SR# 20172507945

Authentication: 202419159
Date: 04-22-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

**EXHIBIT 24**

```
State of Delaware
Secretary of State
Division of Corporations
Delivered 02:31 PM 12/06/2013
FILED 01:44 PM 12/06/2013
SRV 131388563 - 5444429 FILE
```

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

### FIRST
### Name

The name of the limited liability company is:

Woodbridge Mortgage Investment Fund 2, LLC

### SECOND
### Registered Agent

The address of its registered office in the State of Delaware is 1521 Concord Pike, Suite 303 in the City of Wilmington. Zip code 19803.

The name of its registered agent at such address is
A Registered Agent, Inc.

### THIRD
### Duration

The duration of the limited liability company shall be perpetual.

### FOURTH
### Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which Limited Liability Companies can be organized pursuant to Delaware statute.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 5th day of December, 2013.

By: _____
Authorized Person

Name: Dan Keen