Revised On: July 28, 2017

# COLORADO CLOSED PROPERTIES

| # | ADDRESS | LEGAL DESCRIPTION | OWNER | CLOSING DATE | PURCHASE PRICE | SELLING PRICE | MORTGAGE AMOUNT | MATURITY DATE | 2015 TAXES PAID | 2015 TAXES AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|
|   | **ASPEN GLEN PROPERTIES** | | | | | | | | | |
| 1 | TBD Midland Loop | Lot L-16, Aspen Glen Filing 3 | Carbondale Glen Owners, LLC | 10/15/12 | $70,000.00 | 0 | | | 1st half | $387.12 |
| 2 | 115 Midland Loop | Lot L-17, Aspen Glen Filing 3 | Carbondale Glen Owners, LLC | 9/28/12 | $900,000.00 | | $900,000.00 | May 21, 2019 | 1st half | $2,840.76 |
| 3 | 39 Midland Loop | Lot L-2, Aspen Glen Filing 3 | Carbondale Glen Lot L-2, LLC | 5/30/14 | $120,000.00 | | | | 1st half | $1,410.66 |
| 4 | TBD Bald Eagle Way/Sundance Trial | Lot SD-2, SD-3, SD-4, SD-5, SD-6, SD-20, SD-21 and SD-22, Aspen Glen Filing 4 | Carbondale Glen Sundance Ponds, LLC | 5/9/14 | $820,000.00 | | $577,500.00 | May 14, 2018 | SD2 – 1st half<br>SD3 – 1st half<br>SD4 – 1st half<br>SD5 – 1st half<br>SD6 – 1st half<br>SD20 – 1st half<br>SD21 – 1st half<br>SD22 – 1st half | $637.22<br>$637.22<br>$637.22<br>$637.22<br>$637.22<br>$637.22<br>$637.22<br>$637.22 |
| 5 | ...ndance Trail | Lot SD-23, Aspen Glen Filing 4 | Carbondale Glen Lot SD-23, LLC | 4/24/14 | $115,000.00 | | | | 1st half | $637.22 |
| 6 | ...t Diamond A Ranch Road  SOLD | Lot E-38, Aspen Glen Filing 1 | Carbondale Glen Lot E-38, LLC | Purchased on 4/9/14 for $235,000.00 and sold on 10/8/15 for $325,000.00 | $235,000.00 | $325,000.00 | | | | |
| 7 | ...lden Stone Drive | Lot 19, Roaring Fork Mesa at Aspen Glen | Carbondale Glen Mesa Lot 19, LLC | 3/13/14 | $105,000.00 | | | | 1st half | $1,116.76 |
| 8 | ...understorm | Lot C-1, Aspen Glen Filing 1 | Carbondale Glen Sweetgrass Vista, LLC | 3/13/14 | $105,000.00 | | | | 1st half | $1,116.76 |
| 9 | ...s Bend  SOLD | Lot D-19A, Aspen Glen Filing 1 | Carbondale Glen Sweetgrass Vista, LLC | Purchased on 3/13/14 for $55,000.00 (Vacant Lot) and sold on 1/9/17 for $750,000.00 | $55,000.00 | $750,000.00 | *Reduced the below Construction Note and Deed of Trust by $604,882.19 | | | |
| 10 | 446 East Diamond A Ranch Road | Lot D19B, Amended Final Plat Aspen Glen Filing No. 1, Lot D19 | Carbondale Glen Sweetgrass Vista, LLC | 3/13/14 | $55,000.00 | | $1,200,000.00* (Construction) | October 13, 2017 | Paid | $0.00 |
| 11 | 26 Sweetgrass Drive, Unit A | Lot D-18A, Amended Final Plat Aspen Glen Filing 1, Lot D18 | Carbondale Glen Sweetgrass Vista, LLC | Purchased on 3/17/14 for $55,000.00 (Vacant Lot) and sold on 6/2/17 for $920,000.00 | $55,000.00 | $920,000.00 | Released | | | |
| 12 | 26 Sweetgrass Drive, Unit B  SOLD | Lot D-18B, Amended Final Plat Aspen Glen Filing 1, Lot D18 | Carbondale Glen Sweetgrass Vista, LLC | Purchased on 3/17/14 for $55,000.00 (Vacant Lot) and sold on 11/7/16 for $750,000.00 | $55,000.00 | $750,000.00 | Released | | | |
| 13 | 90 Primrose Road | Lot L-1, Aspen Glen Filing 3 | Carbondale Peaks Lot L-1, LLC | 3/11/14 | $550,000.00 | | $375,000.00 | March 17, 2018 | 1st half | $1,986.26 |
| 14 | TBD Mariposa | Lot GV-13, Aspen Glen Filing 2 | Carbondale Glen Lot GV-13, LLC | 2/24/14 | $95,000.00 | | $60,000.00 | March 3, 2018 | 1st half | $1,116.76 |
| 15 | 824 Brookie | Lot 7, Roaring Fork Mesa at Aspen Glen | Carbondale Glen River Mesa, LLC | 2/10/14 | $550,000.00 | | $525,000.00 | July 1, 2018 | 1st half | $6,171.60 |
| 16 | 918 Brookie | Lot 8, Roaring Fork Mesa at Aspen Glen | Carbondale Glen River Mesa, LLC | 2/10/14 | $800,000.00 | | $600,000.00<br>$3,520,000.00 (Construction) | June 15, 2018<br>June 15, 2018 | 1st half | $8,816.58 |

