| From: | Diana Balayan |
|---|---|
| To: | Comp Submissions; Dave Goldman; Lianna Iranossian; Accounts Payable |
| Subject: | COMP SUBMISSIONS - LYNDA K. LILLY - CHALON CONSTRUCTION - LOS ANGELES, CA |
| Date: | Thursday, December 24, 2015 4:24:22 AM |

| | |
|---:|:---|
| **Property** | CHALON CONSTRUCTION - LOS ANGELES, CA |
| **Type of Purchase** | Reinvestment from BEVERLY DRIVE CONSTRUCTION - SHERMAN OAKS, CA |
| **Lender** | Lynda K. Lilly |
| **Date Docs Sent** | 12/8/15 |
| **Date Docs Received** | 12/15/15 |
| **Date Funded** | 11/20/14 |
| **Amount Funded** | 50,000.00 |
| **Fund Number** | 3 |
| | |
| **Wholesale Rate** | 11.00% |
| **Investor Rate** | 8.00% |
| | |
| **Financial Planner** | Balanced Financial, Inc. |
| **Gross Amount Due** | 1,500.00 |
| **Comp Paid on Old Property** | 0.00 |
| **Chargeback (Months)** | 0 |
| **Chargeback (Properties)** | NA |
| **Chargeback Amount** | 0.00 |
| **Paid on Other Properties** | 0.00 |
| **FP Comp Due** | 1,500.00 |
| | |
| **WSF Agent** | David Goldman |
| **Gross Amount Due** | 500.00 |
| **WSF Agent Paid on Old Property** | 0.00 |
| **Chargeback (Months)** | 0 |
| **Chargeback (Properties)** | NA |
| **Chargeback Amount** | 0.00 |
| **Paid on Other Properties** | 0.00 |
| **WSF Agent Comp Due** | 500.00 |
| | |
| **Precise Gross Amount Due** | 250.00 |
| **Precise Investment Paid on Old Property** | 0.00 |
| **Chargeback (Months)** | 0 |
| **Chargeback (Properties)** | NA |
| **Chargeback Amount** | 0.00 |
| **Paid on Other Properties** | 0.00 |
| **Precise Investment Group Comp Due** | 250.00 |

Lender Information:

| | |
|---:|:---|
| **Check Payable to:** | Lynda K. Lilly |
| **Lender Address:** | 1923 21st Avenue Court, Greeley, CO 80631 |

Financial Planner Information:

| | |
|---:|:---|
| **Check Payable to:** | Balanced Financial, Inc. |
| **Mailing Address:** | 3711 John F. Kennedy Parkway, Suite 230, Fort Collins, CO 80525 |

**Diana Balayan**
*Processing Manager*

**Woodbridge Structured Funding, LLC**
14225 Ventura Blvd., Suite 100
Sherman Oaks, CA 91423

**EXHIBIT 64**

Main: (818) 386-6300 Ext. 2246
Fax: (818) 386-6314
www.woodbridgeinvestments.com