| | |
|---|---|
| **To:** | Robert Shapiro[Bobshap1@aol.com] |
| **From:** | Dayne Roseman |
| **Sent:** | Thur 12/1/2016 6:13:43 PM |
| **Importance:** | Normal |
| **Subject:** | RE: RE: |
| **Received:** | Thur 12/1/2016 6:13:43 PM |

I agree.. we cannot continue like this.. people are getting more afraid that their state will be next, they think a domino effect is happening.. I think regardless of any flaws, if this passes at the states we will have to replace seniors with it

-------- Original message --------
From: Bobshap <bobshap1@aol.com>
Date: 12/1/16 10:01 AM (GMT-08:00)
To: Dayne Roseman <dayner@woodbridgewealth.com>
Subject: Re: RE:

I am looking if possible to replace fpcm with this going forward once you tell me its salable and no flaws

Bob Shapiro

On Dec 1, 2016, at 9:54 AM, Dayne Roseman <dayner@woodbridgewealth.com> wrote:


   Nothing at first read through

-------- Original message --------
From: Bobshap <bobshap1@aol.com>
Date: 12/1/16 9:52 AM (GMT-08:00)
To: Dayne Roseman <dayner@woodbridgewealth.com>
Subject:

What about new product is it salable

Any flaws or deal killers

Bob Shapiro

FOIA CONFIDENTIAL TREATMENT REQUESTED

EXHIBIT 115

WOODBRIDGE SEC_01580206