**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 17-24624-CIV-COOKE**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **ROBERT H. SHAPIRO,** | ) |
| **WOODBRIDGE GROUP OF COMPANIES, LLC,** | ) |
| **d/b/a WOODBRIDGE WEALTH,** | ) |
| **RS PROTECTION TRUST,** | ) |
| **WMF MANAGEMENT, LLC,** | ) |
| **WOODBRIDGE STRUCTURED FUNDING, LLC,** | ) |
| **WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC,** | ) |
| **WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC,** | ) |
| **WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC,** | ) |
| **WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC,** | ) |
| **WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,** | ) |
| **WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC,** | ) |
| **WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC,** | ) |
| **144 WOODBRIDGE-AFFILIATED PROPERTY LIMITED LIABILITY COMPANIES,** | ) |
| **131 WOODBRIDGE-AFFILIATED HOLDING LIMITED LIABILITY COMPANIES,** | ) |
| | ) |
| Defendants, and | ) |
| | ) |
| **JERI SHAPIRO,** | ) |
| **WOODBRIDGE REALTY OF COLORADO, LLC** | ) |
| **d/b/a WOODBRIDGE REALTY UNLIMITED,** | ) |
| **WOODBRIDGE LUXURY HOMES OF CALIFORNIA, INC.,** | ) |
| **d/b/a MERCER VINE, INC.,** | ) |
| **RIVERDALE FUNDING, LLC,** | ) |
| **SCHWARTZ MEDIA BUYING COMPANY, LLC,** | ) |
| **WFS HOLDING CO., LLC,** | ) |
| | ) |
| Relief Defendants. | ) |
| | ) |

**JOINT NOTICE REGARDING COMMISSION'S REQUEST FOR APPOINTMENT OF A RECEIVER AND OSC RE: STAY OF THIS MATTER PENDING THE OUTCOME <u>OF THE BANKRUPTCY CASE</u>**

Plaintiff Securities and Exchange Commission, and Defendants Woodbridge Group of Companies, WMF Management, LLC, Woodbridge Structured Funding, LLC, Woodbridge Mortgage Investment Fund 1, LLC, Woodbridge Mortgage Investment Fund 2, LLC, Woodbridge Mortgage Investment Fund 3, LLC, Woodbridge Mortgage Investment Fund 3A, LLC, Woodbridge Mortgage Investment Fund 4, LLC, Woodbridge Commercial Bridge Loan Fund 1, LLC, Woodbridge Commercial Bridge Loan Fund 2, LLC, the Shapiro Property and Holding LLC Bankruptcy Filers identified in Exhibit 1 to this Notice (the "Debtor Defendants") and 12 non-bankruptcy filer Woodbridge affiliated Limited Liability Companies ("12 Non-Filer LLCs") as identified in Exhibit 2 to this Notice, hereby jointly advise the Court as follows:

1. The Debtor Defendants are currently parties to a Chapter 11 bankruptcy proceeding assigned case number 17-12560-KJC (Jointly Administered) ("Bankruptcy Case"). In the Bankruptcy Case, the Official Committee of Unsecured Creditors and the Commission each filed motions for appointment of a Chapter 11 Trustee (collectively "Trustee Motions"). An evidentiary hearing on the Trustee Motions commenced on January 10, 2018.

2. Prior to the termination of the evidentiary hearing, the Debtor Defendants and the Commission, along with other parties to the Bankruptcy Case, entered into a settlement agreement which among other things, resolves the Trustee Motions. As part of that settlement, a new 3-person board ("New Board") was appointed to control and manager the Debtor Defendants.

3. The Bankruptcy Court held a hearing on January 23, 2018 and approved the settlement. A copy of the Order approving the settlement is attached as Exhibit 3. Certain provisions of the settlement are particularly pertinent to this case, as follows:

a. As part of the resolution of the Trustee Motions, the Commission has authorized the staff to dismiss its request for the appointment of a receiver over the Debtor Defendants. Therefore, the Commission staff will file a notice of withdrawal of its receiver motion over these Debtor Defendants without prejudice.

b. Related to the 12 Non-Filer LLCs who are under the management of the New Board, it is the intent of the New Board to file bankruptcy petitions for those entities. The parties agree to cooperate in having the 12 Non-Filer LLCs, subject to the asset freeze (DE 5 and 41), come under the control of the New Board and under the jurisdiction of the Bankruptcy Court administering the Woodbridge Chapter 11 cases. The Commission will then withdraw its motion for a receiver over these 12 Non-Filer LLCs and request the asset freeze to be dissolved as to the 12 Non-Filer LLCs, as they will be parties to the Bankruptcy Case.

c. The Debtor Defendants and 12 Non-Filer LLCs intend to submit a motion for a 60-day extension of time to respond to the Complaint in this matter. The Commission consents to this requested extension of time. The agreement does not preclude the Debtor Defendants or the 12 Non-Filer LLCs from requesting additional time if the entities deem it to be appropriate.

d. At this time, the Debtor Defendants and 12 Non-Filer LLCs no longer seek to stay this matter, subject to, among other things, their right to seek such a stay at any time after the conclusion of the 60-day extension if the Debtors deem it to be appropriate or at any time if the SEC renews its motion for a receiver over the Debtors and Non-Filer LLCs.

Dated: January 24, 2018

Respectfully submitted,

| | |
|---|---|
| By: */s/ Russell Koonin & Christine Nestor*<br>Russell Koonin & Christine Nestor<br>Senior Trial Counsel<br>kooninr@sec.gov; nestorc@sec.gov<br>FL Bar No.: 474479; FL Bar No. 597211<br>Telephone: (305) 982-6385; (305) 982-6367<br><br>Attorneys for Plaintiff<br>**SECURITIES AND EXCHANGE COMMISSION**<br>801 Brickell Avenue, Suite 1800<br>Miami, Florida 33131<br>Telephone: (305) 982-6300<br>Facsimile: (305) 536-4154 | HOMER BONNER JACOBS<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>Phone: (305) 350-5116<br>Fax: (305) 982-0079<br><br>By: /s/ Adam L. Schwartz<br>Adam L. Schwartz<br>Email: aschwartz@homerbonner.com<br>Florida Bar No: 0103163<br>Kevin P. Jacobs<br>Email: kjacobs@homerbonner.com<br>Florida Bar No: 169821<br><br>*As Counsel for the Debtor Defendants and 12 Non-Filer Shapiro LLCs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and also served the following via electronic mail:

Adam L. Schwartz, Esq.
Kevin P. Jacobs, Esq.
Homer Bonner Jacobs
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5116
aschwartz@homerbonner.com
kjacobs@homerbonner.com

Ryan Dwight O'Quinn, Esq.
Elan Gershoni
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone:  305.423.8500
Ryan.OQuinn@DLAPiper.com

Marcus Neiman & Rashbaum LLP
Jeffrey E. Marcus, Esq.
Michael A. Pineiro, Esq.
2 South Biscayne Boulevard
Suite 1750
Miami, Florida 33131
Telephone:  305.400.4262
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com

Armando Rosquete, Esq.
Armando Rosquete, P.A.
66 West Flagler Street, Suite 1000
Miami, Florida 33130
Telephone: 305.470.2060
Armando.rosquete@gmail.com

/s/ *Christine Nestor*
Christine Nestor, Esq.