UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24624-Civ-COOKE

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

ROBERT H. SHAPIRO,
WOODBRIDGE GROUP OF COMPANIES, LLC
d/b/a WOODBRIDGE WEALTH,
RS PROTECTION TRUST,
WMF MANAGEMENT, LLC,
WOODBRIDGE STRUCTURED FUNDING, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC,
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC,
144 WOODBRIDGE-AFFILIATED PROPERTY LIMITED
LIABILITY COMPANIES,
131 WOODBRIDGE-AFFILIATED HOLDING LIMITED
LIABILITY COMPANIES,

    Defendants, and

JERI SHAPIRO,
WOODBRIDGE REALTY OF COLORADO, LLC
d/b/a WOODBRIDGE REALTY UNLIMITED,
WOODBRIDGE LUXURY HOMES OF CALIFORNIA, INC.
d/b/a MERCER VINE, INC.,
RIVERDALE FUNDING, LLC,
SCHWARTZ MEDIA BUYING COMPANY, LLC,
WFS HOLDING CO., LLC,

    Relief Defendants.
_____/

## ORDER

THIS MATTER is before me on the Joint Notice Regarding Commission's Request

1

for Appointment of a Receiver and OSC Re: Stay of this Matter Pending the Outcome of the Bankruptcy Case ("Notice") (ECF No. 74). In light of the Settlement Agreement between the Securities and Exchange Commission ("Commission"), Defendants Woodbridge Group of Companies, WMF Management, LLC, Woodbridge Structured Funding, LLC, Woodbridge Mortgage Investment Fund 1, LLC, Woodbridge Mortgage Investment Fund 2, LLC, Woodbridge Mortgage Investment Fund 3, LLC, Woodbridge Mortgage Investment Fund 3A, LLC, Woodbridge Mortgage Investment Fund 4, LLC, Woodbridge Commercial Bridge Loan Fund 1, LLC, Woodbridge Commercial Bridge Loan Fund 2, LLC, the Shapiro Property and Holding LLC Bankruptcy Filers (*see* Exhibit 1, ECF No. 74) (the "Debtor Defendants"), and 12 non-bankruptcy filer Woodbridge affiliated Limited Liability Companies (*see* Exhibit 2, ECF No. 74) ("12 Non-Filer LLCs") in the Bankruptcy Case *In re Woodbridge Group of Companies, LLC, et al.*, Case No. 17-12560 (KJC) (Bankr. D. Del.), the Commission has agreed to partially withdraw its Emergency Motion for Appointment of a Receiver ("Receiver Motion") (ECF No. 8) as to the Debtor Defendants and 12 Non-Filer LLCs. Having reviewed the Joint Notice, the Settlement Agreement, the record, and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Order Granting Emergency Ex Parte Motion for Asset Freeze and Other Relief ("Asset Freeze Order") (ECF No. 13) shall remain in full force and effect until further order of the Court. Should the Asset Freeze Order need to be modified to facilitate the 12 Non-Filer LLCs petition for bankruptcy, the appropriate parties shall notify this Court by motion, which shall be accompanied by a proposed order.
2. The Commission shall re-file its Receiver Motion against the remaining Defendants who are not a part of the Bankruptcy Case within seven (7) days of the "12 Non-Filer LLCs" coming under the jurisdiction of the Bankruptcy Court.
3. The Show Cause Hearing scheduled for January 25, 2018 at 10:00 a.m. is **CANCELED** and shall be rescheduled, if necessary, by Order of the Court.

**DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of January 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*