UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24624-CIV-COOKE

SECURITIES AND EXCHANGE COMMISSION, )
)
                     **Plaintiff,** )
v. )
)
ROBERT H. SHAPIRO, )
WOODBRIDGE GROUP OF COMPANIES, LLC, )
d/b/a WOODBRIDGE WEALTH, )
RS PROTECTION TRUST, )
WMF MANAGEMENT, LLC, )
WOODBRIDGE STRUCTURED FUNDING, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC, )
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC, )
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC, )
144 WOODBRIDGE-AFFILIATED PROPERTY LIMITED )
LIABILITY COMPANIES, )
131 WOODBRIDGE-AFFILIATED HOLDING LIMITED )
LIABILITY COMPANIES, )
)
                     **Defendants, and** )
)
JERI SHAPIRO, )
WOODBRIDGE REALTY OF COLORADO, LLC )
d/b/a WOODBRIDGE REALTY UNLIMITED, )
WOODBRIDGE LUXURY HOMES OF CALIFORNIA, INC., )
d/b/a MERCER VINE, INC., )
RIVERDALE FUNDING, LLC, )
SCHWARTZ MEDIA BUYING COMPANY, LLC, )
WFS HOLDING CO., LLC, )
)
                     **Relief Defendants.** )
_____ )

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST
DEFENDANTS FROG ROCK INVESTMENTS, LLC AND
<u>M77 FROG ROCK HOLDING COMPANY, LLC</u>**

Plaintiff, Securities and Exchange Commission, pursuant to Fed. R. Civ. P. 55(a), moves the Clerk of the Court to enter a default against Defendants Frog Rock Investments, LLC and M77 Frog Rock Holding Company, LLC for failure to plead or otherwise defend, and states:

1. On December 20, 2017, the Commission filed a Complaint for Injunctive and Other Relief against Frog Rock Investments, LLC and M77 Frog Rock Holding Company, LLC [D.E. 1].

2. The Commission served Frog Rock Investments, LLC and M77 Frog Rock Holding Company, LLC with process on December 28, 20177 [D.E. 55 and 57].

3. Frog Rock Investments, LLC and M77 Frog Rock Holding Company, LLC's answers or other responsive filings were due on January 18, 2017.

4. As of the date of this Motion, Frog Rock Investments, LLC and M77 Frog Rock Holding Company, LLC have not answered the Complaint or submitted any other responsive filings.

WHEREFORE, the Commission moves pursuant to Fed. R. Civ. P. 55(a) for entry of a Clerk's Default against Defendants Frog Rock Investments, LLC and M77 Frog Rock Holding Company, LLC.

Dated: January 24, 2017

Respectfully submitted,

By: *s/Russell Koonin & Christine Nestor*
Russell Koonin & Christine Nestor
Senior Trial Counsel
kooninr@sec.gov; nestorc@sec.gov
FL Bar No.: 474479; FL Bar No. 597211
Telephone: (305) 982-6385; (305) 982-6367

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile:  (305) 536-415