UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24624-CIV-COOKE

SECURITIES AND EXCHANGE COMMISSION, )
)
                              **Plaintiff,** )
v. )
)
ROBERT H. SHAPIRO, )
WOODBRIDGE GROUP OF COMPANIES, LLC, )
d/b/a WOODBRIDGE WEALTH, )
RS PROTECTION TRUST, )
WMF MANAGEMENT, LLC, )
WOODBRIDGE STRUCTURED FUNDING, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC, )
WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC, )
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC, )
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC, )
144 WOODBRIDGE-AFFILIATED PROPERTY LIMITED )
LIABILITY COMPANIES, )
131 WOODBRIDGE-AFFILIATED HOLDING LIMITED )
LIABILITY COMPANIES, )
)
                              **Defendants, and** )
)
JERI SHAPIRO, )
WOODBRIDGE REALTY OF COLORADO, LLC )
d/b/a WOODBRIDGE REALTY UNLIMITED, )
WOODBRIDGE LUXURY HOMES OF CALIFORNIA, INC., )
d/b/a MERCER VINE, INC., )
RIVERDALE FUNDING, LLC, )
SCHWARTZ MEDIA BUYING COMPANY, LLC, )
WFS HOLDING CO., LLC, )
)
                              **Relief Defendants.** )
_____ )

**PLAINTIFF'S MOTION TO DISSOLVE ASSET FREEZE AS TO 12 LIMITED
LIABILITY COMPANIES AND UNOPPOSED REQUEST FOR 60 DAY EXTENSION
<u>OF TIME TO FILE RECEIVER MOTION</u>**

Plaintiff Securities and Exchange Commission (the "Commission"), moves the Court for the entry of an order dissolving the asset freeze (DE 13) as to 12 limited liability companies that filed bankruptcy petitions on February 9, 2018. The Commission also seeks a 60 day extension of time to file its motion for a receiver and states as follows:

1.      As previously disclosed to the Court in the Joint Notice filed on January 24, 2018 (DE 74), the Commission and Defendants Woodbridge Group of Companies, WMF Management, LLC, Woodbridge Structured Funding, LLC, Woodbridge Mortgage Investment Fund 1, LLC, Woodbridge Mortgage Investment Fund 2, LLC, Woodbridge Mortgage Investment Fund 3, LLC, Woodbridge Mortgage Investment Fund 3A, LLC, Woodbridge Mortgage Investment Fund 4, LLC, Woodbridge Commercial Bridge Loan Fund 1, LLC, Woodbridge Commercial Bridge Loan Fund 2, LLC, the Shapiro Property and Holding LLC Bankruptcy Filers identified in Exhibit 1 to the Joint Notice (the "Debtor Defendants") entered into a settlement agreement in the Chapter 11 bankruptcy proceeding in the District of Delaware assigned case number 17-12560-KJC (Jointly Administered) ("Bankruptcy Case"). Pursuant to that settlement agreement, the parties agreed that the 12 non-bankruptcy filer Woodbridge affiliated Limited Liability Companies ("12 Non-Filer LLCs") would be placed under the jurisdiction of the Bankruptcy Court administering the Woodbridge Chapter 11 cases. The Bankruptcy Petitions for the 12 Non-Filer LLCs were in fact filed on February 9, 2018 and on February 13, 2018, the Judge presiding over the Bankruptcy Case entered an Order approving the joint administration of the additional cases with the Woodbridge Chapter 11 cases. (Bankruptcy Court Order attached as Exhibit A.)

2. Therefore, pursuant to the terms of the settlement, the Commission requests that the Court enter the attached proposed order dissolving the asset freeze as to those 12 Non-Filer LLCs only.

3. Additionally, on January 24, 2018, the Court entered an Order requiring that the Commission re-file its receiver motion against the remaining Defendants who are not a part of the Bankruptcy Case within seven (7) days of the 12 Non-Filer LLCs coming under the jurisdiction of the Bankruptcy Court. (DE 75 at ¶2).

4. The Commission requests a 60 day extension of time to file its receiver motion because the Commission and the Debtor Defendants are attempting to ascertain whether eight additional Defendants will be placed in Bankruptcy, and thus not be subject to a receivership.

5. The eight limited liability companies are the following:

- 695 Buggy Circle, LLC
- Buggy Circle Holdings, LLC
- Deerfield Park Investments, LLC
- H10 Deerfield Park Holding Company, LLC
- Frog Rock Investments, LLC
- M77 Frog Rock Holding Company, LLC
- Mount Washington Investments, LLC
- M89 Mount Washington Holding Company, LLC

6. Discussions between the Commission staff, the Debtor Defendants, and Shapiro related to these eight limited liability companies and whether they will be placed in Bankruptcy are ongoing.

7.     Additionally, regarding three Defendants, Carbondale Basalt Owners, LLC, Carbondale Glen Owners, LLC, and Carbondale Glen Lot 18, LLC, which are controlled by Jeri Shapiro, the Commission staff is evaluating information that may impact the appropriateness of a receiver.  To the extent a change in position is required, the Commission staff would be required to obtain the authorization of the five-member Commission in Washington DC.  Therefore, the Commission requests a 60 day extension of time to file its receiver motion.

Certificate of Conferral

Pursuant to Local Rule 7.1(a)(3), we hereby certify that counsel for the Commission has conferred with counsel for the Defendants and Relief Defendants who have each indicated they do not oppose the extension of time sought in this motion.

Respectfully submitted,

Dated: February 14, 2018        By:    */s/ Russell Koonin & Christine Nestor*
                                       Russell Koonin & Christine Nestor
                                       Senior Trial Counsel
                                       kooninR@sec.gov; nestorc@sec.gov
                                       FL Bar No.: 474479; FL Bar No. 597211
                                       Telephone: (305) 982-6385; (305) 982-6367

                                       Attorneys for Plaintiff
                                       **SECURITIES AND EXCHANGE COMMISSION**
                                       801 Brickell Ave., Suite 1800
                                       Miami, Florida 33131
                                       Telephone: (305) 982-6300
                                       Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic filings.

## SERVICE LIST

Adam L. Schwartz, Esq.
Kevin P. Jacobs, Esq.
Homer Bonner Jacobs
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5116
aschwartz@homerbonner.com
kjacobs@homerbonner.com
*Via CM/ECF*

Ryan Dwight O'Quinn, Esq.
Elan Gershoni
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone:  305.423.8500
Ryan.OQuinn@DLAPiper.com
*Via CM/ECF*

Marcus Neiman & Rashbaum LLP
Jeffrey E. Marcus, Esq.
Michael A. Pineiro, Esq.
2 South Biscayne Boulevard
Suite 1750
Miami, Florida 33131
Telephone:  305.400.4262
jmarcus@mnrlawfirm.com
mpineiro@mnrlawfirm.com

*Via CM/ECF*

Armando Rosquete, Esq.
Armando Rosquete, P.A.
66 West Flagler Street, Suite 1000
Miami, Florida 33130
Telephone: 305.470.2060
Arosquete@attainjustice.com
*Via CM/ECF*

Robert P. Charbonneau, Esq.
Matthew Petrie, Esq.
Agentis PLLC
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
Telephone: 305.722.2002
rpc@agentislaw.com
map@agentislaw.com
*Via CM/ECF*

                                                  /s/ *Christine Nestor*
                                                  Christine Nestor, Esq.