UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24624-Civ-COOKE/GOODMAN

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

ROBERT H. SHAPIRO,
WOODBRIDGE GROUP OF COMPANIES, LLC
d/b/a WOODBRIDGE WEALTH,
RS PROTECTION TRUST,
WMF MANAGEMENT, LLC,
WOODBRIDGE STRUCTURED FUNDING, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 1, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 3, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 3A, LLC,
WOODBRIDGE MORTGAGE INVESTMENT FUND 4, LLC,
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 1, LLC,
WOODBRIDGE COMMERCIAL BRIDGE LOAN FUND 2, LLC,
144 WOODBRIDGE-AFFILIATED PROPERTY LIMITED
LIABILITY COMPANIES,
131 WOODBRIDGE-AFFILIATED HOLDING LIMITED
LIABILITY COMPANIES,

    Defendants, and

JERI SHAPIRO,
WOODBRIDGE REALTY OF COLORADO, LLC
d/b/a WOODBRIDGE REALTY UNLIMITED,
WOODBRIDGE LUXURY HOMES OF CALIFORNIA, INC.
d/b/a MERCER VINE, INC.,
RIVERDALE FUNDING, LLC,
SCHWARTZ MEDIA BUYING COMPANY, LLC,
WFS HOLDING CO., LLC,

    Relief Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO DISSOLVE ASSET FREEZE AS TO 12 LIMITED LIABILITY COMPANIES AND UNOPPOSED REQUEST FOR 60 DAY EXTENSION OF TIME TO FILE RECEIVER MOTION**

1

THIS MATTER is before me upon Plaintiff's Motion to Dissolve Asset Freeze as to 12 Limited Liability Companies and Unopposed Request for 60 Day Extension of Time to File Receiver Motion (ECF Nos. 97, 98). In its Motion, Plaintiff requests the Order Granting Emergency Ex Parte Motion for Asset Freeze and Other Relief (ECF No. 13) be dissolved as to 12 Limited Liability Companies ("12 Non-Filer LLCs")[1] because the 12 Non-Filer LLCs have now been placed under joint administration with the cases in the related bankruptcy proceeding in the District of Delaware, Case No. 17-2560-KJC ("Bankruptcy Case"). Pursuant to the Settlement Agreement approved in the Bankruptcy Case, the Asset Freeze can now be dissolved as to the 12 Non-Filer LLCs.

On January 24, 2018, I entered an Order requiring Plaintiff to refile its receiver motion against any remaining Defendants who are not a part of the Bankruptcy Case within seven days of the 12 Non-Filer LLCs coming under the jurisdiction of the Bankruptcy Court. *See* ECF No. 75. Now that the 12 Non-Filer LLCs are a part of the Bankruptcy Case, Plaintiff requests an additional sixty days to file its receiver motion. Plaintiff indicates there are ongoing discussions about whether certain other Defendants will be placed into bankruptcy and therefore not be subject to a receivership. Plaintiff is also in discussion about the appropriateness of a receivership over three Defendants controlled by Relief Defendant Jeri Shapiro. Plaintiff requests the additional time to allow for any change in position it may have with respect to its receiver motion, which would require the authorization of the five-member Commission in Washington, DC.

Having considered the unopposed Motion, and being fully advised, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Motion to Dissolve Asset Freeze as to 12 Non-Filer LLCs (ECF No. 97) is **GRANTED**. The Order Granting Emergency Ex Parte Motion for Asset Freeze and Other Relief (ECF No. 13) is dissolved ONLY as to the 12 Non-Filer LLCs identified in Appendix A to this Order.

2. Plaintiff's Motion for Extension of Time (ECF No. 98) is **GRANTED**. Plaintiff shall file its Receiver Motion against any remaining Defendants on or before April 16, 2018.

---

[1] The 12 Non-Filer LLCs are identified by name in Appendix A, attached to this Order.

**DONE and ORDERED** in chambers, at Miami, Florida, this 22nd day of February 2018.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, Magistrate Judge*
*Counsel of record*

## Appendix A

Carbondale Glen Lot L-2, LLC

Carbondale Peaks Lot L-1, LLC

Hawthorn Investments, LLC

Lilac Valley Investments, LLC

Massabesic Investments, LLC

Sachs Bridge Investments, LLC

Springvale Investments, LLC

H33 Hawthorn Holding Company, LLC

M96 Lilac Valley Holding Company, LLC

H18 Massabesic Holding Company, LLC

H50 Sachs Bridge Holding Company, LLC

M58 Springvale Holding Company, LLC