UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24624-Civ-COOKE/GOODMAN

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

ROBERT H. SHAPIRO, *et al.*,
_____/

ORDER ADMINISTRATIVELY CLOSING CASE
UPON NOTICE OF SETTLEMENT

THIS CAUSE came before me in open court during the Status Conference held on May 16, 2018. As discussed during the Status Conference, the parties have tentatively settled this matter. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Clerk shall *administratively* **CLOSE** this case. All current deadlines are stayed and all pending motions, if any, are **DENIED** *without prejudice*.
2. **On or before June 15, 2018**, the parties shall file notice with the Court that the appropriate Defendants and Relief Defendants have signed the necessary consents.
3. On **or before August 17, 2018**, the parties shall notify the Court whether the Commission has approved of the settlement and file the appropriate settlement documents with the Court.
4. All current Orders of this Court shall remain in effect until settlement is entered or the Court Orders otherwise.
5. The parties may move to reopen this case if the above-discussed deadlines are not met.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of May 2018.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, Magistrate Judge*
*Counsel of record*

1