UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24624-CIV-COOKE/GOODMAN

SECURITIES AND EXCHANGE COMMISSION, )
                                                                                  Plaintiff, )

v. )

ROBERT H. SHAPIRO, et al., )

                                                                 Defendants. )

## PLAINTIFF'S NOTICE OF RECEIPT OF EXECUTED CONSENTS

Plaintiff Securities and Exchange Commission, pursuant to the Court's Order Administratively Closing Case Upon Notice of Settlement [DE 152], hereby notifies the Court that the Commission staff received executed Consents from all remaining Defendants and all Relief Defendants.[1] Thus, as indicated to the Court, the undersigned will now begin the process of submitting the terms of these settlements to the five-member Commission in Washington, D.C. for their consideration. In accordance with the Court's Order, the undersigned will notify the Court on or before August 17, 2018 whether the Commission has approved the settlements.

Respectfully submitted,

Dated: June 15, 2018      By:      /s/ *Russell Koonin & Christine Nestor*
                                                  Russell Koonin & Christine Nestor
                                                  Senior Trial Counsel
                                                  kooninr@sec.gov; nestorc@sec.gov
                                                  FL Bar No.: 474479; FL Bar No. 597211
                                                  Telephone: (305) 982-6385; (305) 982-6367

---

[1] There is one minor issue outstanding as it pertains to Relief Defendant Woodbridge Realty of Colorado, d/b/a Mercer Vine. Though Robert Shapiro and his counsel have executed the original version as initially provided by the Commission staff, on June 7, 2018, the Commission staff provided an updated version which included an extra provision. To date, the Commission staff has not received the updated version which they require, and as of this filing, have not received assurance that they will receive it. However, the Commission staff is optimistic they will receive it as amended. In the event it is not received by June 22, 2018, the Commission staff will notify the Court that settlement has not been reached as to this Relief Defendant.

                Attorneys for Plaintiff
                **SECURITIES AND EXCHANGE COMMISSION**
                801 Brickell Ave., Suite 1800
                Miami, Florida 33131
                Telephone: (305) 982-6300
                Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                /s/ *Russell Koonin*_____
                Russell Koonin, Esq.