UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24624-CIV-COOKE

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ROBERT H. SHAPIRO,
WOODBRIDGE GROUP OF COMPANIES, LLC,
d/b/a WOODBRIDGE WEALTH, *et al.*

Defendants.

PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENTS
AND NOTICE OF FILING CONSENTS OF DEFENDANTS AND RELIEF
DEFENDANTS TO ENTRY OF FINAL JUDGMENTS

Plaintiff Securities and Exchange Commission hereby respectfully moves for entry of Final Judgments as to the Defendants and Relief Defendants listed below and hereby files their respective Consents to entry of the Final Judgments.

**Consents of the Defendants and Relief Defendants are identified herein as follows:**

Exhibit A-1   Woodbridge Group of Companies, LLC d/b/a Woodbridge Wealth ("Woodbridge")[1]

Woodbridge WMF Management, LLC ("WMF")

Woodbridge Structured Funding, LLC (previously Woodbridge Structured Funding of Florida, LLC) ("WSF")

Woodbridge Mortgage Investment Fund 1, LLC ("Fund 1")

Woodbridge Mortgage Investment Fund 2, LLC ("Fund 2")

Woodbridge Mortgage Investment Fund 3, LLC ("Fund 3")

Woodbridge Mortgage Investment Fund 3A, LLC ("Fund 3A")

---

[1] On October 22, 2018, the Court in the parallel bankruptcy matter authorized the Debtors to enter into the Consent and Final Judgment. The Court's Order is attached hereto as Exhibit M.

      Mortgage Investment Fund 4, LLC ("Fund 4")

      Woodbridge Commercial Bridge Loan Fund 1, LLC ("Bridge Loan Fund 1")

      Woodbridge Commercial Bridge Loan Fund 2, LLC ("Bridge Loan Fund 2")

      130 Woodbridge-affiliated Holding Companies ("Shapiro Holding LLCs") (*see* Appendix A, attached to Exhibit A-1, Consent of Debtor Defendants )

      142 Woodbridge-affiliated Limited Liability Companies ("Shapiro Property LLCs") (*see* Appendix A, attached to Exhibit A-1, Consent of Debtor Defendants)

| | |
|---|---|
| Exhibit B-1 | Robert H. Shapiro ("Shapiro") |
| Exhibit C-1 | RS Protection Trust ("RS Trust") |
| Exhibit D-1 | Jeri Shapiro |
| Exhibit E-1 | Carbondale Glen Lot 18, LLC ("Glen Lot 18") |
| Exhibit F-1 | Carbondale Glen Owners, LLC ("Glen Owners") |
| Exhibit G-1 | Carbondale Basalt Owners, LLC ("Basalt") |
| Exhibit H-1 | Schwartz Media Buying Company, LLC ("Schwartz Media") |
| Exhibit I-1 | Woodbridge Realty of Colorado, LLC d/b/a Woodbridge Realty Unlimited ("Woodbridge Realty") |
| Exhibit J-1 | Woodbridge Luxury Homes of California, Inc. d/b/a Mercer Vine, Inc. ("Mercer Vine") |
| Exhibit K-1 | Riverdale Funding, LLC ("Riverdale Funding") |
| Exhibit L-1 | WFS Holding Co. LLC ("WFS") |

    **Final Judgments corresponding to the above Consents are identified herein as Exhibits A-2 (with Appendix A) through L-2.**

    Once the attached proposed Final Judgments are entered by the Court, this matter will be resolved in its entirety.

Dated: October 25, 2018                Respectfully submitted,

                                      By:   */s/ Russell Koonin*_____
                                               Russell Koonin
                                               Senior Trial Counsel
                                               Fla. Bar No. 474479
                                               Direct Dial: (305) 982-6385

Facsimile (305) 536-4154
E-mail: kooninr@sec.gov

*/s/Christine Nestor*
Christine Nestor
Senior Trial Counsel
Florida Bar No. 597211
Direct Dial: (305) 982-6367
E-mail:  nestorc@sec.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 25, 2018, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

*/s/ Russell Koonin*_____
Russell Koonin