# EXHIBIT A-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24624-CIV-COOKE

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
                        Plaintiff,    )
                                      )
v.                                    )
                                      )
ROBERT H. SHAPIRO,                    )
WOODBRIDGE GROUP OF COMPANIES, LLC,   )
d/b/a WOODBRIDGE WEALTH, et al.       )
                                      )
                        Defendants.   )
                                      )
_____)

## CONSENT OF DEBTOR DEFENDANTS

1. Defendants Woodbridge Group of Companies, LLC ("Woodbridge"), WMF Management, LLC ("WMF"), Woodbridge Structured Funding, LLC ("WSF"), Woodbridge Mortgage Investment Fund 1, LLC ("Fund 1"), Woodbridge Mortgage Investment Fund 2, LLC ("Fund 2"), Woodbridge Mortgage Investment Fund 3, LLC ("Fund 3"), Woodbridge Mortgage Investment Fund 3A, LLC ("Fund 3A"), Woodbridge Mortgage Investment Fund 4, LLC ("Fund 4"), Woodbridge Commercial Bridge Loan Fund 1, LLC ("Bridge Loan Fund 1"), Woodbridge Commercial Bridge Loan Fund 2, LLC ("Bridge Loan Fund 2"), and the 142 Woodbridge-Affiliated Property Limited Liability Companies and 130 Woodbridge-Affiliated Holding Limited Liability Companies (collectively, the "Property and Holding Companies," and with Woodbridge, WMF, WSF, Fund 1, Fund 2, Fund 3, Fund 3A, Fund 4, Bridge Loan Fund 1, and Bridge Loan Fund 2, "Debtor Defendants"), as identified in Appendix A, acknowledge having been served with the Amended Complaint in this action, and admit the Court's jurisdiction over the Debtor Defendants and over the subject matter of this action. The Debtor Defendants further

acknowledge entry of a Judgment entered against them by consent on May 21, 2018 [DE 151].

2. Without admitting or denying the allegations of the Amended Complaint (except as to personal and subject matter jurisdiction and except as otherwise provided herein in paragraph 10, which Debtor Defendants admit), Debtor Defendants hereby consent, subject to bankruptcy court approval in Debtor Defendants' pending Chapter 11 Bankruptcy Case [Case No. 17-12560-KJC (Bankr. D. DE), the "Bankruptcy Case"] to the entry of the Final Judgment in the form attached hereto (the "Final Judgment") and incorporated by reference herein, which, among other things, dismisses the Commission's civil penalty claim and orders disgorgement in the amount of $892,173,765 against them on a joint and several basis, which will be deemed satisfied by the Liquidation Trust (being formed pursuant to a Chapter 11 plan) becoming obligated to make distributions of substantially all of the net proceeds (taking into account the costs of administration of the Liquidation Trust and the Wind-Down Entity) from the disposition of the Debtor Defendants' assets (distributions of net proceeds to general unsecured creditors shall be permitted) to investors pursuant to a confirmed plan, provided that the Commission does not timely object to the plan.

3. Debtor Defendants waive the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure.

4. Debtor Defendants waive the right, if any, to a jury trial and to appeal from the entry of the Final Judgment.

5. Debtor Defendants enter into this Consent voluntarily and represent that no threats, offers, promises, or inducements of any kind have been made by the Commission or any member, officer, employee, agent, or representative of the Commission to induce Debtor Defendants to enter into this Consent.

6. Debtor Defendants agree that this Consent shall be incorporated into the Final

Judgment with the same force and effect as if fully set forth therein.

7. Debtor Defendants will not oppose the enforcement of the Final Judgment on the ground, if any exists, that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and hereby waives any objection based thereon.

8. Debtor Defendants waive service of the Final Judgment and agree that entry of the Final Judgment by the Court and filing with the Clerk of the Court will constitute notice to Debtor Defendants of its terms and conditions. Debtor Defendants further agree to provide counsel for the Commission, within thirty days after the Final Judgment is filed with the Clerk of the Court, with an affidavit or declaration stating that Debtor Defendants have received and read a copy of the Final Judgment.

