UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24624-Civ-COOKE/GOODMAN

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

ROBERT H. SHAPIRO, *et al.*,
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR
CREATION OF FAIR FUND AND FOR TRANSFER OF PAYMENTS
TO THE WOODBRIDGE BANKRUPTCY ESTATE'S LIQUIDATION TRUST**

THIS MATTER is before the Court on Plaintiff's Motion for Creation of Fair Fund and for Transfer of Payments to the Woodbridge Bankruptcy Estate's Liquidation Trust (D.E. 174). The Court having carefully reviewed the Motion, the record and the relevant legal authorities, it is hereby **ORDERED and ADJUDGED** as follows:

    1.    Plaintiff's Motion for Creation of Fair Fund and for Transfer of Payments to the Woodbridge Bankruptcy Estate's Liquidation Trust (D.E. 174) is **GRANTED**.

    2.    A Fair Fund is established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, as amended by the Dodd-Frank Act of 2010 (15 U.S.C. §7246(a)), from the funds deposited with the Commission pursuant to the Defendants' and Relief Defendants' respective Final Judgments in this matter, plus interest earned on those funds (the "Fund").

    3.    The funds deposited with the Commission in this matter will be transferred to the Liquidation Trust created by the Chapter 11 Bankruptcy Plan in the *In Re Woodbridge Group of Companies, LLC, et al.*, Case No. 17-12560-KJC (D. Del.) (Jointly Administered) ("Bankruptcy Case") bankruptcy proceeding, to be distributed in accordance with the Liquidation Plan approved by the Court in the Bankruptcy Case (D.E. 2903) ("Liquidation Plan").

    4.    The funds transferred by the Commission to the Liquidation Trust may be used to reimburse a *pro rata* share of the Liquidation Trust's expenses of administering the distribution. Absent further order by this Court, the transferred Fair Fund shall not be used to

1

pay attorney's fees or the hourly fees of Liquidation Trustee Michael Goldberg, Esq. ("Liquidation Trustee"). The Liquidation Trustee shall distribute the transferred Fund, less permitted expenses, to those entitled to a distribution under the Liquidation Plan as determined by the Liquidation Trustee. At the conclusion of the final distribution, the Liquidation Trustee shall file a report with the Court and also submit the same to the Commission staff. The report shall include, among other things, a final accounting of all monies received, earned, spent and distributed in connection with any administration of the Liquidation Plan.

**DONE and ORDERED** in chambers, at Miami, Florida, this 31st day of May 2019.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, Magistrate Judge*
*Counsel of record*