EXHIBIT 54

FOIA - CONFIDENTIAL TREATMENT REQUESTED

BGPC_SEC000352



EXHIBIT
FL-04024 #190
8-25-2017  TLH

Revised On: July 28, 2017

## COLORADO CLOSED PROPERTIES

| # | Address | Lot | Entity | Date | Price | Sale Price | Carryback/Other | Date 2 | Term | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 360 Rivers Bend | Lot A-5, Aspen Glen Filing 1 | Carbondale Glen Lot A-5, LLC | 1/21/14 | $650,000.00 | | $422,500.00 | February 1, 2018 | 1st half | $7,053.26 |
| 18 | TBD Sundance Trail | Lot SD-14, Aspen Glen Filing 4 | Carbondale Glen Lot SD-14, LLC | 1/8/14 | $105,000.00 | | | | 1st half | $637.22 |
| 19 | 225 Diamond A Ranch Road | Lot E-24, Aspen Glen Filing 1 | Carbondale Glen Lot E-24, LLC | 12/10/13 | $90,000.00 | | $65,000.00 | January 14, 2018 | 1st half | $1,116.76 |
| 20 | 18 Buffalo SOLD | Lot E-15, Aspen Glen Filing 1 | Carbondale Glen Lot E-15, LLC | Purchased on 11/25/14 for $97,500.00 (Vacant Lot) and sold on 8/30/16 (Spec. Home) for $981,000.00 | $97,500.00 | $981,000.00 | | | | |
| 21 | 13 Primrose SOLD | Lot GV-6, Aspen Glen Filing 2 | Carbondale Glen Lot GV-6, LLC | Purchased on 11/5/13 for $105,000.00 and sold on 1/29/16 for $200,000.00 (Exchanged Lot SD-12 plus $100,000.00) | $105,000.00 | $200,000.00 | Carryback of $80,000.00 | February 1, 2019 | | |
| 22 | 220 Columbine SOLD | Lot IS-11, Aspen Glen Filing 2 | Carbondale Glen Lot IS-11, LLC | Purchased on 10/21/13 for $65,000.00 (Vacant Lot) and sold on 9/12/16 for $995,000.00 | $65,000.00 | $995,000.00 | | | | |
| 23 | TBD Sundance Trail | Lot SD-15, Aspen Glen Filing 4 | Carbondale Sundance Lot 15, LLC | 8/5/14 | $105,000.00 | | | | 1st half | $637.22 |
| 24 | TBD Sundance Trail | Lot SD-16, Aspen Glen Filing 4 | Carbondale Sundance Lot 16, LLC | 8/5/13 | $105,000.00 | | | | 1st half | $637.22 |
| 25 | 63 Sopris Vista/Sweetgrass | Lot D-22, Aspen Glen Filing 1 | Carbondale Glen Lot D-22, LLC | 8/8/14 | $80,000.00 | | $735,000.00 | February 15, 2018 | 1st half | $2,559.04 |
| 26 | 60 Puma SOLD | Lot E-8, Aspen Glen Filing 1 | Carbondale Glen Lot E-8, LLC | Purchased on 8/8/14 for $55,000 plus $650,000 Const. Loan and sold on 8/19/15 FOR $1,100,000.00 | $55,000.00 | $1,100,000.00 | | | | |
| 27 | TBD Midland Loop | Lot L-18, Aspen Glen Filing 3 | Carbondale Glen Lot 18, LLC | 5/8/13 | $100,000.00 | | | | 1st half | $1,293.10 |
| 28 | TBD East Diamond A Ranch Road | Lot E-33, Aspen Glen Filing 1 | Brise Soleil Investments, LLC | 8/22/14 | $85,000.00 | | | | 1st half | $1,116.76 |
| 29 | TBD Midland Loop | Lot WP-4, Aspen Glen Filing 3 | Brise Soleil Investments, LLC | 7/30/14 | $110,000.00 | | $77,000.00 | September 4, 2017 | 1st half | $1,293.10 |
| 30 | TBD Sundance Trail | Lots SD-7, SD-13 and SD-24, Aspen Glen Filing 4 | Broadsands Investments, LLC | 7/30/14 | $345,000.00 | | $241,500.00 | September 4, 2017 | SD7 – 1st half / SD13 – 1st half / SD24 – 1st half | $637.22 / $637.22 / $637.22 |
| 31 | 505 East Diamond A Ranch Road | Lot E-3, Aspen Glen Filing 1 | Stepstone Investments, LLC | 8/28/14 | $110,000.00 | | | | 1st half | $1,116.76 |
| 32 | 125 River Park | Lot F-7, Aspen Glen Filing 1 | Arrowpoint Investments, LLC | 10/27/14 | $611,000.00 | | $425,000.00 | November 1, 2017 | 1st half | $6,465.50 |
| 33 | TBD Golden Stone | Lot 32, Roaring Fork Mesa at Aspen Glen Filing 2 | Vallecito Investments, LLC | 11/17/14 | $105,000.00 | | | | 1st half | $1,116.76 |
| 34 | TBD Vacant Land | Lot H-35, Aspen Glen Filing 6 | Wetterhorn Investments, LLC | 12/1/14 | $95,000.00 | | | | 1st half | $1,116.76 |
| 35 | 261 Golden Bear | Lot 6, Fairways at Aspen Glen | Owl Ridge Investments, LLC | 12/15/14 | $95,000.00 | | | | 1st half | $999.22 |
| 36 | 0032 Fenwick Court | Lot 49, Roaring Fork Mesa at Aspen Glen Filing 2 | White Dome Investments, LLC | 12/17/14 | $750,000.00 | | $560,000.00 | December 18, 2017 | 1st half | $8,816.58 |
| 37 | 0180 Seeburg Circle | Lot D-38, Aspen Glen Filing 1 | Wildernest Investments, LLC | 1/27/15 | $100,000.00 | | $1,815,000.00 (Construction) | October 23, 2017 | 1st half | $403.34 |
| 38 | 82 Fox Prowl | Lot E-26, Aspen Glen Filing 1 | Coffee Creek Investments, LLC | 2/9/15 | $90,000.00 | | | | 1st half | $1,116.76 |
| 39 | TBD Wader | Lot 53, Roaring Fork Mesa at Aspen Glen, Filing No. 2 | Lonetree Investments, LLC | 3/11/15 | $135,000.00 | | | | 1st half | $1,410.66 |
| 40 | 34 Mariposa | Lot GV-8, Aspen Glen Filing 2 | Castle Pines Investments, LLC | 5/7/15 | $100,000.00 | | | | 1st half | $1,116.76 |