9. Consistent with 17 C.F.R. 202.5(f), this Consent resolves only the claims asserted against Debtor Defendants in this civil proceeding. Debtor Defendants acknowledge that no promise or representation has been made by the Commission or any member, officer, employee, agent, or representative of the Commission with regard to any criminal liability that may have arisen or may arise from the facts underlying this action or immunity from any such criminal liability. Debtor Defendants waive any claim of Double Jeopardy based upon the settlement of this proceeding, including the imposition of any remedy or civil penalty herein. Debtor Defendants further acknowledge that the Court's entry of a permanent injunction may have collateral consequences under federal or state law and the rules and regulations of self-regulatory organizations, licensing boards, and other regulatory organizations. Such collateral consequences include, but are not limited to, a statutory disqualification with respect to membership or participation in, or association with a member of, a self-regulatory organization. This statutory disqualification has consequences that are separate from any sanction imposed in an administrative proceeding. In addition, in any disciplinary proceeding before the Commission

based on the entry of the injunction in this action, Debtor Defendants understand that they shall not be permitted to contest the factual allegations of the Amended Complaint in this action.

10. Debtor Defendants understand and agree to comply with the terms of 17 C.F.R. § 202.5(e), which provides in part that it is the Commission's policy "not to permit a defendant or respondent to consent to a judgment or order that imposes a sanction while denying the allegations in the complaint or order for proceedings," and "a refusal to admit the allegations is equivalent to a denial, unless the defendant or respondent states that he neither admits nor denies the allegations." As part of Debtor Defendants' agreement to comply with the terms of Section 202.5(e), Debtor Defendants: (i) will not take any action or make or permit to be made any public statement denying, directly or indirectly, any allegation in the Amended Complaint or creating the impression that the Amended Complaint is without factual basis; (ii) will not make or permit to be made any public statement to the effect that Debtor Defendants do not admit the allegations of the Amended Complaint, or that this Consent contains no admission of the allegations, without also stating that Debtor Defendants do not deny the allegations; and (iii) upon the filing of this Consent, Debtor Defendants hereby withdraw any papers filed in this action to the extent that they deny any allegation in the Amended Complaint. If Debtor Defendants breach this agreement, the Commission may petition the Court to vacate the Final Judgment and restore this action to its active docket. Nothing in this paragraph affects Debtor Defendants': (i) testimonial obligations; or (ii) right to take legal or factual positions against all parties other than the Commission in litigation or other legal proceedings pertaining to the underlying facts and allegations in this action.

11. Debtor Defendants hereby waive any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in

his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Debtor Defendants to defend against this action. For these purposes, Debtor Defendants agree that Debtor Defendants are not the prevailing party in this action since the parties have reached a good faith settlement.

12. Debtor Defendants agree to promptly seek a court order in the Bankruptcy Case, pursuant to Fed.R.Bankr.P. 9019, authorizing Debtor Defendants to enter into this Consent and to the entry of Final Judgment.

13. Debtor Defendants agree that the Commission may, upon issuance of the court order in the Bankruptcy Case referenced in paragraph 12 above, present the Final Judgment to the Court for signature and entry without further notice.

14. Debtor Defendants agree that this Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of the Final Judgment. The Bankruptcy Court shall continue to maintain jurisdiction over all such matters to which the Bankruptcy Court has jurisdiction over in the Bankruptcy Case.

Dated: 9-24-18

_____
WGC Independent Manager LLC
Bradley Sharp – Chief Restructuring Officer

STATE OF California )
                    ) ss:
COUNTY OF Los Angeles )

On this 24TH day of September, 2018, before me personally appeared Bradley Sharp, who [check one] (✓) is personally known to me, or (_) produced a _____ driver's license bearing his name and photograph as identification, and who executed this Consent with authority to do so as the manager of the Debtor Defendants, and acknowledged to me that he executed the same.