FOIA - CONFIDENTIAL TREATMENT REQUESTED

Revised On: July 28, 2017

## COLORADO CLOSED PROPERTIES

| # | Address | Lot | Buyer | Date | Price | | | Half | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 41 | 0057 W Diamond A Ranch Road | Lot F-19, Aspen Glen Filing 1 | Ridgecrest Investments, LLC | 5/15/15 | $100,000.00 | | | 1st half | $1,116.76 |
| 42 | 167 Midland Loop | Lot L-19, Aspen Glen Filing 3 | Thunder Basin Investments, LLC | 5/18/15 | $200,000.00 | | | 1st half | $1,410.66 |
| 43 | TBD Golden Stone Drive | Lot 13, Roaring Fork Mesa at Aspen Glen | Chaplin Investments, LLC | 6/19/15 | $100,000.00 | | | 1st half | $881.66 |
| 44 | 72 Golden Bear Drive | Lot D1, Peaks at Aspen Glen Townhomes | Hackmatack Investments, LLC | 7/30/15 | $575,000.00 | $402,500.00 | July 31, 2017 | 1st half | $1,990.72 |
| 45 | TBD Wader Lane | Lot 54, Roaring Fork Mesa at Aspen Glen, Filing 2 | Franconia Notch Investments, LLC | 8/18/15 | $100,000.00 | | | 1st half | $1,116.76 |
| 46 | 67 Alpen Glo Lane | Lot D-9, Aspen Glen Filing No. 1 | Newville Investments, LLC | 8/28/15 | $137,500.00 | | | 1st half | $1,410.66 |
| 47 | 16 Puma | Lot E-6, Aspen Glen Filing No. 1 | Crystal Woods Investments, LLC | 8/28/15 | $125,000.00 | | | 1st half | $1,116.76 |
| 48 | 158A Seeburg Circle | Unit A, Lot D-40, Aspen Glen Filing No. 1 | Pepperwood Investments, LLC | 9/1/15 | $814,500.00 | $570,150.00 | September 2, 2017 | 1st half | $2,271.64 |
| 49 | TBD | Lot WP3, Aspen Glen Filing No. 3 | Dogwood Valley Investments, LLC | 9/23/15 | $110,000.00 | | | 1st half | $1,116.76 |
| 50 | 19 Sage Court | Lot H3, Aspen Glen Filing No. 6 | Melody Lane Investments, LLC | 10/2/15 | $100,000.00 | | | 1st half | $1,116.76 |
| 51 | 177 W. Diamond A Ranch Road | Lot F-15, Aspen Glen Filing 1 | Dixville Notch Investments, LLC | 10/15/15 | $150,000.00 | | | 1st half | $1,410.66 |
| 52 | 478 W. Diamond A Ranch Road | Lot E-54, Aspen Glen Filing 1 | Papirovka Investments, LLC | 10/16/15 | $185,000.00 | | | 1st half | $1,939.64 |
| 53 | 238 Sundance Trail | Lot SD-17, Aspen Glen Filing No. 4 | Massabesic Investments, LLC | 10/19/15 | $765,000.00 | | | 1st half | $2,208.80 |
| 54 | TBD Spire Ridge Way | Lot H-10, Aspen Glen Filing No. 6 | Bear Brook Investments, LLC | 10/21/15 | $90,000.00 | | | 1st half | $881.66 |
| 55 | 39 Buffalo Lane | Lot E-22, Aspen Glen Filing No. 1 | Daleville Investments, LLC | 10/21/15 | $90,500.00 | | | 1st half | $1,116.76 |
| 56 | 336 Golden Stone | Lot 26, Roaring Fork Mesa at Aspen Glen Filing 2 | Monadnock Investments, LLC | 10/23/15 | $160,000.00 | | | 1st half | $999.22 |
| 57 | 324 Golden Stone | Lot 27, Roaring Fork Mesa at Aspen Glen Filing 2 | Pemigewasset Investments, LLC | 10/23/15 | $150,000.00 | | | 1st half | $1,116.76 |
| 58 | TBD Sundance Trail | Lot SD-19, Aspen Glen Filing No. 4 | Strawberry Fields Investments, LLC | 11/2/15 | $122,500.00 | | | 1st half | $637.22 |
| 59 | 43 Indian Paintbrush | Lot IS-9, Aspen Glen Filing No. 2 | Arborvitae Investments, LLC | 11/5/15 | $96,000.00 | | | 1st half | $1,116.76 |