ROBERTA L. ARANDA
Notary Public – California
Los Angeles County
Commission # 2194449
My Comm. Expires Apr 28, 2021

Notary Public, Roberta L. Aranda
Commission Expires: April 28, 2021

5

Approved as to form:

Homer Bonner Jacobs
c/o Adam L. Schwartz, Esq.   Kevin P. Jacobs Esq.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Phone: (305) 350-5116
Fax: (305) 982-0079
aschwartz@homerbonner.com

*Counsel for Debtor Defendants*

## APPENDIX A

| # | Shapiro Property LLCs Bankruptcy Filers | # | Shapiro Holding LLCs Bankruptcy Filers |
|---|---|---|---|
| 1 | 215 North 12th Street, LLC | | |
| 2 | Addison Park Investments, LLC | 1 | H31 Addison Park Holding Company, LLC |
| 3 | Anchorpoint Investments, LLC | 2 | M11 Anchorpoint Holding Company, LLC |
| 4 | Arborvitae Investments, LLC | 3 | H32 Arborvitae Holding Company, LLC |
| 5 | Archivolt Investments, LLC | 4 | M26 Archivolt Holding Company, LLC |
| 6 | Arlington Ridge Investments, LLC | 5 | H2 Arlington Ridge Holding Company, LLC |
| 7 | Arrowpoint Investments, LLC | 6 | M19 Arrowpoint Holding Company, LLC |
| 8 | Baleroy Investments, LLC | 7 | H58 Baleroy Holding Company, LLC |
| 9 | Bay Village Investments, LLC | 8 | H13 Bay Village Holding Company, LLC |
| 10 | Bear Brook Investments, LLC | 9 | H15 Bear Brook Holding Company, LLC |
| 11 | Beech Creek Investments, LLC | 10 | H46 Beech Creek Holding Company, LLC |
| 12 | Black Bass Investments, LLC | 11 | H53 Black Bass Holding Company, LLC |
| 13 | Black Locust Investments, LLC | 12 | H28 Black Locust Holding Company, LLC |
| 14 | Bluff Point Investments, LLC | 13 | H20 Bluff Point Holding Company, LLC |
| 15 | Bowman Investments, LLC | 14 | H49 Bowman Holding Company, LLC |
| 16 | Bramley Investments, LLC | 15 | H40 Bramley Holding Company, LLC |
| 17 | Brise Soleil Investments, LLC | 16 | M27 Brise Soleil Holding Company, LLC |
| 18 | Broadsands Investments, LLC | 17 | M28 Broadsands Holding Company, LLC |
| 19 | Brynderwen Investments, LLC | 18 | M29 Brynderwen Holding Company, LLC |
| 20 | Cablestay Investments, LLC | 19 | M13 Cablestay Holding Company, LLC |
| 21 | Cannington Investments, LLC | 20 | M31 Cannington Holding Company, LLC |
| 22 | Carbondale Glen Lot A-5, LLC | | |
| 23 | Carbondale Glen Lot E-24, LLC | | |
| 24 | Carbondale Glen Lot GV-13, LLC | | |
| 25 | Carbondale Glen Lot SD-14, LLC | | |
| 26 | Carbondale Glen Lot SD-23, LLC | | |
| 27 | Carbondale Glen Mesa Lot 19, LLC | | |
| 28 | Carbondale Glen River Mesa, LLC | 21 | Crystal Valley Holdings, LLC |
| 29 | Carbondale Glen Sundance Ponds, LLC | | |
| 30 | Carbondale Glen Sweetgrass Vista, LLC | | |
| 31 | Carbondale Spruce 101, LLC | | |
| 32 | Castle Pines Investments, LLC | 22 | M53 Castle Pines Holding Company, LLC |
| 33 | Centershot Investments, LLC | 23 | M25 Centershot Holding Company, LLC |
| 34 | Chaplin Investments, LLC | 24 | M76 Chaplin Holding Company, LLC |
| 35 | Chestnut Investments, LLC | 25 | M79 Chestnut Company, LLC |
| 36 | Chestnut Ridge Investments, LLC | 26 | H5 Chestnut Ridge Holding Company, LLC |