| 60 | TBD Golden Bear | Lot 5, The Fairways at Aspen Glen | Mutsu Investments, LLC | 11/10/15 | $140,000.00 | | | 1st half | $999.22 |
| 61 | 0241 Rivers Bend Road | Lot A12, Aspen Glen Filing No. 1 | Pinova Investments, LLC | 11/18/15 | $300,000.00 | | | 1st half | $2,703.76 |
| 62 | TBD Horseshoe | Lot H14, Aspen Glen Filing No. 7 | Stayman Investments, LLC | 11/20/15 | $90,000.00 | | | 1st half | $1,116.76 |
| 63 | TBD Brookie | Lot 12, Roaring Fork Mesa at Aspen Glen | Black Locust Investments, LLC | 12/21/15 | $125,000.00 | | | 1st half | $1,116.76 |
| 64 | TBD Sundance Trail | Lot SD-12, Aspen Glen Filing No. 4 | Grenadier Investments, LLC | 1/29/16 | $100,000.00 | | | 1st half | $637.22 |
| 65 | 245 Midland Loop | Lot L20, Aspen Glen Filing No. 3 | Haralson Investments, LLC | 4/19/16 | $160,000.00 | | | 1st half | $1,410.66 |
| 66 | 61 Wader | Lot 52, Roaring Fork Mesa at Aspen Glen, Filing No. 2 | Grumblethorpe Investments, LLC | 5/4/16 | $120,000.00 | | | 1st half | $1,116.76 |
| 67 | 302 Wildflower | Lot IS-16, Aspen Glen Filing 2 | Lenni Heights Investments, LLC | 5/17/16 | $165,000.00 | | | 1st half | $1,939.64 |
| 68 | 59 Rivers Bend | Lot C6, Aspen Glen Filing 1 | Beech Creek Investments, LLC | 6/30/16 | $1,472,500.00 | $1,030,750.00 | July 1, 2018 | 1st half | $3,468.26 |
| 69 | TBD Golden Bear | Lot 15, The Fairways at Aspen Glen | Bowman Investments, LLC | 7/14/16 | $90,000.00 | | | 1st half | $705.32 |
| 70 | 43 Puma | Lot E-13, Aspen Glen Filing No. 1 | Old Carbon Investments, LLC | 8/4/16 | $110,000.00 | | | 1st half | $1,116.76 |
| 71 | TBD Sweetgrass | Lot D-20, Aspen Glen Filing No. 1 | Black Bass Investments, LLC | 8/9/16 | $110,000.00 | | | 1st half | $1,116.76 |
| 72 | 67 Puma | Lot E-12, Aspen Glen Filing 1 | Mineola Investments, LLC | 8/22/16 | $120,000.00 | | | 1st half | $1,116.76 |
| 73 | 0108 W. Diamond A Ranch Road | Lot E-36, Aspen Glen Filing No. 1 | Baleroy Investments, LLC | 10/28/16 | $1,434,400.00 | | | 1st half | $4,031.72 |
| 74 | 36 Primrose | Lot GV-2, Aspen Glen Filing No. 2 | Moravian Investments, LLC | 1/9/17 | $1,342,500.00 | $939,750.00 | January 10, 2018 | Paid | $0.00 |
| 75 | 218 Midland Avenue | Lot WP12, Aspen Glen Filing No. 3 | Mount Washington Investments, LLC | 1/18/17 | $1,365,000.00 | $955,500.00 | January 19, 2018 | Paid | $0.00 |
| 76 | 26 Saddlehorn Court | Lot H27, Aspen Glen Filing No. 7 | Derbyshire Investments, LLC | 3/23/17 | $1,017,450.00 | $712,215.00 | March 24, 2018 | Paid | $0.00 |
| | *RIVER VALLEY RANCH - CARBONDALE* | | | | | | | | |
| 77 | TBD Bowles Drive and TBD Perry Ridge, Carbondale | Parcel A: Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and 15, The Enclave at Bowles Gulch; and Parcel B: Lots 1, 2, 4, 5, 6, 7 and 8, Block V, River Valley Ranch Phase 8 | Springvale Investments, LLC | 3/19/15 | $2,750,000.00 | $1,925,000.00 | March 27, 2018 | 1 Enclave – 1st half | $470.54 |
| | | | | | | | | 2 Enclave – 1st half | $523.10 |
| | | | | | | | | 3 Enclave – 1st half | $470.54 |
| | | | | | | | | 4 Enclave – 1st half | $300.56 |
| | | | | | | | | 5 Enclave – 1st half | $300.56 |