| | | | |
|---|---|---|---|
| 37 | Clover Basin Investments, LLC | 27 | M45 Clover Basin Holding Company, LLC |
| 38 | Coffee Creek Investments, LLC | 28 | M51 Coffee Creek Holding Company, LLC |
| 39 | Crossbeam Investments, LLC | 29 | M14 Crossbeam Holding Company, LLC |
| 40 | Crowfield Investments, LLC | 30 | M63 Crowfield Holding Company, LLC |
| 41 | Crystal Woods Investments, LLC | 31 | M92 Crystal Woods Holding Company, LLC |
| 42 | Daleville Investments, LLC | 32 | M72 Daleville Holding Company, LLC |
| 43 | Derbyshire Investments, LLC | 33 | M39 Derbyshire Holding Company, LLC |
| 44 | Diamond Cove Investments, LLC | 34 | H76 Diamond Cove Holding Company, LLC |
| 45 | Dixville Notch Investments, LLC | 35 | H14 Dixville Notch Holding Company, LLC |
| 46 | Dogwood Valley Investments, LLC | 36 | H7 Dogwood Valley Holding Company, LLC |
| 47 | Dollis Brook Investments, LLC | 37 | M32 Dollis Brook Holding Company, LLC |
| 48 | Donnington Investments, LLC | 38 | M9 Donnington Holding Company, LLC |
| 49 | Doubleleaf Investments, LLC | 39 | M15 Doubleleaf Holding Company, LLC |
| 50 | Drawspan Investments, LLC | 40 | M22 Drawspan Holding Company, LLC |
| 51 | Eldredge Investments, LLC | 41 | M71 Eldredge Holding Company, LLC |
| 52 | Elstar Investments, LLC | 42 | H25 Elstar Holding Company, LLC |
| 53 | Emerald Lake Investments, LLC | 43 | H19 Emerald Lake Holding Company, LLC |
| 54 | Fieldpoint Investments, LLC | 44 | M24 Fieldpoint Holding Company, LLC |
| 55 | Franconia Notch Investments, LLC | 45 | M88 Franconia Notch Holding Company, LLC |
| 56 | Gateshead Investments, LLC | 46 | M10 Gateshead Holding Company, LLC |
| 57 | Glenn Rich Investments, LLC | 47 | M85 Glenn Rich Holding Company, LLC |
| 58 | Goose Rocks Investments, LLC | 48 | M93 Goose Rocks Holding Company, LLC |
| 59 | Goosebrook Investments, LLC | 49 | M68 Goosebrook Holding Company, LLC |
| 60 | Graeme Park Investments, LLC | 50 | H68 Graeme Park Holding Company, LLC |
| 61 | Gravenstein Investments, LLC | 51 | H26 Gravenstein Holding Company, LLC |
| 62 | Green Gables Investments, LLC | 52 | H44 Green Gables Holding Company, LLC |
| 63 | Grenadier Investments, LLC | 53 | H27 Grenadier Holding Company, LLC |
| 64 | Grumblethorpe Investments, LLC | 54 | H41 Grumblethorpe Holding Company, LLC |
| 65 | Hackmatack Investments, LLC | 55 | M87 Hackmatack Hills Holding Company, LLC |
| 66 | Haffenburg Investments, LLC | 56 | M56 Haffenburg Holding Company, LLC |
| 67 | Haralson Investments, LLC | 57 | H39 Haralson Holding Company, LLC |
| 68 | Harringworth Investments, LLC | 58 | M33 Harringworth Holding Company, LLC |
| 69 | Hazelpoint Investments, LLC | 59 | M80 Hazelpoint Holding Company, LLC |
| 70 | Heilbron Manor Investments, LLC | 60 | H66 Heilbron Manor Holding Company, LLC |
| 71 | Hollyline Owners, LLC | 61 | Hollyline Holdings, LLC |
| 72 | Hornbeam Investments, LLC | 62 | H35 Hornbeam Holding Company, LLC |
| 73 | Idared Investments, LLC | 63 | H37 Idared Holding Company, LLC |
| 74 | Imperial Aly Investments, LLC | 64 | H74 Imperial Aly Holding Company, LLC |
| 75 | Ironsides Investments, LLC | 65 | M99 Ironsides Holding Company, LLC |