FOIA - CONFIDENTIAL TREATMENT REQUESTED

BGPC_SEC000354

Revised On: July 28, 2017

## COLORADO CLOSED PROPERTIES

| # | Address | Legal Description | Buyer | Date | Price | Sale Price | Due Date | Lot | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 6 Enclave – 1st half | $248.42 |
| | | | | | | | | 7 Enclave – 1st half | $248.42 |
| | | | | | | | | 8 Enclave – 1st half | $300.56 |
| | | | | | | | | 9 Enclave – 1st half | $300.56 |
| | | | | | | | | 10 Enclave – 1st half | $248.42 |
| | | | | | | | | 11 Enclave – 1st half | $300.56 |
| | | | | | | | | 12 Enclave – 1st half | $300.56 |
| | | | | | | | | 13 Enclave – 1st half | $431.54 |
| | | | | | | | | 14 Enclave – 1st half | $431.54 |
| | | | | | | | | 15 Enclave – 1st half | $431.54 |
| | | | | | | | | 1 Block V – 1st half | $378.98 |
| | | | | | | | | 2 Block V – 1st half | $431.54 |
| | | | | | | | | 4 Block V – 1st half | $431.54 |
| | | | | | | | | 5 Block V – 1st half | $378.98 |
| | | | | | | | | 6 Block V - 1st half | $378.98 |
| | | | | | | | | 7 Block V – 1st half | $378.98 |
| | | | | | | | | 8 Block V – 1st half | $378.98 |
| 78 | 153 Sopris Mesa Drive | Lot 1 Amended, River Valley Ranch, Phase 6, Block Y | Mt. Holly Investments, LLC | 7/17/15 | $125,000.00 | | | 1st half | $2,016.64 |
| 79 | 4123 Crystal Bridge Drive | Lot 19, Block S, River Valley Ranch Phase 6 | Glenn Rich Investments, LLC | 7/31/15 | $120,000.00 | | | 1st half | $1,288.42 |
| 80 | 171 Sopris Mesa Drive | Lot 3, Block Y, River Valley Ranch Phase 6 | Steele Hill Investments, LLC | 8/12/15 | $125,000.00 | | | 1st half | $2,016.64 |
| 81 | 1165 Heritage Drive | Lot 26, Block HH, River Valley Ranch, Phase 5A | Merrimack Valley Investments, LLC | 8/19/15 | $120,000.00 | | | 1st half | $1,344.42 |
| 82 | 665 North Bridge Drive | Lot 2, Block B, River Valley Ranch, Phase IV | Idared Investments, LLC | 4/18/16 | $118,500.00 | | | NOT PAID | $1,344.44 due on 5/1/17 |
| 83 | 719-761 Perry Ridge | Lots 9, 10, 11, 12 and 13, Block V, River Valley Ranch Phase 8 | Bramley Investments, LLC | 4/21/16 | $500,000.00 | | | Lot 9 – 1st half | $353.10 |
| | | | | | | | | Lot 10 – 1st half | $313.70 |
| | | | | | | | | Lot 11 – 1st half | $313.70 |
| | | | | | | | | Lot 12 – 1st half | $353.10 |
| | | | | | | | | Lot 13 – 1st half | $353.10 |
| 84 | See Legal Description | Lots 4, 5, 6, 7, 16, 17, 19 and 20, Block AA, River Valley Ranch Phase 7, Lots 1, 2, 3, 4, 5, 6 and 8, Block EE, River Valley Ranch Phase 8, and Lots 3, 4, 5, 6, 15, 20, 23, 24, 25 and 26, Block Z, River Valley Ranch Phase 7 | Sachs Bridge Investments, LLC | 7/13/16 | $3,000,000.00 | $2,100,000.00 | July 14, 2018 | Lot 4, Block AA – 1st half | $1,108.38 |