| | | | |
|---|---|---|---|
| 76 | Lenni Heights Investments, LLC | 66 | H43 Lenni Heights Holding Company, LLC |
| 77 | Lilac Meadow Investments, LLC | 67 | H6 Lilac Meadow Holding Company, LLC |
| 78 | Lincolnshire Investments, LLC | 68 | M17 Lincolnshire Holding Company, LLC |
| 79 | Lonetree Investments, LLC | 69 | M54 Lonetree Holding Company, LLC |
| 80 | Longbourn Investments, LLC | 70 | M40 Longbourn Holding Company, LLC |
| 81 | Mason Run Investments, LLC | 71 | M73 Mason Run Holding Company, LLC |
| 82 | Melody Lane Investments, LLC | 72 | H8 Melody Lane Holding Company, LLC |
| 83 | Merrimack Valley Investments, LLC | 73 | M90 Merrimack Valley Holding Company, LLC |
| 84 | Mineola Investments, LLC | 74 | M61 Mineola Holding Company, LLC |
| 85 | Monadnock Investments, LLC | 75 | H16 Monadnock Holding Company, LLC |
| 86 | Moravian Investments, LLC | 76 | H60 Moravian Holding Company, LLC |
| 87 | Mountain Spring Investments, LLC | 77 | M67 Mountain Spring Holding Company, LLC |
| 88 | Mt. Holly Investments, LLC | 78 | M83 Mt. Holly Holding Company, LLC |
| 89 | Mutsu Investments, LLC | 79 | H38 Mutsu Holding Company, LLC |
| 90 | Newville Investments, LLC | 80 | M91 Newville Holding Company, LLC |
| 91 | Old Carbon Investments, LLC | 81 | H51 Old Carbon Holding Company, LLC |
| 92 | Old Maitland Investments, LLC | 82 | H55 Old Maitland Holding Company, LLC |
| 93 | Owl Ridge Investments, LLC | 83 | M46 Owl Ridge Holding Company, LLC |
| 94 | Papirovka Investments, LLC | 84 | H22 Papirovka Holding Company, LLC |
| 95 | Pawtuckaway Investments, LLC | 85 | H4 Pawtuckaway Holding Company, LLC |
| 96 | Pemberley Investments, LLC | 86 | M38 Pemberley Holding Company, LLC |
| 97 | Pemigewasset Investments, LLC | 87 | H17 Pemigewasset Holding Company, LLC |
| 98 | Pepperwood Investments, LLC | 88 | M95 Pepperwood Holding Company, LLC |
| 99 | Pinney Investments, LLC | 89 | M70 Pinney Holding Company, LLC |
| 100 | Pinova Investments, LLC | 90 | H23 Pinova Holding Company, LLC |
| 101 | Quarterpost Investments, LLC | 91 | M34 Quarterpost Holding Company, LLC |
| 102 | Red Woods Investments, LLC | 92 | M97 Red Woods Holding Company, LLC |
| 103 | Ridgecrest Investments, LLC | 93 | M57 Ridgecrest Holding Company, LLC |
| 104 | Riley Creek Investments, LLC | 94 | M75 Riley Creek Holding Company, LLC |
| 105 | Rising Sun Investments, LLC | 95 | H59 Rising Sun Holding Company, LLC |
| 106 | Sagebrook Investments, LLC | 96 | M62 Sagebrook Holding Company, LLC |
| 107 | Seven Stars Investments, LLC | 97 | H54 Seven Stars Holding Company, LLC |
| 108 | Silk City Investments, LLC | 98 | H11 Silk City Holding Company, LLC |
| 109 | Silver Maple Investments, LLC | 99 | H30 Silver Maple Holding Company, LLC |
| 110 | Silverthorne Investments, LLC | 100 | M41 Silverthorne Holding Company, LLC |
| 111 | Springline Investments, LLC | 101 | M36 Springline Holding Company, LLC |
| 112 | Squaretop Investments, LLC | 102 | M49 Squaretop Holding Company, LLC |
| 113 | Stayman Investments, LLC | 103 | H24 Stayman Holding Company, LLC |
| 114 | Steele Hill Investments, LLC | 104 | M86 Steele Hill Holding Company, LLC |
| 115 | Stepstone Investments, LLC | 105 | M5 Stepstone Holding Company, LLC |