| | | | | | | | | Lot 5, Block AA – 1st half | $1,231.62 |
| | | | | | | | | Lot 6, Block AA – 1st half | $1,231.62 |

Revised On: July 28, 2017

## COLORADO CLOSED PROPERTIES

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Lot 7, Block AA – 1st half | $1,169.80 |
| | | | | | | | | | Lot 16, Block AA – 1st half | $985.14 |
| | | | | | | | | | Lot 17, Block AA – 1st half | $985.14 |
| | | | | | | | | | Lot 19, Block AA – 1st half | $1,108.38 |
| | | | | | | | | | Lot 20, Block AA – 1st half | $1,108.38 |
| | | | | | | | | | Lot 1, Block EE – 1st half | $313.70 |
| | | | | | | | | | Lot 2, Block EE – 1st half | $378.98 |
| | | | | | | | | | Lot 3, Block EE – 1st half | $378.98 |
| | | | | | | | | | Lot 4, Block EE – 1st half | $378.98 |
| | | | | | | | | | Lot 5, Block EE – 1st half | $378.98 |
| | | | | | | | | | Lot 6, Block EE – 1st half | $470.54 |
| | | | | | | | | | Lot 8, Block EE – 1st half | $888.94 |
| | | | | | | | | | Lot 3, Block Z – 1st half | $1,724.20 |
| | | | | | | | | | Lot 4, Block Z – 1st half | $1,724.20 |
| | | | | | | | | | Lot 5, Block Z – 1st half | $2,093.52 |
| | | | | | | | | | Lot 6, Block Z – 1st half | $2,093.52 |
| | | | | | | | | | Lot 15, Block Z – 1st half | $2,093.52 |
| | | | | | | | | | Lot 20, Block Z – 1st half | $2,093.52 |
| | | | | | | | | | Lot 23, Block Z – 1st half | $2,154.94 |
| | | | | | | | | | Lot 24, Block Z – 1st half | $2,001.18 |
| | | | | | | | | | Lot 25, Block Z – 1st half | $2,001.18 |
| | | | | | | | | | Lot 26, Block Z – 1st half | $2,032.10 |
| | *COMMERCIAL PROPERTIES – CARBONDALE* | | | | | | | | | |
| 85 | 215 North 12th Street, Carbondale | Lot 8, Twelfth Street Industry Place | 215 North 12th Street, LLC | 5/22/14 | $1,000,000.00 | | $700,000.00 | June 2, 2018 | 1st half | $10,555.70 |
| 86 | 695 Buggy Circle, Carbondale | Lots 45, 46, 47, 48, 49, 50 and 51, Village Business Center | 695 Buggy Circle, LLC | 5/8/14 | $1,375,000.00 | | $1,120,000.00 | May 7, 2018 | 1st half | $12,396.86 |
| 87 | 201 Main Street, Unit 101, Carbondale | Commercial Unit 101, Spruce Professional Building Condominiums | Carbondale Spruce 101, LLC | 5/1/14 | $750,000.00 | | $500,000.00 | May 14, 2018 | 1st half | $8,703.24 |
| 88 | 201 Main Street, Units 102, 202, 203, 204 | Units 102, 202, 203, 204 and 303, Spruce | Anchorpoint Investments, LLC | 6/6/14 | $753,000.00 | | $528,500.00 | October 14, 2017 | Unit 102 – 1st half | $303.26 |