| 116 | Strawberry Fields Investments, LLC | 106 | H9 Strawberry Fields Holding Company, LLC |
|---|---|---|---|
| 117 | Sturmer Pippin Investments, LLC | 107 | H36 Sturmer Pippin Holding Company, LLC |
| 118 | Summerfree Investments, LLC | 108 | H21 Summerfree Holding Company, LLC |
| 119 | Summit Cut Investments, LLC | 109 | H47 Summit Cut Holding Company, LLC |
| 120 | Thornbury Farm Investments, LLC | 110 | H65 Thornbury Farm Holding Company, LLC |
| 121 | Thunder Basin Investments, LLC | 111 | M60 Thunder Basin Holding Company, LLC |
| 122 | Topchord Investments, LLC | 112 | M37 Topchord Holding Company, LLC |
| 123 | Vallecito Investments, LLC | 113 | M48 Vallecito Holding Company, LLC |
| 124 | Varga Investments, LLC | 114 | M74 Varga Holding Company, LLC |
| 125 | Wetterhorn Investments, LLC | 115 | M50 Wetterhorn Holding Company, LLC |
| 126 | White Birch Investments, LLC | 116 | H12 White Birch Holding Company, LLC |
| 127 | White Dome Investments, LLC | 117 | M43 White Dome Holding Company, LLC |
| 128 | Wildernest Investments, LLC | 118 | M44 Wildernest Holding Company, LLC |
| 129 | Willow Grove Investments, LLC | 119 | H52 Willow Grove Holding Company, LLC |
| 130 | Winding Road Investments, LLC | 120 | M94 Winding Road Holding Company, LLC |
| 131 | Zestar Investments, LLC | 121 | H29 Zestar Holding Company, LLC |
| 132 | 695 Buggy Circle, LLC | 122 | Buggy Circle Holdings, LLC |
| 133 | Carbondale Glen Lot L-2, LLC | 21 | Crystal Valley Holdings, LLC |
| 134 | Carbondale Peaks Lot L-1, LLC | 21 | Crystal Valley Holdings, LLC |
| 135 | Deerfield Park Investments, LLC | 123 | H10 Deerfield Park Holding Company, LLC |
| 136 | Frog Rock Investments, LLC | 124 | M77 Frog Rock Holding Company, LLC |
| 137 | Hawthorn Investments, LLC | 125 | H33 Hawthorn Holding Company, LLC |
| 138 | Lilac Valley Investments, LLC | 126 | M96 Lilac Valley Holding Company, LLC |
| 139 | Massabesic Investments, LLC | 127 | H18 Massabesic Holding Company, LLC |
| 140 | Mount Washington Investments, LLC | 128 | M89 Mount Washington Holding Company, LLC |
| 141 | Sachs Bridge Investments, LLC | 129 | H50 Sachs Bridge Holding Company, LLC |
| 142 | Springvale Investments, LLC | 130 | M58 Springvale Holding Company, LLC |