FOIA - CONFIDENTIAL TREATMENT REQUESTED

BGPC_SEC000356

Revised On: July 28, 2017

## COLORADO CLOSED PROPERTIES

| # | Property | Legal Description | Buyer/Entity | Date | Price | Sold Price | Loan Amount | Maturity | Tax Period | Tax Amount |
|---|---|---|---|---|---|---|---|---|---|---|
|  | and 303, Carbondale | Professional Building Condominiums |  |  |  |  |  |  | Unit 202 – 1st half | $2,063.78 |
|  |  |  |  |  |  |  |  |  | Unit 203 – 1st half | $1,762.44 |
|  |  |  |  |  |  |  |  |  | Unit 204 – 1st half | $2,996.76 |
|  |  |  |  |  |  |  |  |  | Unit 303 – 1st half | $2,255.78 |
| 89 | 981 and 995 Cowen Drive, Carbondale | Parcel 1 and 2, Cowen Planned Unit Development | Gateshead Investments, LLC | 7/17/14 | $2,000,000.00 |  | $1,400,000.00 | July 25, 2018 | Lot 1 – 1st half | $8,295.34 |
|  |  |  |  |  |  |  |  |  | Lot 2 – 1st half | $14,086.98 |
| 90 | 38 East Diamond A Ranch Road Aspen Glen Sales Office | Lot D-45, Aspen Glen Filing 1 | Dollis Brook Investments, LLC | 9/16/14 | $1,000,000.00 |  | $525,000.00 | September 25, 2017 | 1st half | $8,232.06 |
|  | COMMERCIAL PROPERTIES – GLENWOOD SPRINGS |  |  |  |  |  |  |  |  |  |
| 91 | 809 Grand Avenue, Glenwood Springs | Lots 27 and 28, Block 38, Glenwood Springs | Fieldpoint Investments, LLC | 7/11/14 | $800,000.00 |  | $560,000.00 | July 25, 2018 | 1st half | $7,916.24 |
| 92 | 831 Grand Avenue, Glenwood Springs | Lots 17, 18 and 19, Block 38, City of Glenwood Springs | Topchord Investments, LLC | 8/28/14 | $1,200,000.00 |  | $840,000.00 | September 4, 2017 | 1st half | $12,384.00 |
| 93 | Parking Lots | Lots 15 and 16, Block 38, City of Glenwood Springs | Topchord Investments, LLC | 9/24/14 | $333,333.00 |  | $233,100.00 | September 25, 2017 | 1st half | $3,726.82 |
|  | HORSE RANCH PROPERTIES |  |  |  |  |  |  |  |  |  |
| 94 | 47 Mustang Circle, Snowmass Village **SOLD** | Lot 90, Horse Ranch | Archivolt Investments, LLC | Purchased on 10/20/14 and sold on 5/12/17 for $3,565,000.00 | $900,000.00 | $3,565,000.00 |  |  |  |  |
| 95 | 180 Saddleback Lane, Snowmass Village | Lot 59, Horse Ranch | Quarterpost Investments, LLC | 11/13/14 | $1,285,000.00 |  | $3,850,000.00 | January 1, 2018 | 1st half | $2,985.06 |
| 96 | TBD Spur Ridge, Snowmass Village | Lot 26, Horse Ranch | Springline Investments, LLC | 11/24/14 | $1,100,000.00 |  | $770,000.00 | December 10, 2017 | 1st half | $5,366.16 |
| 97 | 345 Branding Lane, Snowmass Village | Lot 8, Horse Ranch | Silverthorne Investments, LLC | 1/5/15 | $1,150,000.00 |  | $805,000.00 $2,200,000.00 (Construction) | January 16, 2018 January 20, 2018 | 1st half | $5,366.16 |
|  | WILLITS PROPERTIES |  |  |  |  |  |  |  |  |  |
| 98 | 780 E. Valley Road, Unit C-126, Basalt 300 Market Street, Unit 301, Basalt | Unit C-126, Triangle Park Lofts; and Unit 301, Condominium Map of Market Street Crossings | Donnington Investments, LLC | 12/1/14 | $5,750,000.00 |  | $4,025,000.00 (1st) Partially Released – see below* $330,000.00 (2nd) Partially Released – see below* | December 10, 2017 December 15, 2017 | C-126 – 1st half | $4,982.44 |
|  |  |  |  |  |  |  |  |  | Unit 301 – 1st half | $58,525.10 |
| 99 | 760 E. Valley Road, Unit C-122, Basalt **SOLD** | Unit C-122, Triangle Park Lofts | Donnington Investments, LLC | Purchased on 12/1/14 and sold on 7/21/15 FOR $595,000.00 |  | $595,000.00 | * Reduced the above Notes and Deeds of Trust by $458,020.02 |  |  |  |
| 100 | 261 Harris Street, Unit C-110A, Basalt **SOLD** | Unit C-110A, Triangle Park Lofts | Donnington Investments, LLC | Purchased on 12/1/14 and sold on 3/29/16 FOR $505,000.00 |  | $505,000.00 | * Reduced the above Notes and Deeds of Trust by $326,762.92 |  |  |  |
| 101 | 241 Robinson Street, Unit C-106, Basalt **SOLD** | Unit C-106, Triangle Park Lofts | Orchard Mesa Investments, LLC | Purchased on 12/8/14 for $600,000.00 sold on 6/25/15 FOR | $600,000.00 | $800,000.00 |  |  |  |  |

Revised On: July 28, 2017

## COLORADO CLOSED PROPERTIES

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $800,000.00 | | | | | | | |
| | *ASPEN/SNOWMASS PROPERTIES* | | | | | | | | | | |
| 102 | TBD Two Creeks Drive, Snowmass Village | Lot 41, Parcel B-Two Creeks East Village P.U.D. | Clover Basin Investments, LLC | 12/30/14 | $3,500,000.00 | | $2,450,000.00 $4,000,000.00 (Construction) | January 23, 2018 December 30, 2017 | 1st half | $28,619.52 |
| 103 | TBD Epply Drive, Aspen | Lot R-79, Starwood Eleven | Mountain Spring Investments, LLC | 6/24/15 | $3,600,000.00 | | $2,520,000.00 $11,000,000.00 (Construction) | June 26, 2018 December 30, 2017 | 1st half | $24,810.66 |
| 104 | 2 TDRs | Certificate Nos. IR-01-15-C-SW and IR-02-15-C-SW | Hazelpoint Investments, LLC | 7/7/15 | $440,000.00 | | | | | |
| 105 | 800 E. Hopkins Avenue, Unit A-1 SOLD | Unit A-1, Larkspur Townhome | Winnisquam Investments, LLC | Purchased on 8/19/15 for $1,650,000.00 and sold on 1/9/17 for $1,504,000.00 | $1,650,000.00 | $1,504,000.00 | | | | |
| 106 | 2 TDRs | Certificate Nos. IR-97-3-ES and IR-98-37-IS | Hazelpoint Investments, LLC | 8/26/15 | $420,000.00 | | | | | |
| 107 | 270 Spruce Ridge Lane, Snowmass Village | Lot 4, Parcel G-The Pines, East Village Planned Unit Development | Summerfree Investments, LLC | 3/22/16 | $3,300,000.00 | | $2,310,000.00 | March 23, 2018 | 1st half | $25,757.56 |
| 108 | 540 Pine Crest Drive, Snowmass Village | Lot 27, Parcel G-The Pines, East Village Planned Unit Development | Zestar Investments, LLC | 3/28/16 | $2,800,000.00 | | $1,960,000.00 | March 30, 2018 | 1st half | $25,757.56 |
| 109 | 150 White Horse Springs Lane, Aspen | Lot 5, Block 2, White Horse Springs | Old Maitland Investments, LLC | 11/15/16 | $7,500,000.00 | | $5,250,000.00 | November 16, 2017 | 1st half | $10,028.10 |
| | *MISCELLANEOUS PROPERTIES* | | | | | | | | | | |
| 110 | 57 Corral Drive, Carbondale SOLD | Lot C-14, Aspen Equestrian Estates | Silverbaron Investments, LLC | Purchased on 11/20/15 for $681,500.00 and sold on 5/2/16 FOR $742,000.00 | $681,500.00 | $742,000.00 | | | | |
| 111 | 368/342 River Bend Way, Glenwood Springs | Lots 92 and 93, Ironbridge Planned Unit Development, Phase I | Seven Stars Investments, LLC | 8/26/16 | $300,000.00 | | | | Lot 92 – 1st half Lot 93 – 1st half | $2,586.20 $2,586.20 |
| | | | **TOTALS:** | | $72,452,683.00 | $13,732,000.00 | | | | $465,356.86 |